From: EMILY BEYER (TAL) ███████████████
Sent: Friday, March 22, 2013 3:59 PM
To: Aaron Knight
Subject: Re: Fwd: Other Grant winners and payback programs

It's all good. Nothing you send me is a bother! Even if I never use it, it allows me to know their mind set.

sent from blackberry

SA Emily Beyer
Tallahassee RC
███████████

From: Aaron Knight [mailto:aaron.knight@solarblue.com]
Sent: Friday, March 22, 2013 03:57 PM Eastern Standard Time
To: EMILY BEYER (TAL)
Subject: Fwd: Other Grant winners and payback programs

Do I need to forward you emails like this, or don't bother ?

Sent from my iPhone

Begin forwarded message:

> From: Aaron Knight <aaron.knight@solarblue.com>
> Date: March 22, 2013, 3:56:02 PM EDT
> To: EMILY BEYER <███████████████>
> Subject: Fwd: Other Grant winners and payback programs

Sent from my iPhone

Begin forwarded message:

From: Aaron Knight


Δπ EXHIBIT 11
Deponent Knight
Date 1-27-14

<aaron.knight@solarblue.com>
Date: March 22, 2013, 3:55:18 PM EDT
To: Larry Long <larry.long@solarblue.com>
Subject: Re: Other Grant winners and payback programs

I'll take a look for you Larry .

Sent from my iPhone

On Mar 22, 2013, at 2:31 PM, "Larry Long" <larry.long@solarblue.com> wrote:

> Aaron,
> These are probably all sealed , but it would be nice to know what happened on the Shovel ready and the large ones. Particularly Willard and Kelsey from Ohio that was going to make solar panels.
> If you can find any links or stories over the weekend would be great.
> Larry

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.