# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Clean Fuel
Attention: Aaron Knight, Vice President of Operations
7505 W. Sand Lake Rd.
Orlando, FL 32819

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Courthouse Grand Jury Room 111 N. Adams Street Tallahassee, FL 32301 | Date and Time: 04/02/2013 9:00 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Provide any and all records pertaining to Clean Fuel LLC and Clean Fuel Lakeland LLC that are currently in your control and possession. Records can include, but not be limited to, financial statements and purchase records, as well as email communications between yourself and others pertaining to the business operations of Clean Fuel LLC and Clean Fuel Lakeland LLC.

In lieu of personal appearance, documents may be provided to: SA Emily Beyer, U.S. Secret Service, 3520 Thomasville Rd., Suite 301, Tallahassee, FL 32309, Office (850) 942-9523, Fax (850) 942-9526, emily.beyer@usss.dhs.gov

Date: 03/15/2013

CLERK OF COURT

*Jessica J. Lyublanovich*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Michael T. Simpson
Assistant United States Attorney
111 N. Adams Street, 4th Floor
Tallahassee, FL 32301
Tel. (850) 942-8430

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows:

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: