# Confidential Memo

*October 4th, 2012*

**To:** Mr. Lee Maher – C.E.O   CleanFuel Lakeland LLC & Solarblue LLC

c/o Kait Doulou – Executive Assistant to Mr. Lee Maher

**Cc:** Solarblue LLC. / CleanFuel Lakeland LLC (Human Resources Department )

**From:** Aaron S. Knight – V.P. Operations CleanFuel Lakeland LLC

This communication is confidential between my-self, Mr. Lee Maher, and the corporate HR Department.

On Friday September 28th, 2012 Mr. Larry Long- COO of CleanFuel Lakeland LLC (aka CFL) called and held a meeting, at the Solarblue corporate office in Orlando, with my-self, Aaron Knight-V.P. Operations CFL, and former CTO of SolarBlue LLC Mr. Syed Jafri.   While discussing the initial inspection and potential future purchase of a quantity of 1-3 used 3.165MW Fairbanks Morris Generator(s) currently located in California, and for potential future installation and use of the generators at the Solarblue project site of Wyndham Bonnet Creek as well as the CFL facility (provided possession and access to the CFL premises is regained); it was brought to my attention by Mr. Long that the Generators' in whole or in part are an asset acquisition requirement for a State of Florida Department of Energy Grant that that was awarded to CFL sometime, approximately, in the 1st quarter of 2010, with a subsequent disbursement of funds from the Dept. of Energy to CFL of approximately ~$2.5M USD applied towards the grant project, also perhaps in the 1st quarter of 2010.

Additionally, Mr. Long stated verbally and directly to me that there "perhaps" exist issues of both authenticity and discrepancies between actual financial transactions, or the lack thereof, and the monthly reports that have been provided to the Dept. of Energy by Mr. Long on behalf of Mr. Maher over the past 20 months.

When I asked to see supporting documents I was told by Mr. Long that these documents were not available to me, -as the transaction was not run through or with the approval of the accounting / finance department or personal at Solarblue or CFL.  When I asked to see the grant requirements, I was told by Mr. Long that the transaction was not for me to be concerned with as Mr. Long is representing Mr. Maher solely and independently for efficiency and confidentiality reasons.

**GOVERNMENT EXHIBIT 1**

My account of the above brings to light a potential liability for the Company; however, it is based solely on what I was verbally told by Mr. Long, and is not based on my personal knowledge or review of documents or formal reports. I recommend further review to the satisfaction of the situation by the corporate principal / ownership.

This communication is confidential between my-self, Mr. Lee Maher, and the corporate HR Department.

Please retain a copy in my personal file.

Sincerely,

_____

Aaron S. Knight