| | |
|---|---|
| **From:** | Aaron Knight |
| **Sent:** | Monday, January 21, 2013 10:55 AM |
| **To:** | Larry Long |
| **Subject:** | FW: Fairbanks Generator Purchase w/CleanFuel Lakeland & Marine Diesel Engines |
| **Attachments:** | clean fuel-3.jpg; clean fuel-4.jpg; clean fuel-5.jpg; clean fuel-6.jpg; clean fuel-7.jpg; clean fuel 1.jpg; clean fuel-2.jpg |

---

**From:** Roger Lanteigne [mailto:rogerl@mdeltd.com]
**Sent:** Monday, January 21, 2013 10:21 AM
**To:** Aaron Knight
**Subject:** RE: Fairbanks Generator Purchase w/CleanFuel Lakeland & Marine Diesel Engines

Contract as agree

Roger Lanteigne (rogerl@mdeltd.com)
President
Marine Diesel Engines Ltd
Office : 506-727-6787
Mobile : 506-726-7161
Fax : 506-727-6158
www.mdeltd.com

---

**From:** Aaron Knight [mailto:aaron.knight@solarblue.com]
**Sent:** October-10-12 3:11 PM
**To:** Roger Lanteigne
**Subject:** Fairbanks Generator Purchase w/CleanFuel Lakeland & Marine Diesel Engines

Rodger,

If you agree, please sign and return to me.  CF will wire the $35K non-refundable deposit with final payment NOT later than October 27th.  Thus giving ~15 days to arrange transport and ready the system for shipping.

Aaron

 cid:3345097479_282276

Aaron S. Knight
189 S. Orange Ave #2100
Orlando, FL 32801
Toll Free 800.423.3902
P: 407.996.8999
F: 407.996.8998
Aaron.Knight@solarBlue.com
www.SolarBlue.com

CONFIDENTIALITY CLAUSE: The contents contained in this electronic message are legally privileged and confidential intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this electronic message is prohibited. Please be advised that any dissemination, distribution or copying of the content of this electronic message may result in the breach of certain laws or the infringement of the rights of third parties. If you have received this message in error, please immediately notify us by telephone. I thank you in advance for your cooperation and assistance.

