**From:** Larry Long
**Sent:** Thursday, November 01, 2012 7:54 PM
**To:** Aaron Knight
**Subject:** FW: fbm update

Oh good friend are you distancing yourself from the transaction. I was looking forward to being your roommate. Remember the big bucks are ViViridis and we don't get to participate if our friend from Karachi creates a legal triangle as it appears he is going to do on the condo.
Your help would be appreciated.
Larry

**From:** Aaron Knight
**Sent:** Thursday, November 01, 2012 6:56 PM
**To:** Roger Lanteigne
**Cc:** Larry Long; Shanna Getto; Lee Maher
**Subject:** RE: fbm update

Roger, -Larry Long (cc'ed herein) will be in touch, as he and Lee have indicated they would like to make the deposit and subsequent purchase. Please correspond directly with Larry to complete the transaction for his project. Best Regards, Aaron

**From:** Roger Lanteigne [mailto:rogerl@mdeltd.com]
**Sent:** Thursday, November 01, 2012 12:35 PM
**To:** Aaron Knight
**Subject:** RE: fbm update

Roger Lanteigne (rogerl@mdeltd.com)
President
Marine Diesel Engines Ltd
Office : 506-727-6787
Mobile : 506-726-7161
Fax : 506-727-6158
www.mdeltd.com

**From:** Aaron Knight [mailto:aaron.knight@solarblue.com]
**Sent:** October-30-12 11:05 AM
**To:** Roger Lanteigne
**Subject:** RE: fbm update



GOVERNMENT EXHIBIT 2·B