| | |
|---|---|
| **From:** | Larry Long |
| **Sent:** | Thursday, October 25, 2012 2:15 PM |
| **To:** | Marco Genio; Lee Maher |
| **Cc:** | Aaron Knight |
| **Subject:** | FW: fbm |

Gentlemen,

We need to keep this unit and make a deposit of $35k in the next 5 days to save $2million on the grant and potentially $3million versus a new engine on either Wyndham, St. Thomas or the Albany House.

Remember it has to be that exact model for the State Grant.

Thanks,

Larry Long

---

**From:** Aaron Knight
**Sent:** Thursday, October 25, 2012 1:38 PM
**To:** Larry Long
**Subject:** Fwd: fbm

Sent from my iPhone

Begin forwarded message:

> **From:** Roger Lanteigne <rogerl@mdeltd.com>
> **Date:** October 25, 2012, 1:37:30 PM EDT
> **To:** 'Aaron Knight' <aaron.knight@solarblue.com>
> **Cc:** <lee.maher@solarblue.com>
> **Subject: fbm**
>
> This is serious  buyer is coming to look at the 3 gen set next week in ventura
>
> Roger Lanteigne (rogerl@mdeltd.com)
> President
> Marine Diesel Engines Ltd
> Office : 506-727-6787
> Mobile : 506-726-7161
> Fax : 506-727-6158
> www.mdeltd.com



GOVERNMENT EXHIBIT 2-C