**From:** Aaron Knight
**Sent:** Sunday, October 28, 2012 9:06 AM
**To:** Lee Maher; Larry Long
**Subject:** Fwd: 3,000 Kw Fairbanks Morse Gens Ventura Ca.

Sent from my iPhone

Begin forwarded message:

> **From:** Richard Gresham <rich@ramopps.com>
> **Date:** October 28, 2012, 8:47:24 AM EDT
> **To:** <aaron.knight@solarblue.com>
> **Cc:** Roberto Flores <roberto@ramopps.com>
> **Subject: 3,000 Kw Fairbanks Morse Gens Ventura Ca.**
>
> Aaron,
> I own three Fairbanks Morse Generators located in Ventura Ca. I purchased them 1 ½ years ago for $330,000 for a mining project in BC Canada. This mining project is going forward but it will be 1.5 years before it happens. There have been lots of people contact me about selling the generators to you. My assistant quoted Roger Lanteigne the generators at a price below where I want to sell them. I am honoring this price for 1 month at which point I will increase it back to the price where I feel comfortable or may take them off the market. To all other people that have inquired about the generators I am Quoting them out at $375,000.
>
> I do not need the money and can make more on these gens when the mine finally finishes it's bankable feasibility study. Again I hope that Roger has passed along the fact that your price for these will not hold much longer as I do not want any legal hassles. Any other people representing these gens do not have the right to represent them. I have a Non-Compete agreement with Roger only.
>
> I hope this clears up the ownership and whom is representing these. If you want to see the ownership trail I will have My assistant (Roberto) send you the info. Also call Tracy at OST Cranes. She is where I pay the rent and can vouch for the ownership.
>
> Cheers

