**From:** Aaron Knight
**Sent:** Tuesday, January 15, 2013 10:40 AM
**To:** Larry Long
**Subject:** Fwd: fbm

How unusual .....

Sent from my iPhone

Begin forwarded message:

> **From:** Roger Lanteigne <rogerl@mdeltd.com>
> **Date:** January 15, 2013, 10:38:37 AM EST
> **To:** 'Aaron Knight' <aaron.knight@solarblue.com>
> **Subject: RE: fbm**
>
> We received a cheque of 25k and it was nsf so problem again
>
> Roger Lanteigne (rogerl@mdeltd.com)
> President
> Marine Diesel Engines Ltd
> Office : 506-727-6787
> Mobile : 506-726-7161
> Fax : 506-727-6158
> www.mdeltd.com
>
> **From:** Aaron Knight [mailto:aaron.knight@solarblue.com]
> **Sent:** January-14-13 2:59 PM
> **To:** Roger Lanteigne
> **Subject:** Re: fbm
>
> I'll check with Larry, this is his project and I am not sure where he or Lee are at with it ...
>
> Sent from my iPhone
>
> On Jan 14, 2013, at 1:11 PM, "Roger Lanteigne" <rogerl@mdeltd.com> wrote:
>
>> I am not receiving news from mr larry we must rush and there will be no more extension
>>
>> Roger Lanteigne (rogerl@mdeltd.com)
>> President
>> Marine Diesel Engines Ltd
>> Office : 506-727-6787
>> Mobile : 506-726-7161
>> Fax : 506-727-6158
>> www.mdeltd.com



GOVERNMENT EXHIBIT
2-1F