**From:** Printer Design Printer [printer2@solarblue.com]
**Sent:** Monday, February 21, 2011 6:16 PM
**To:** Aaron Knight
**Subject:** Attached Image
**Attachments:** 2473_001.pdf



GOVERNMENT EXHIBIT 2-H