**SUMMARY APPRAISAL OF**
Industrial Property
1248 George Jenkins Boulevard
Lakeland, Florida 33815

**PREPARED BY**



# COMMERCIAL
### INVESTMENT APPRAISERS

**PREPARED FOR**
Mr. Nik Patel
Noida Capital Fund
12701 S. John Young Parkway, Suite 201
Orlando, FL 32837

and/or

Florida First Capital Finance Corporation and
The U.S. Small Business Administration
1351 N. Gadsden Street
Tallahassee, Florida 32303

**DATE OF INSPECTION**
May 23, 2012

**DATE OF VALUATION**
May 23, 2012

**DATE OF REPORT**
June 7, 2012

2012-131
©Commercial Investment Appraisers

GOVERNMENT
EXHIBIT
2 - 7
PENGAD 800-631-6989



**COMMERCIAL**
INVESTMENT APPRAISERS

June 7, 2012

Mr. Nik Patel
Noida Capital Fund
12701 S. John Young Parkway, Suite 201
Orlando, FL 32837

and/or

Florida First Capital Finance Corporation and
The U.S. Small Business Administration
1351 N. Gadsden Street
Tallahassee, Florida 32303

RE: Summary Appraisal – Industrial warehouse property, located at 1248 George Jenkins Boulevard,
in Lakeland, Florida

Dear Mr. Patel:

At your request, I have personally inspected and appraised the above-referenced property. The
subject property is located on the south side of George Jenkins Boulevard, west of Sloan Avenue, in
Lakeland, Florida. The subject property consists of a parcel of land containing approximately
347,173 square feet (7.97 acres), and is improved with 11 industrial buildings containing a total of
approximately 86,188-square feet. The purpose of this appraisal is to estimate the market value of
the fee simple and leased fee interests in the subject, under market conditions prevailing on May
23, 2012.

The value is subject to the assumptions and limiting conditions outlined within this report. The
results of the valuation are discussed herein. A summary market value appraisal report, in
compliance with the Uniform Standards of Professional Appraisal Practice (USPAP) Standard 2-2(b),
has been completed.

Based upon the assumptions, conditions, and contingencies as discussed in this report, it is my
opinion and conclusion that the estimated market value of the fee simple interest in the subject,
under market conditions prevailing on May 23, 2012, is:

### THREE MILLION THREE HUNDRED THOUSAND DOLLARS
### ($3,300,000)

Based upon the assumptions, conditions, and contingencies as discussed in this report, it is my
opinion and conclusion that the estimated market value of the leased fee interest in the subject,
under market conditions prevailing on May 23, 2012, is:

### THREE MILLION THREE HUNDRED FORTY THOUSAND DOLLARS
### ($3,340,000)

**The subject has $18,980,622 in non-realty furniture, fixtures and equipment.**

*Christopher A. Rolly*

Christopher A. Rolly, MAI, President
Cert Gen RZ1743

## TABLE OF CONTENTS

SUMMARY OF RELEVANT FACTS ............................................................................................................ 1

APPRAISAL PREMISES ........................................................................................................................... 2

IMPORTANT DEFINITIONS ..................................................................................................................... 4

GENERAL PROPERTY CHARACTERISTICS................................................................................................. 5

LOCATION MAPS.................................................................................................................................. 8

AERIAL MAP........................................................................................................................................ 12

PHOTOGRAPHS................................................................................................................................... 13

NEIGHBORHOOD DESCRIPTION ........................................................................................................ 29

SITE DESCRIPTION............................................................................................................................... 32

IMPROVEMENTS DESCRIPTION............................................................................................................ 37

HIGHEST AND BEST USE ANALYSIS..................................................................................................... 45

VALUATION METHODOLOGY .............................................................................................................. 47

COST APPROACH ............................................................................................................................... 48

INCOME APPROACH ........................................................................................................................... 59

RECONCILIATION/FINAL ESTIMATE OF VALUE..................................................................................... 67

LEASED FEE ESTIMATE OF VALUE ........................................................................................................ 67

NON-REALTY FURNITURE FIXTURES AND EQUIPMENT......................................................................... 68

GENERAL UNDERLYING ASSUMPTIONS AND LIMITING CONDITIONS ................................................ 81

CERTIFICATION .................................................................................................................................... 82

QUALIFICATIONS OF CHRISTOPHER A. ROLLY, MAI............................................................................. 83

# *Industrial Property Appraisal*

## SUMMARY OF RELEVANT FACTS

### Property Type
Industrial property

### Location
The subject property is located on the south side of George Jenkins Boulevard, west of Sloan Avenue, in Lakeland, Florida. The physical address is 1248 George Jenkins Boulevard, Lakeland, Florida 33815.

### Effective Date of Valuation
May 23, 2012

### Property Rights Appraised
Fee simple and leased fee interests

### Land Size
347,173 square feet (7.97 acres)

### Improvements
11 Industrial buildings totaling 86,188 square feet

### Zoning
I-1, Industrial, by Lakeland, Florida

### Future Land Use Designation
Industrial, by Lakeland, Florida

### Highest and Best Use
Industrial (as though vacant)
Industrial (as improved)

### Fee simple Value

| | |
|---|---|
| Cost Approach | $3,530,000 |
| Income Approach | $3,120,000 |
| Reconciled Value | $3,300,000 |

### Leased Fee Value

$3,340,000

**The subject has $18,980,622 in non-realty furniture, fixtures and equipment.**

**APPRAISAL PREMISES**

**Purpose/Property Rights Appraised/Date of Valuation**
The purpose of this appraisal is to estimate the market value of the fee simple and leased fee interests in the subject under market conditions prevailing on May 23, 2012.

**Intended Use of the Appraisal**
The intended use of the appraisal is for internal decision making regarding lending-related transactions.

**Intended User of the Appraiser**
The intended user of the appraisal is Noida Capital Fund and/or Florida First Capital Finance Corporation and The U.S. Small Business Administration.

**Appraiser**
Christopher A. Rolly, MAI

**Scope of the Assignment**
The scope of work was to inspect the subject property and surrounding neighborhood; gather information from the subject's market on comparable properties; and confirm and analyze the data collected. The highest and best use of the subject property was determined as if vacant and as improved. The Cost and Income Approaches were used to estimate the value of the subject. Since sales of multi-building industrial properties with similar characteristics as the subject do not exchange frequently in the open market, the Sales Comparison Approach was not considered a reliable approach to value. Omission of the Sales Comparison Approach was considered to have no significant influence on the reliability of the market value reported. The applicability, dependability, weaknesses and strengths of the approaches were considered and a final reconciliation of market value is estimated. Finally, a report of the defined value is prepared.

**Competency Provision**
Appraisals of industrial facilities and similar commercial related properties throughout the central Florida area and the State of Florida have been performed by Christopher A. Rolly, MAI since 1989. Based on the appraisals completed by the above individual and his general knowledge of the Orlando market area, the competency provision has been satisfied.

**Exposure/Marketing Time**
Exposure time is the estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal. Marketing time is an estimate of the amount of time it might take to sell an interest in real property at its estimated market value during the period immediately after the effective date of the appraisal. The exposure time and the marketing time are estimated at 12 months at the appraised value herein. The exposure/marketing periods have been estimated from conversations with real estate brokers in the subject's market, along with an analysis of comparable properties that have sold recently.

**Hypothetical Conditions**
None

**Extraordinary Assumptions**
A portion of the subject's tax parcel is not included in the valuation; however, a legal description describing this outparcel prepared by a qualified surveyor has not been provided to the appraiser.

## Industrial Property Appraisal

The legal description used in this appraisal describing the outparcel has been fabricated by the appraiser for illustrative purposes only. It should be noted that the appraiser is not qualified to prepare legal descriptions, and this appraisal has been made based on the extraordinary assumption that the property described throughout this appraisal is consistent with that which exists.

Additionally, interior access was not permitted for some of the buildings, and some of the descriptions used in this appraisal are assumed. Again, this appraisal has been made based on the extraordinary assumption that the property described throughout this appraisal is consistent with that which exists.

**IMPORTANT DEFINITIONS**

**Market Value**
The most probable price in cash which a property should bring in a competitive and open market under all conditions requisite to fair sale, the buyer and seller, each acting prudently, knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is consummation of a sale as of a specified date and passing the title from seller to buyer under condition whereby:

- Buyer and seller are typically motivated;
- Both parties are well informed or well advised and each acting in what he considers his own best interests;
- A reasonable time is allowed for exposure in the open market
- Payment is made in cash in U.S. Dollars or in terms or financial arrangements comparable thereto;
- The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. *(The Appraisal of Real Estate, 13th Edition* and Chapter 12, Code of Federal Regulation, Part 34.42(f))

**Highest and Best Use**
The reasonably probable and legal use of vacant land or improved property which is physically possible, appropriately supported, financially feasible, *and that results in the highest value. (The Appraisal of Real Estate, 13th Edition)*

**Fee Simple**
Absolute ownership unencumbered by any other interest or estate. *(The Appraisal of Real Estate, 13th Edition)*

**Leased Fee**
An ownership interest held by a landlord with the right of use and occupancy conveyed by lease to others; the rights of the lessor or the fee simple owner and fee simple are specified by contract terms contained within the lease. *(The Appraisal of Real Estate, 13th Edition)*

## GENERAL PROPERTY CHARACTERISTICS

### Owner
Bob W. Stanley Revocable Trust
Nancy L. Stanley Revocable Trust
1000 West Beacon Road
Lakeland, Florida 33803

### Three-Year Ownership History
The subject has been owned by the Bob W. Stanley Revocable Trust and the Nancy L. Stanley Revocable Trust for at least the past three years. The property is reportedly under contract for sale to the former biodiesel plant tenant at a price of $3,200,000, which is generally in-line with the market value estimated herein; however, a copy of the sale contract was not provided to the appraiser. No other transactions have been recorded in the public records of Polk County within this time period.

### Legal Description
The legal description for the subject is as follows:

That portion of the SE 1/4 of the SE 1/4 of Section 14, Township 26 South, Range 23 East, described as follows:

Begin at the Southeast corner of said Section 14, and assuming that the East line of said Section 14 is a true North and South line, run North to the point of intersection of the East line of said Section 14 and the center line of the right-of-way of State Road No. 17 (U.S. Highway No. 92) for a Point of Beginning, then run South 89°56′ West along said center line of State Road No. 17 a distance of 1,062.39 feet, then run South and parallel to the East line of said Section 14 to the point of intersection with the North boundary line of the present railroad right-of-way, then run North 78°08′30″ East along said North right-of-way line to the point of intersection of the North boundary line of said railroad right-of-way with the East line of said Section 14, then run North to the Point of Beginning,

LESS AND EXCEPT the following;

Exception No 1: Begin at the Southeast corner of said Section 14, and assuming that the East line of said Section 14 is a true North and South line, run North to the point of intersection of the East line of said Section 14 and the center line of the right-of-way of State Road No. 17 (U.S. Highway No. 92), then run South 89°56′ West along said center line of State Road No. 17 a distance of 1,062.39 feet for a Point of Beginning, then run South, and parallel to the East line of said Section 14, a distance of 200 feet, then run North 89°56′ East, and parallel to the center line of State Road No. 17, a distance of 165 feet, then run North, and parallel to the East line of said section 14, a distance of 200 feet to the center line of the right-of-way of State Road No. 17, and then run South 89°56′ West, along the center line of State Road No. 17, a distance of 165 feet to the Point of Beginning.

Exception No. 2; Begin at the Southeast corner of said Section 14, and assuming that the East line of said Section 14 is a true North and South line, run North to the point of intersection of the East line of said Section 14 and the center line of the right-of-way of State Road No. 17 (U. S. Highway No. .92) for a Point of Beginning, then run South along the East line of said Section 14 to the point of intersection of the North boundary line of the present railroad right-of-way and the East line of said Section 14, then run South 78°08′30″ West along the North boundary line of said railroad right-of-way a distance of 559.33 feet, then run Northeasterly to a point that is 126.25 feet West of the East

line of said SE 1/4 and 60 feet North of the North boundary line of said railroad right-of-way, then run North and parallel to the East line of said Section 14 to the point of intersection with the center line of the right-of-way of State Road No. 17, then run North 89°56' East along the center line of the right-of-way of State Road No. 17 a distance of 126.25 feet to the Point of Beginning.
Exception No. 3: Right-of-way for State Road No. 17 (U.S. Highway No. 92).

Exception No. 4: Commence at the Southeast corner of Section 14, Township 28 South, Range 23 East, and run North 00°00'00' East along the East boundary of said Section 14, a distance of 1018.33 feet to a point on the South right of way line of State Road No. 17; thence South 89°59'08" West along said South right of way line of State Road No. 17, a distance of 126.25 feet to the Point of Beginning; thence continue along said South right of way line of State Road No. 17, South 89°59'08" West, a distance of 260.00 feet, thence South 00°00'00" East and parallel to the East boundary of said Section 14, a distance of 135.00 feet; thence South 89°59'08" West and parallel to the South right of way line of State Road No. 17, a distance of 152.00 feet; thence South 00°03'29" East, a distance of 262.00 feet; thence North 89°59'08" East and parallel to the South right of way line of State Road No. 17, a distance of 115.00 feet; thence North 70°27'00" East and parallel to the South right of way line of Seaboard Coastline Railroad right of way, a distance of 170.00 feet; thence North 89°59'08" East and parallel to the South right of way line of State Road No. 17, a distance of 136.53 feet; thence North 00°00'00" East and parallel to the East boundary of said Section 14, a distance of 340.00 feet to the Point of Beginning.

A portion of the subject's tax parcel is not included in the valuation; however, a legal description describing this outparcel prepared by a qualified surveyor has not been provided to the appraiser. The following legal description describing the outparcel has been fabricated by the appraiser for illustrative purposes only. It should be noted that the appraiser is not qualified to prepare legal descriptions, and this appraisal has been made based on the extraordinary assumption that the property described throughout this appraisal is consistent with that which exists. The outparcel is described by the appraiser as follows:

A portion of the parcel located on George Jenkins Boulevard, which consists of the easterly 152 feet of the northerly 135 feet of the parcel described above.

### Tax I.D. Number
23-28-14-000000-022020

### Real Estate Assessment and Taxes
The subject property is currently assessed and taxed by Polk County. The current assessment and taxes for the subject are as follows:

| Taxes and Assessment | |
|---|---|
| 2012 Total Assessment | $778,702 |
| Millage Rate | 19.5937 |
| Gross Taxes | $ 15,258 |
| Net Taxes After 4% Adjustment | $ 14,647 |

Florida tax laws require that properties be assessed based on "just value," a concept which is not adequately defined by the statutes. While it is generally taken to mean "full value," in practice assessments vary widely and do not provide reliable indications of market value as defined herein.

Real property taxes are due March 1st, and the tax assessment is discounted 4% if paid in November, 3% if paid in December, 2% if paid in January, and 1% if paid in February. The subject has no delinquent real estate taxes, according to the Polk County Tax Collector's office.

## LOCATION MAPS









**AERIAL MAP**



Approximate Site Area

**PHOTOGRAPHS**



A westerly view of George Jenkins Boulevard with the subject on the left



An easterly view of George Jenkins Boulevard with the subject on the right



A southerly view of the subject from George Jenkins Boulevard



A southwesterly view of the subject from George Jenkins Boulevard



An easterly view of Building A



A southeasterly view of Building B, with Building K in the foreground



A northeasterly view of Building B



An interior view of the office space in Building B



An interior view of the office space in Building B



An interior view of the warehouse space in Building B



A southeasterly view of Building C



An interior view of the warehouse space in Building C



An interior view of the warehouse space in Building C



A southwesterly view of Building D



An interior view of the office space in Building D



An interior view of the warehouse space in Building D



A southerly view of Building E



An interior view of the office space in Building E



An interior view of the warehouse space in Building E



A southwesterly view of Building F



An interior view of the warehouse space in Building F



An interior view of the office space in Building F



A southeasterly view of Building G



A northeasterly view of the rear of Building G



A southerly view of Building H



A northwesterly view of Building K



A westerly view of Building J



A view of the covered walkway outside Building J



An interior view of the office space in Building J



An interior view of the warehouse space in Building J



An interior view of the warehouse space in Building J



A southeasterly view of Building L

## *Industrial Property Appraisal*

## NEIGHBORHOOD DESCRIPTION



Neighborhood Map

The neighborhood is the area which has the most direct influence on the subject property. Neighborhood boundaries are frequently delineated by physical barriers such as roads or bodies of water, or changes in property use. A neighborhood is defined by *The Appraisal of Real Estate, 13th Edition*, as a group of complementary uses. The neighborhood boundaries are determined by physical boundaries and property types and uses.

The subject neighborhood boundaries were chosen based primarily on the extensive road system that traverses the neighborhood, providing excellent transportation routes for a commercial market. A map depicting the neighborhood boundaries is shown on the previous page. The neighborhood boundaries for the subject are as follows:

| Neighborhood Boundaries | | |
|---|---|---|
| **Direction** | **Boundary** | **Distance (Miles)** |
| **North** | West 10th Street | 1.34 |
| **South** | Ariana Street | 1.18 |
| **East** | South Florida Avenue | 0.90 |
| **West** | South Wabash Avenue | 1.83 |

The subject property is situated in the west-central portion of Polk County. The area considered is defined as those properties lying south of West 10th Street, north of Ariana Street, east of South Wabash Avenue and west of South Florida Avenue. The improvements along these roads include a mix of industrial, retail, and commercial, with residential properties located off of the main roadways.

The area along George Jenkins Boulevard to the east and west of the subject is improved with mostly industrial and commercial buildings, with an abundance of space for lease. The businesses along this roadway include Safeway Wheel Service, Red Top Trading Post, TransDiesel Transmission, Southern Milling & Lumber, Superior Screen Printing, Heather's Gold, Car Star Auto Body Resurrection, and Lakeland Industrial Park. Additional improvements in the area are Kool Kidz Learning Center, Sunoco Gas Station, Pacific Pride commercial fueling, Quality Petroleum, Smith Brothers Oil Company, Inc., Victory Bedding, Budget Inn, Surface Works, Siesta Motel, Feeding Grounds Ministry Church, J&B Auto Upholstery, ARC Towing Services, Citrus Connection, and Johnson's Mechanical.

### Life Cycle Stage
Ordinary physical deterioration and market demand have indicated four stages through which a neighborhood will pass, in terms of the effects of change on real property. These four stages of neighborhood life include:

**Growth** - A period during which there are gains in public favor and acceptance. Demand increases.

**Stability** - A period of equilibrium without marked gains or losses. No real obvious change.

**Decline** - A period of diminishing demand and acceptance.

**Renewal** - A period of rejuvenation and rebirth of market demand.

Properties throughout the neighborhood are typically 20-50 years old and are in average condition. It was estimated that the subject's neighborhood is in the stability stage of the life cycle.

**Transportation**

The road network in western-central Polk County is considered good. A brief description of the transportation network follows:

*George Jenkins Boulevard* is a four-lane, asphalt-paved roadway that runs in a general east-west direction at the subject site. This is a moderately-traveled roadway that provides good access to the Polk Parkway and Interstate 4 to the west, and Lakeland and Winter Haven to the east.

*Florida Avenue* is a six-lane, asphalt-paved, median divided roadway, with a center turn lane, that runs in a general north-south direction, and serves as the eastern border of the subject neighborhood. This roadway is moderately-traveled and primarily developed with commercial uses. It intersects with Interstate 4 to the north, and continues south and west to the Bradenton area.

*Wabash Avenue* is a two- to four-lane, asphalt-paved, north-south roadway that serves as the western border of the neighborhood. North Wabash Avenue intersects with SR 546 to the north, where it has access to Interstate 4, while South Wabash Avenue reaches its terminus about 1.5 miles south of George Jenkins Boulevard, and provides access to the residential developments south of the subject .

**Conclusion**

In conclusion, although the overall subject neighborhood has a mix of property uses, the subject's immediate area is predominately commercial/industrial, which has seen minimal growth over the past several years, since the area is already well established. The immediate area has a significant amount of available commercial and industrial space for lease, which will continue to be absorbed as the economic conditions improve over the next few years. Overall, the neighborhood is built-up in excess of 90%, with limited land available for development. It is considered likely that as older properties continue to deteriorate, demolition will be feasible for new development.

## SITE DESCRIPTION



Approximate Site Area

## Industrial Property Appraisal

**Location and Access**

The subject property is located on the south side of George Jenkins Boulevard, east of North Brunnell Parkway, in Lakeland, Florida. Access to the site is considered good as the property has direct access from both east- and west-bound traffic on George Jenkins Boulevard.

**Street Improvements**

George Jenkins Boulevard is a four-lane, asphalt paved, moderately-travelled roadway running in an east-west direction. There are sidewalks, overhead lighting, and overhead electric on George Jenkins Boulevard at the subject site.

**Shape, Size and Frontage**

The subject site is irregular in shape, and has approximately 353 feet of frontage along the south side of George Jenkins Boulevard, by a maximum depth of approximately 720 feet. The total area of the site is 347,173 square feet, or 7.97 acres.

**Easements, Encumbrances, and Encroachments**

Based on a physical inspection, as well as reviewing the subject's legal description, there are no known easements, encumbrances or encroachments which negatively affect the subject.

**Topography, Drainage and Soils**

The site is generally level and at the road-grade. The utility of the site, given the shape and current use, is considered average. The underlying soils do not appear to present any difficulties or obstacles to development, based on the existing development. The subject utilizes the municipal stormwater drainage on the surrounding roadways. The soils appear to be adequately drained to support most improvements that would be typical for this site. No evidence of environmental contamination was physically evident; *however, this report assumes that the subject is free of any environmental hazards. Determining soil contamination is beyond the scope of our expertise. It is highly recommended that a subsoil survey be performed to determine if any contamination exists on the site. We reserve the right to alter our value estimate and appraisal if any negative subsoil conditions exist.*

**Utilities**

The subject property is provided with the following utilities and services:

* Electric      Lakeland Electric
* Water         Lakeland Electric
* Sewer         Lakeland Electric

**Off-Site Influences**

There were no nuisances, hazards or detrimental influences in the subject's area that would negatively affect the property.

**Flood Zone Information**

The Federal Emergency Management Agency, through the National Flood Insurance Program, has compiled flood insurance rate maps for all areas of the country. Based upon our inspection of the Flood Insurance Rate Map No. 12105C311F of the National Flood Insurance Program for Polk County, dated December 20, 2000, it appears that the majority of the subject site is located within Flood Zone X, which is an area of minimal flooding. No restrictions apply within the zone. The flood zone map for the subject is as follows:



**Prepared for:**
Commercial Investment Appraisers

1248 George Jenkins Blvd
Lakeland, FL 33815-1354

www.interflood.com • 1-800-252-6633

**FLOODSCAPE**

**Flood Hazards Map**

**Map Number**
12105C0311F

**Effective Date**
December 20, 2000

Powered by FloodSource
877.77.FLOOD
www.floodsource.com

ZONE X

© 1999-2012 SourceProse and/or FloodSource Corporations. All rights reserved. Patents 6,631,326 and 6,678,615. Other patents pending. For Info: info@floodsource.com.

## Industrial Property Appraisal

### Zoning

The subject site is zoned I-1, Commercial-Light Industrial District, by the City of Lakeland, Florida. The intent of the I-1 District is to permit the establishment of commercial uses along with a limited range of industrial uses. The industrial uses permitted include those which usually have the most limited external impacts. Such uses do not create an appreciable nuisance or hazard. They are generally compatible with non-industrial uses, but they are more tolerable adjacent to non-industrial uses than are more intensive industrial uses. The I-1 District permits lots as small as ten thousand square feet in area. Such lot sizes are not generally desirable for industrial use. They are permitted because the district is intended for mapping in areas where a mixture of commercial and industrial use has already been established on relatively small lots. Some retail and service commercial uses are permitted to support business park and industrial employment centers, subject to limitations established in the Comprehensive Plan.

The subject's current use as an industrial property is listed as a permitted use within this district. Furthermore, the property appears to conform to all I-1 standards and setbacks.



### Future Land Use

The future land use designation for the subject property is Industrial, by the City of Lakeland, Florida. This land use is consistent with the current zoning and therefore neither is likely to change in the near future.



### Site Description Summary

Based on the subject's site characteristics, including the site dimensions, shape, topography, drainage, soils, available utilities, and access to the site, the property is adequate for development.

**IMPROVEMENTS DESCRIPTION**



Site Area with Buildings Identified by Letter

The subject is improved with an 11 building industrial park containing 85,372 total square feet. The improvements were built between 1946 and 1995. A breakdown of the buildings and their respective uses is as follows:

## Improvements Breakdown

|  | Use | Office | Warehouse | Total |
|---|---|---|---|---|
| Building A | Office | 2,890 | 0 | 2,890 |
| Building B | Office/Warehouse | 7,350 | 4,900 | 12,250 |
| Building C | Office/Warehouse | 400 | 8,920 | 9,320 |
| Building D | Office/Warehouse | 200 | 9,120 | 9,320 |
| Building E | Office/Warehouse | 120 | 3,156 | 3,276 |
| Building F | Office/Warehouse | 150 | 4,150 | 4,300 |
| Building G | Office/Warehouse | 0 | 24,000 | 24,000 |
| Building H | Storage | 0 | 240 | 240 |
| Building I | Storage | 0 | 896 | 896 |
| Building J | Office/Warehouse | 3,040 | 15,840 | 18,880 |
| Building K | Metal Canopy/Storage | 0 | 816 | 816 |
| **Total Area** |  | 14,150 | 72,038 | 86,188 |

In addition to the industrial buildings, there is also a cellular phone tower on the property, which the owner has rights to ground lease income. Based on the building improvements of 86,188 square feet and the site size of 347,173 square feet, the property reflects a floor area ratio of 24.8%. Similar industrial warehouse properties in the subject's area typically reflect floor area ratios of 15% to 30%, indicating that no excess land exists and that the subject is adequately improved.

A general description of the subject improvements is as follows:

### Building A – Office Building
The appraiser was not permitted access into building A, therefore only an external inspection of this building was performed.

#### Foundation
Reinforced concrete slab

#### Roof Structure
Gable-style roof with asphalt shingles on wood decking over wood trusses

#### Exterior Walls
Concrete block

#### Doors
Glass-pane entry doors, solid or hollow-core wood interior doors

#### Windows
Single-hung

### Building B – Office/Warehouse Building

#### Foundation
Reinforced concrete slab

#### Roof Structure
Gable-style roof with metal decking over wood trusses

#### Exterior Walls
Concrete block

**Doors**
Wood entry doors to office area, solid or hollow-core wood interior doors, metal roll-up doors to warehouse areas

**Windows**
Single-hung

**Interior Walls**
2"x4" studs with gypsum board, textured and painted in office areas, painted concrete block in warehouse areas

**Ceilings**
Open-beam ceiling in warehouse, dropped ceiling with acoustical tiles in a suspended metal grid in office areas

**Floors**
Combination of industrial grade carpet and ceramic tile flooring in the office areas; sealed concrete floors in the warehouse area

**Lighting**
Recessed fluorescent lights in office, sodium vapor lighting in the warehouse area

**Heating and A/C**
Centrally-controlled HVAC units in office areas only

**Restrooms**
Adequate restroom facilities

### *Building C – Office/Warehouse Building*

**Foundation**
Reinforced concrete slab

**Roof Structure**
Gable-style roof with metal decking over wood trusses

**Exterior Walls**
Concrete block and wood

**Doors**
Wood entry doors, metal roll-up doors to warehouse areas

**Windows**
Single-hung

**Interior Walls**
Painted concrete block

**Ceilings**
Open-beam ceiling
**Floors**
Sealed concrete floors

**Lighting**
Exposed fluorescent lighting

**Heating and A/C**
Centrally-controlled HVAC units in office areas only

**Restrooms**
Adequate restroom facilities

### Building D – Office/Warehouse Building

**Foundation**
Reinforced concrete slab

**Roof Structure**
Gable-style roof with metal decking over wood trusses

**Exterior Walls**
Concrete block and wood

**Doors**
Wood entry doors, metal roll-up doors to warehouse areas

**Windows**
Single-hung

**Interior Walls**
Painted concrete block

**Ceilings**
Open-beam ceiling

**Floors**
Sealed concrete floors

**Lighting**
Exposed fluorescent lighting

**Heating and A/C**
Centrally-controlled HVAC units in office areas only

**Restrooms**
Adequate restroom facilities

### Building E – Office/Warehouse Building

**Foundation**
Reinforced concrete slab

**Roof Structure**
Gable-style roof with metal decking over wood trusses

**Exterior Walls**
Wood siding

**Doors**
Wood entry doors, metal roll-up doors to warehouse areas

**Windows**
Single-hung

**Interior Walls**
Wood paneling in office area, exposed framing in warehouse

**Ceilings**
Open-beam ceiling in warehouse, dropped ceiling with acoustical tiles in a suspended metal grid in office area

**Floors**
Combination of sealed concrete floors and exposed wood decking

**Lighting**
Exposed fluorescent lighting in warehouse, recessed fluorescent lighting in office

**Heating and A/C**
Window-mounted A/C unit in office area

**Restrooms**
Adequate restroom facilities

### Building F – Plant Operation Building

**Foundation**
Reinforced concrete slab

**Roof Structure**
Flat roof with metal decking over steel I-beams

**Exterior Walls**
Concrete block

**Doors**
Wood entry doors, metal roll-up doors to warehouse areas

### Windows
Fixed glass pane

### Interior Walls
2"x4" studs with gypsum board, textured and painted in office areas, painted concrete block in warehouse areas

### Ceilings
Open-beam ceiling in warehouse, dropped ceiling with acoustical tiles in a suspended metal grid in office area

### Floors
Industrial grade carpet in office, sealed concrete in warehouse

### Lighting
Exposed fluorescent lighting in warehouse, recessed fluorescent lighting in office

### Heating and A/C
Wall-mounted A/C unit in office area

### Restrooms
Adequate restroom facilities

## *Building G – Biodiesel Plant Building*
This building is mostly open or mezzanine space used for fuel manufacture/storage, it is not a typical building structure. Note that the appraiser was not given access to the interior of this structure, therefore only an exterior description will be given below.

### Foundation
Reinforced concrete slab

### Roof Structure
Flat roof with metal decking over steel I-beams

### Exterior Walls
Modular metal

## *Building H –Small Office/Storage Building*
This building was locked and unavailable for an interior inspection. It is reportedly a storage/office building related to the operation of Building E. Only an external inspection of the building was performed.

### Foundation
Reinforced concrete slab

### Roof Structure
Gable-style roof with wood decking over wood trusses

**Exterior Walls**
Concrete block

**Doors**
One single wood entry door

**Windows**
Fixed pane

### Building I –Small Storage Building

This building was locked and unavailable for an interior inspection. It is a storage building located on the west side of the Biodiesel Plant. Only an external inspection of the building was performed.

**Foundation**
Reinforced concrete slab

**Roof Structure**
Flat roof with metal decking over wood trusses

**Exterior Walls**
Concrete block

**Doors**
Solid wood entry doors

**Windows**
None

### Building J – Office/Warehouse Building

**Foundation**
Reinforced concrete slab

**Roof Structure**
Gable-style roof with metal decking over wood trusses

**Exterior Walls**
Concrete block and wood

**Doors**
Wood entry doors, metal roll-up doors to warehouse areas

**Windows**
Single-hung

**Interior Walls**
Painted concrete block

**Ceilings**
Open-beam ceiling

**Floors**
Sealed concrete floors

**Lighting**
Exposed fluorescent lighting

**Heating and A/C**
Centrally-controlled HVAC units in office areas only

**Restrooms**
Adequate restroom facilities

### *Building K – Steel Frame Canopy*

**Foundation**
Concrete slab

**Roof Structure**
Gable-style roof consisting of metal poles covered by metal sheathing

**Site Improvements**
The site improvements consist of concrete and asphalt paving with minor landscaped areas and approximately 95 parking spaces. The property has adequate paved area for truck loading or additional unmarked parking.

**Deferred Maintenance**
Based on an inspection of the subject, no deferred maintenance was noted.

**Actual Age/Effective Age/Economic Life**
The improvements were built between 1946 and 1995, and have been adequately maintained over the years. The actual ages of the buildings are between 17 and 56 years. It was determined that the effective age of the subject overall is about 20 years, given the adequate upkeep. Based on the Marshall Valuation Service cost manual, the buildings are expected to have a total economic life of 45 years, indicating a remaining economic life of 25 years.

**Functional Utility**
The improvements have good utility as an office/industrial facility and exhibit no functional obsolescence.

**External Obsolescence**
Due to economic conditions and the abundance of vacant industrial space in the area, the subject suffers from economic obsolescence. It is unlikely that the subject improvements would be constructed under current market conditions, given the economic climate and the availability of industrial space at below construction cost price levels in the marketplace.

## HIGHEST AND BEST USE ANALYSIS

A site is always valued in terms of its highest and best use. The determination of the highest and best use of a property is a sequential process. Potential uses for a property are tested as being physically possible, legally permissible, financially feasible, and maximally productive. That use which provides the highest value is the highest and best use. The appraiser must determine the highest and best use of the site as though it were vacant as well as improved. The highest and best use as vacant is generally used to estimate the land value for the subject property. The four tests of highest and best use follow.

- **Physically Possible.** An analysis of the physical characteristics of the site such as size, frontage, access, topography, and soil types, is made to determine the suitability of the site for development.

- **Legally Permissible.** The zoning regulations, future land use plan, building codes, deed restrictions, and any other governmental or environmental restrictions that may apply are considered.

- **Financially Feasible.** Uses must be found to be feasible, which is dependent upon the demand for certain types of property, the existing supply, and the demographics of the surrounding area of influence.

- **Maximally Productive.** The use which meets the aforementioned criteria, and is expected to generate the greatest rate of return to the land over a given period of time, is maximally productive.

### AS THOUGH VACANT

#### Physically Possible – As Vacant
Size, shape, frontage, and depth are characteristics of a site that affect the uses for which a site may be physically developed. The subject site is irregular in shape, and has approximately 353 feet of frontage along the south side of George Jenkins Boulevard, by a maximum depth of approximately 720 feet. The total area of the site is 347,173 square feet, or 7.97 acres. The site is generally level, at road grade and appears to be adequately drained. Specific soil conditions are not known, however, given the characteristics of other improvements in the surrounding area, it would appear that soil and subsoil conditions are suitable for development. All utilities are available to the site and are considered adequate.

The physical characteristics of the subject site are considered typical of other properties in the neighborhood, as well as other comparable industrial districts in the Orlando Metropolitan Area. Access to the site is considered good. Given the subject's location on the moderately-travelled George Jenkins Boulevard, a use requiring direct exposure from high traffic volumes would most likely not prefer the location of the subject site.

The physically possible uses for the subject site are numerous. In general, any improvement that is not restricted by the size of the site is physically possible.

#### Legally Permissible – As Vacant
After considering those uses that are physically possible, the uses that are legally permissible are determined. Consideration is given to the present zoning or a future re-zoning if such is determined to be possible, and other governmental regulations that affect the subject property. A

change in zoning is not considered unless it can be shown that a zoning change is reasonably probable in the foreseeable future. Conversations with the Zoning Department of the City of Lakeland indicated that the likelihood of a change in zoning classification for the subject site or its immediate area was not likely in the foreseeable future, given the future land use designation of the site.

The subject property is zoned I-1, Industrial district, by the City of Lakeland, with a future land use designation of Industrial. Given the I-1 zoning requirements, an industrial use for the subject is most likely.

### Financially Feasible – As Vacant
Of the uses that are physically possible and legally permissible, it must be determined which are also financially feasible. The determination is based primarily on the uses that similar sites are being developed in the subject area.

As discussed in the *Neighborhood Description* section of the report, the immediate area along George Jenkins Boulevard is commercial/industrial in character, and activity in the market has not indicated a change in this use. From the previous analysis of the physically possible and legally permissible uses, it is determined that an industrial use is a financially feasible use.

### Maximally Productive – As Vacant
The ideal improvement for the maximally productive use is dictated by similar buildings in the area. Most of the improvements in the area are either commercial or industrial facilities. The buildings are a mixture of single- and multi-tenant facilities. Floor area ratios of typical commercial/industrial properties are between 10% and 30%. Given these parameters, the site is adequate in size to support a commercial/industrial improvement from 35,000 square feet to approximately 105,000 square feet. This is considered to be the highest and best use of the subject, as vacant.

### AS IMPROVED

### Physically Possible – As Improved
The subject is improved with 11 industrial/office buildings, which contain 86,188 square feet, built from 1946 to 1995. These improvements are typical of the physical characteristics of the improvements in the subject neighborhood. Given the overall floor area ratio of 24.8%, the existing improvements are an adequate utilization of the subject site.

### Legally Permissible – As Improved
The subject improvements are a conforming use under the City of Lakeland's I-1, Industrial zoning district. The existing improvements are both physically possible and legally permissible.

### Financially Feasible – As Improved
Of the uses that are physically possible and legally permissible, it must be determined which are also financially feasible. One method of determining the financial feasibility of a property's use is an analysis of surrounding land uses. Most properties within the area are commercial/industrial uses, and the property's existing facility is in-line with the surrounding area. Therefore, an industrial/office use for the existing improvements is estimated to be financially feasible.

### Maximally Productive – As Improved
Of the uses that are physically possible, legally permissible, and financially feasible, the maximally productive use is the one use that results in the highest land value. The analysis above indicates that the highest return for the subject as improved is for use as an industrial/office facility.

### VALUATION METHODOLOGY

Real estate appraisal practice ordinarily requires the use of three basic approaches to value. These approaches, commonly referred to as the Cost Approach, the Sales Comparison Approach, and the Income Approach, provide the basis for arriving at a final value estimate. An explanation of each method and its applicability to the subject valuation is as follows:

#### Cost Approach

The Cost Approach is predicated on the principle of substitution, which states that a prudent buyer will not pay more for a property than the cost to build similar improvements on another site. The Cost Approach estimated the cost to replace the current improvements with improvement that have similar utility. The replacement cost new is then depreciated and the land value, estimated using the Sales Comparison Approach, is added to the depreciated replacement cost for the total value. Although there are other approaches by which the value of the land may be derived, the Sales Comparison Approach is the most common and generally relied upon when sales of comparable properties are available.

#### Sales Comparison Approach

The Sales Comparison Approach compares the sales of similar properties that have recently sold to the subject property. Dissimilarities are accounted for in the form of adjustments. This approach is most meaningful when there is adequate data involving comparable sales. The reliability of the Sales Comparison Approach varies directly with the quantity and quality of market data.

#### Income Approach

The Income Approach is typically utilized in the valuation of income-producing properties. The principle of anticipation is the basic underlying principle of this approach which states that the buyer or investor will pay no more than the present worth of the anticipated future benefits. This approach typically uses either direct capitalization or discounted cash flow analysis. In direct capitalization, the net operating income the property is capable of producing is estimated and is then capitalized at a market-derived capitalization rate that reflects the risk and return characteristics of the investment. In the discounted cash flow analysis, income and expenses are analyzed for each year of the projection or holding period, and the net income is discounted to the present value indication by applying an appropriate yield rate (discount factor). The value for the subject is estimated by summing the present values of cash flows during the projection period and the present value of the reversion at the end of the holding period (less typical sales costs).

Only the Cost and Income Approaches were used to estimate the value of the subject. Due to the unique nature of the subject property, the Sales Comparison Approach was not used. Omission of the Sales Comparison Approach was considered to have no significant influence on the reliability of the market value reported.

## COST APPROACH TO VALUE

The *Cost Approach* was used to estimate the market value of the subject property. This approach is established on the principle of substitution which states that a knowledgeable buyer will not pay more for a property than the cost to build similar improvements on another site.

The first step in the Cost Approach is to estimate the market value of the land as if vacant, via the Sales Comparison Approach, in which comparable land sale transactions are analyzed for their comparability to the subject property. The next step is to estimate the replacement costs new of the subject improvements. Construction estimates were derived from the development costs provided by the owner and/or by using an independent cost analysis via Marshall Valuation Service. Any appropriate physical, functional or external depreciation was deducted from the replacement cost new to arrive at a contributory value of the improvements. Finally, the estimated land value was added, resulting in a value indication via the Cost Approach.

### *LAND VALUE ESTIMATE*

The Sales Comparison Approach is used to estimate the value of the subject land as vacant. This approach compares the subject property's characteristics with those of comparable properties which have recently sold in similar transactions. The sales comparison approach is based upon the principles of supply and demand, as well as upon the principle of substitution. Supply and demand indicates value through typical market behavior of both buyers and sellers. Substitution indicates that a purchaser would not purchase an improved property for any value higher than it could be replaced for on a site with equivalent utility, assuming no undue delays in construction.

In practice, the most common Sales Comparison Approach method used by real estate appraisers is the sales adjustment grid. It uses a small number of recently sold properties in the subject's market to estimate the value. Sales are chosen based on their similarity to the subject property, with features including location, size, shape, exposure, zoning, topography and other property characteristics considered. Adjustments to the comparables may be determined by using either quantitative or qualitative analyses. The indications of value from the various market sales are then correlated into a final value estimate for the subject property.

Conversations with market participants indicate that the price per acre is a valid unit of comparison for commercial sites. This was estimated to be the most meaningful unit of comparison and was given primary consideration in estimating the value of the subject.

The sales search for the subject involved an analysis of three recent land sales of parcels with analogous development potential within similar industrial neighborhoods. The sale dates ranged from April of 2010 to April of 2011. The locations of the sales in relation to the subject are indicated on the map located on the following page. Following the map is an adjustment grid summarizing the sales, which is followed by a discussion for each of the sales.



## Comparable Land Sales Chart

| Comparable: | Subject | 8374-7000 | 8321-1611 | 8129-1151 |
|---|---|---|---|---|
| | S Side George Jenkins Blvd<br>West of Sloan Avenue<br>Lakeland, FL | W side Pipkin Road<br>W terminus of Pipkin Creek Rd<br>Lakeland, FL | SEC of East Main Street<br>& Complex Drive<br>Lakeland, FL | S Side New Tampa Highway<br>W of Gopher Ridge Road<br>Lakeland, FL |
| Sale Price: | N/A | $285,000 | $165,000 | $210,000 |
| Sale Date: | Apr-12<br>Appraisal Date | Apr-11 | Feb-11 | Apr-10 |
| Location: | Average | Average | Average | Average |
| Access/Frontage: | Average | Average | Average | Average |
| Shape: | Irregular | Irregular | Mostly Rectangular | Irregular |
| Zoning: | I-1, Industrial<br>by Lakeland | I-1, Industrial<br>by Lakeland | I-1, Industrial<br>by Lakeland | I-2, Industrial<br>by Lakeland |
| Land Size (AC): | 7.97 | 2.87 | 2.25 | 3.58 |
| Sale Price/Acre: | | $99,303 | $73,333 | $58,659 |
| **Adjustments** | | | | |
| Location | | 0% | 0% | 0% |
| Access/Frontage | | 0% | 0% | 0% |
| Shape | | 0% | 0% | 0% |
| Zoning | | 0% | 0% | 0% |
| Size | | -10% | -10% | -10% |
| Adjusted Sale Price /Acre: | | $89,373 | $66,000 | $52,793 |
| **Land Value:** | $70,000 | / AC x 7.97 AC = | $557,900 | |
| **Rounded:** | | | $560,000 | |

## Industrial Property Appraisal

### Discussion of Sales
The comparable sales are briefly discussed in order of date of transaction.

*Comparable Land Sale 8374-2000* ($89,373 per acre after adjustments) is the purchase of a 2.87-acre parcel of land located on the west side of Pipkin Road, at the western terminus of Pipkin Creek Road, in Lakeland, Florida. The property was purchased in April of 2011 for the price of $285,000, or $99,303 per acre before adjustments. The site is zoned I-1, Industrial, by Lakeland. A 10% downward adjustment was made for this property's smaller size, as smaller parcels generally sell for higher unit prices. No other adjustments were required to this sale. Overall, this sale is considered to be superior to the subject.

*Comparable Land Sale 8321-1611* ($66,000 per acre after adjustments) is the purchase of a 2.25-acre parcel of land located at the southeast corner of East Main Street and Complex Drive, in Lakeland, Florida. The property was purchased in February of 2011 for the price of $165,000, or $73,333 per acre before adjustments. The site is zoned I-1, Industrial, by Lakeland. A 10% downward adjustment was made to this sale for its smaller size, as smaller parcels generally sell for higher unit prices. No other adjustments were required to this sale. Overall, this sale is considered to be superior to the subject.

*Comparable Land Sale 8129-1151* ($52,793 per acre after adjustments) is the purchase of a 3.58-acre parcel of land located on the south side of New Tampa Highway, west of Gopher Ridge Road, in Lakeland, Florida. The property was purchased in April of 2010 for the price of $210,000, or $58,659 per acre before adjustments. The site is zoned I-2, Industrial, by Lakeland. A 10% downward adjustment was made to this sale for its smaller size, as smaller parcels generally sell for higher unit prices. No other adjustments were required to this sale. Overall, this sale is considered to be superior to the subject.

### Reconciliation of Land Value
The sales analyzed formed a range of $52,793 to $89,373 per acre after adjustments, with an average of $69,389 per acre. Equal weight was placed on all three of the sales. Therefore, a unit value was reconciled towards the middle of the range, or $70,000 per acre. Applying the estimated unit value of $70,000 per acre to the subject's site area of 7.97 acres resulted in a land value for the subject of $557,900, rounded to **$560,000**.

### COST ESTIMATE
The next step in the *cost approach* to value is to estimate the replacement costs for the subject improvements.

### Direct Costs
Direct costs can either be estimated as a reproduction cost or a replacement cost. Reproduction cost is the estimated cost to construct, at current prices, an exact duplicate or replica of the buildings being appraised, using the same materials, construction standards, design, layout, and quality of workmanship, and embodying all the deficiencies, super-adequacies, and obsolescence of the subject building *(The Appraisal of Real Estate, 13th Edition)*. Replacement cost is the estimated cost to construct, at current prices, a building with utility equivalent to the buildings being appraised, using modern materials and current standards, design, and layout *(The Appraisal of Real Estate, 13th Edition)*. For the purposes of this appraisal, the replacement costs are estimated for the subject.

## Industrial Property Appraisal

Replacement costs for the subject have been estimated by the Marshall Valuation Service using the Calculator Method. The Calculator Method uses average square foot costs for typical buildings. This square foot cost is then adjusted for building size and shape, building height, and number of stories to derive an adjusted square foot cost. This figure is then adjusted for current costs and locale through the use of cost multipliers. The result is a final price per square foot for building area.

Site improvements are added as a separate line item. The "Marshall" cost manual contains average square foot costs for various classes, occupancy types and quality of buildings, together with modifications for deviations from the descriptions of the buildings listed. The calculator cost form is shown below.

# MARSHALL VALUATION SERVICE
## CALCULATOR COST FORM

| | *Building* A | *Building* B | *Building* C | *Building* D | *Building* E |
|---|---|---|---|---|---|
| Date of appraisal........... | May-12 | May-12 | May-12 | May-12 | May-12 |
| Building Type............ | Office | Office | Office/Industrial | Office/Industrial | Office/Industrial |
| Located at................. | Lakeland, FL | Lakeland, FL | Lakeland, FL | Lakeland, FL | Lakeland, FL |
| Building class........... | C | C | C | C | D |
| Quality.................. | Average | Average | Average | Average | Average |
| Exterior wall............ | CB | CB | CB | CB | Wood Frame |
| Number of stories........ | 1 | 1 | 1 | 1 | 1 |
| Height per story.......... | 13 | 9 | 15 | 15 | 14 |
| Average floor area..... | 2,890 | 12,250 | 9,320 | 9,320 | 3,276 |
| Average perimeter..... | 270 | 590 | 546 | 546 | 254 |
| Parking spaces..... | 95 | | | | |
| Effective Age............. | 25 | 25 | 25 | 25 | 25 |
| Condition................. | Average | Average | Average | Average | Average |
| Region................... | Eastern | Eastern | Eastern | Eastern | Eastern |
| Climate................. | Mild | Mild | Mild | Mild | Mild |
| BASE SQUARE FOOT COST..... | $98.36 | $82.31 | $45.38 | $45.38 | $40.90 |
| | | | | | |
| SQUARE FOOT REFINEMENTS | | | | | |
| HVAC.................. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Elevator | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sprinklers......... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dock High........ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjusted Sq. Ft. Cost.... | $98.36 | $82.31 | $45.38 | $45.38 | $40.90 |
| | | | | | |
| FINAL CALCULATIONS | | | | | |
| Story Height Multiplier... | 1.023 | 0.928 | 1.020 | 1.020 | 1.000 |
| Perimeter multiplier...... | 1.080 | 0.975 | 1.090 | 1.090 | 1.160 |
| Current cost multiplier... | 1.040 | 1.040 | 1.030 | 1.030 | 1.030 |
| Local multiplier.......... | 0.980 | 0.980 | 0.980 | 0.980 | 0.990 |
| | | | | | |
| Total SF Adj. Cost....... | $110.76 | $75.90 | $50.93 | $50.93 | $48.38 |
| Total Area.................... | 2,890 | 12,250 | 9,320 | 9,320 | 3,276 |
| BLDG. REPLACEMENT COST.... | $320,096 | $929,775 | $474,668 | $474,668 | $158,493 |
| | | | | | |
| SITE IMPROVEMENTS | | | | | |
| Parking, Paving | | | | | |
| Lighting and Landscaping | $116,755 | | | | |
| Fencing | $51,610 | | | | |
| | | | | | |
| TOTAL SITE IMPROVEMENTS | $168,365 | | | | |
| | | | | | |
| OTHER COSTS & FEES | | | | | |
| Impact Fees.............. | $42,760 | | | | |
| Environmental Audit...... | $0 | | | | |
| Professional Fees......... | $3,000 | | | | |
| Mortgage Loan Points...... | $48,000 | | | | |
| | | | | | |
| TOTAL FINANCING & OTHER... | $93,760 | | | | |

**MARSHALL VALUATION SERVICE**
**CALCULATOR COST FORM**

| | Building F | Building G | Building H | Building I | Building J | Building K |
|---|---|---|---|---|---|---|
| Date of appraisal.......... | May-12 | May-12 | May-12 | May-12 | May-12 | May-12 |
| Building Type.......... | Office/Industrial | Industrial/Mezzanine | Office/Industrial | Office/Industrial | Office/Industrial | Pole Barn |
| Located at.......... | Lakeland, FL | Lakeland, FL | Lakeland, FL | Lakeland, FL | Lakeland, FL | Lakeland, FL |
| Building class.......... | C | C | C | C | S | S |
| Quality.......... | Average | Average | Average | Average | Average | Average |
| Exterior wall.......... | CB | CB | CB | CB | Metal Frame | Metal Frame |
| Number of stories.......... | 1 | 4 | 1 | 1 | 2 | 1 |
| Height per story.......... | 18 | 12 | 9 | 9 | 12 | 12 |
| Average floor area. ... | 4,300 | 24,000 | 240 | 896 | 18,880 | 816 |
| Average perimeter..... | 304 | 320 | 62 | 92 | 480 | 116 |
| Effective Age.......... | 25 | 25 | 25 | 25 | 25 | 25 |
| Condition.......... | Average | Average | Average | Average | Average | Average |
| Region.......... | Eastern | Eastern | Eastern | Eastern | Eastern | Eastern |
| Climate.......... | Mild | Mild | Mild | Mild | Mild | Mild |
| BASE SQUARE FOOT COST..... | $45.38 | $28.17 | $45.38 | $45.38 | $45.38 | $5.90 |
| **SQUARE FOOT REFINEMENTS** | | | | | | |
| HVAC.......... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Elevator deduction,..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sprinklers.......... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dock High.......... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Adjusted Sq. Ft. Cost..... | $45.38 | $28.17 | $45.38 | $45.38 | $45.38 | $5.90 |
| **FINAL CALCULATIONS** | | | | | | |
| Story Height Multiplier... | 1.086 | 1.231 | 0.928 | 0.928 | 1.231 | 1.000 |
| Perimeter multiplier...... | 1.110 | 1.000 | 1.000 | 1.210 | 1.040 | 1.000 |
| Current cost multiplier... | 1.030 | 1.040 | 1.040 | 1.040 | 1.030 | 1.020 |
| Local multiplier.......... | 1.000 | 0.980 | 0.980 | 0.980 | 0.960 | 0.960 |
| Total SF Adj. Cost....... | $56.34 | $35.34 | $42.92 | $51.93 | $57.45 | $5.78 |
| Total Area.......... | 4,300 | 24,000 | 240 | 896 | 18,880 | 816 |
| BLDG. REPLACEMENT COST.... | $242,262 | $848,160 | $10,301 | $46,529 | $1,084,656 | $4,716 |

The cost estimates reflect some soft costs in addition to the hard costs. The soft costs include architect's and engineer's fees, plans, permits, surveys, sales taxes, insurance, contractor's profit and financing costs.

### BUILDING A

The building base square foot cost was estimated using a good, Class C Office classification. This reflected $110.76 per square foot after applying story height, perimeter, current and local multipliers. Multiplying the base cost by the net building area resulted in a building replacement cost new of $320,096.

### BUILDING B

The building base square foot cost was estimated using an average-good, Class C Office classification. This reflected $75.90 per square foot after applying story height, perimeter, current and local multipliers. Multiplying the base cost by the net building area resulted in a building replacement cost new of $929,775.

### BUILDING C

The building base square foot cost was estimated using an average, Class C Industrial Light Manufacturing classification. This reflected $50.93 per square foot after applying story height, perimeter, current and local multipliers. Multiplying the base cost by the net building area resulted in a building replacement cost new of $474,668.

## BUILDING D

The building base square foot cost was estimated using an average, Class C Industrial Light Manufacturing classification. This reflected $50.93 per square foot after applying story height, perimeter, current and local multipliers. Multiplying the base cost by the net building area resulted in a building replacement cost new of $474,668.

## BUILDING E

The building base square foot cost was estimated using an average, Class D Industrial Light Manufacturing classification. This reflected $48.38 per square foot after applying story height, perimeter, current and local multipliers. Multiplying the base cost by the net building area resulted in a building replacement cost new of $158,493.

## BUILDING F

The building base square foot cost was estimated using an average, Class C Industrial Light Manufacturing classification. This reflected $56.34 per square foot after applying story height, perimeter, current and local multipliers. Multiplying the base cost by the net building area resulted in a building replacement cost new of $242,262.

## BUILDING G

The building base square foot cost was estimated using an average, Class C Industrial Mezzanine classification. This reflected $35.34 per square foot after applying story height, perimeter, current and local multipliers. Multiplying the base cost by the net building area resulted in a building replacement cost new of $848,160.

## BUILDING H

The building base square foot cost was estimated using an average, Class C Industrial Light Manufacturing classification. This reflected $42.92 per square foot after applying story height, perimeter, current and local multipliers. Multiplying the base cost by the net building area resulted in a building replacement cost new of $10,301.

## BUILDING I

The building base square foot cost was estimated using an average, Class C Industrial Light Manufacturing classification. This reflected $51.93 per square foot after applying story height, perimeter, current and local multipliers. Multiplying the base cost by the net building area resulted in a building replacement cost new of $46,529.

## BUILDING J

The building base square foot cost was estimated using an average, Class S Industrial Light Manufacturing classification. This reflected $57.45 per square foot after applying story height, perimeter, current and local multipliers. Multiplying the base cost by the net building area resulted in a building replacement cost new of $1,084,656.

### BUILDING K

The building base square foot cost was estimated using an average, Steel Frame Canopy classification. This reflected $5.78 per square foot after applying story height, perimeter, current and local multipliers. Multiplying the base cost by the net building area resulted in a building replacement cost new of $4,716.

Additional replacement costs were considered for parking, paving, exterior lighting, and landscaping, and were estimated at $168,365. Other indirect costs *not* included in the Marshall Valuation Service base cost include impact fees, professional fees and permanent financing, were also added. These fees and other cost are estimated at $93,760. Your attention is directed to the end of this section for a breakdown of the various costs shown on the *Cost Approach Summary*.

The next item considered in the Cost Approach is the entrepreneur's profit for acquiring the site, coordinating and meeting with the architect and builders, overseeing the project during construction and managing the project to the point of occupancy. Past experience and a review of the market has indicated entrepreneur's profits ranging from less than 10% to approximately 20% in the Central Florida market for this type of property. Since no prudent investor would build the subject without realizing a profit, a 10% entrepreneur's profit was concluded.

### Accrued Depreciation

Accrued depreciation is the difference between the replacement cost new of the improvements and the current market value of the improvements. Accrued depreciation includes physical deterioration, both curable and incurable; functional obsolescence; and external obsolescence. Physical deterioration refers to the physical deterioration of the improvements due to age and condition or deferred maintenance. Functional obsolescence is the impairment of utility of a property due to changing market tastes and standards, such as a floor plan or construction material. External obsolescence is a loss in value caused by conditions outside the property such as a lack of demand for the type of property.

***Physical Deterioration.*** As discussed in the Improvements Description, no deferred maintenance was noted for the subject. The subject buildings have actual ages of 17 to 56 years. Given the adequate upkeep of the property, the effective age of the entire property was estimated at 20 years. It was estimated the buildings should have a total economic life of 45 years, indicating a remaining economic life of about 25 years, depending upon future market conditions and building upkeep. Utilizing the effective age / economic life method of calculating depreciation, it was estimated that the property suffers from 44.44% depreciation, which was applied to the replacement cost new. This resulted in a physical depreciation estimate of $2,374,264.

***Functional Obsolescence.*** Functional obsolescence can be defined as the diminution in value resulting from defective design or construction. It may also be caused by changes in technology which make previously employed construction techniques obsolete. Functional obsolescence may be curable or incurable. Curable functional obsolescence is a loss in value due to defects or obsolescence in design or material in which the cost of replacing the defect is the same or less than the anticipated increase in value. Curable functional obsolescence is measured as the cost to cure the condition. The construction quality and design of the improvements are considered adequate and functional for the existing use. Therefore, no functional obsolescence was noted for the subject.

**External Obsolescence.** External obsolescence almost always is caused by influences external to the property itself. External obsolescence, as a result of negative influences from outside the site, is almost always incurable. No external obsolescence was noted for the subject.

### Value Estimate By The Cost Approach

Deducting all forms of depreciation from the replacement cost new resulted in a depreciated replacement cost of $2,967,830. Finally, adding the land value of $560,000 indicates a total market value of the fee simple interest in the subject by the Cost Approach of $3,527,830, rounded to **$3,530,000**. The Cost Approach Summary is shown below.

# Cost Approach Summary

| Replacement Costs | | | | | | |
|---|---|---|---|---|---|---|
| Building A | $110.76 | /SF x | 2,890 | SF | = | $320,096 |
| Building B | $75.90 | /SF x | 12,250 | SF | = | $929,775 |
| Building C | $50.93 | /SF x | 9,320 | SF | = | $474,668 |
| Building D | $50.93 | /SF x | 9,320 | SF | = | $474,668 |
| Building E | $48.38 | /SF x | 3,276 | SF | = | $158,493 |
| Building F | $56.34 | /SF x | 4,300 | SF | = | $242,262 |
| Building G | $35.34 | /SF x | 24,000 | SF | = | $848,160 |
| Building H | $42.92 | /SF x | 240 | SF | = | $10,301 |
| Building I | $51.93 | /SF x | 896 | SF | = | $46,529 |
| Building J | $57.45 | /SF x | 18,880 | SF | = | $1,084,656 |
| Building K | $5.78 | /SF x | 816 | SF | = | $4,716 |
| Total Buildings | | | 86,188 | | | $4,594,324 |

| | | |
|---|---|---|
| Site Improvements | | $168,365 |
| Other Costs & Fees | | 93,760 |
| Entrepreneurial Profit Allocation | 10.0% | 485,645 |
| | | |
| Replacement Cost New | | $5,342,094 |

**Less Accrued Depreciation**

| Physical Deterioration | | |
|---|---|---|
| Effective Age | 20 Years | |
| Economic Life | 45 Years | |
| Depreciation | 44.44% | |

| | | |
|---|---|---|
| Physical Deterioration (Total) | $2,374,264 | |
| Functional/External Obs. | $0 | |
| Functional Obsolescence | $0 | |
| | | |
| Less Total Accrued Depreciation | | ($2,374,264) |
| | | |
| Depreciated Replacement Cost | | $2,967,830 |
| | | |
| Land Value | | $560,000 |
| | | |
| Value By Cost Approach | | $3,527,830 |
| | | |
| **Rounded to** | | **$3,530,000** |

### INCOME APPROACH

Investment properties are typically valued in proportion to their ability to produce net income, relative to the amount invested. Therefore, an analysis of the property in terms of its ability to provide a sufficient net annual return on investment capital is an important means of valuing any real estate asset. When appraising income-producing properties, the value of the real estate is based on anticipated future income.

In estimating the value by the Income Approach, either direct capitalization or discounted cash flow analysis is typically used. Direct capitalization is suitable for properties unencumbered by leases; properties encumbered by short term leases; and/or properties encumbered by leases that reflect terms similar to the market. Otherwise, discounted cash flow analysis is appropriate. The subject has several leased units and several units that will be owner occupied; however no leases have been made available to the appraiser. According to the rent roll, it appears that all but one of the tenants is paying a rental rate at market rates, and besides the tenant for the cellular phone tower, this tenant has the only lease that extends past one year. Therefore, a nominal leased fee exists for the subject, in the form of a rent premium on one of the leased units. Direct capitalization has been used in this analysis.

#### *DIRECT CAPITALIZATION*

The direct capitalization method converts a single year's income or an average of several years' income expectancy into an indication of value in one direct step by dividing the income estimate by the appropriate income rate, also called the direct capitalization rate. A capitalization rate ties property value to earning ability. The capitalization rate is extracted from market sales data, when available, or estimated using debt and equity position requirements. The formula for direct capitalization is as follows:

$$Value \ = \ Income \ / \ Overall \ Rate$$

Direct capitalization does not differentiate between the return on and the return of capital; however, both are implied. The income and expense data used in the subject valuation has been extracted from the market rate and compared to the subject capitalization property. Comparable lease data is considered, as well as income and expense information learned in confirmation of the improved sales. All sources of the income and expense data are considered to have a similar highest and best use to the subject site, as improved, and are considered indicative of the market as of the date of this appraisal.

#### Potential Gross Income

The initial step in the Income Approach is the calculation of potential gross income. Potential gross income is the total income attributable to a real property at 100% occupancy before operating expenses are deducted. No leases or income and expense history were provided to the appraiser. However, a rent roll with very limited data was provided to the appraiser, and this data is summarized in the following table:

## Subject Lease Summary
### 1248 George Jenkins Boulevard
### Rent Roll as of May 2012

| Tenant Name | Building # | Lease Start | Lease End | SQ.FT. | | Rent/SF/YR | | Total Rent | Annual Increases | Renewal Options |
|---|---|---|---|---|---|---|---|---|---|---|
| Tenant 1 | A & B1 | n/a | 8/1/12 | 4,750 | @ | $10.99 | = | $52,200 | n/a | None |
| Tenant 2 | B2 & C5 | n/a | 12/1/12 | 6,000 | @ | $8.00 | = | $48,000 | n/a | None |
| Tenant 3 | B3 | n/a | 12/1/12 | 4,000 | @ | $4.73 | = | $18,900 | n/a | None |
| Vacant | B | n/a | n/a | 3,390 | @ | $0.00 | = | $0 | n/a | None |
| Tenant 5 | C1 & C2 | n/a | 12/1/12 | 3,000 | @ | $7.27 | = | $21,816 | n/a | None |
| Tenant 6 | C3 | n/a | 8/1/12 | 1,000 | @ | $5.40 | = | $5,400 | n/a | None |
| Vacant | C4 | n/a | n/a | 1,000 | @ | $0.00 | = | $0 | n/a | None |
| Vacant | C | n/a | n/a | 1,320 | @ | $0.00 | = | $0 | n/a | None |
| Vacant | D1 | n/a | n/a | 3,800 | @ | $0.00 | = | $0 | n/a | None |
| Vacant | D2 | n/a | n/a | 5,520 | @ | $0.00 | = | $0 | n/a | None |
| Tenant 7 | E/H | n/a | 1/1/14 | 3,516 | @ | $14.48 | = | $50,916 | n/a | None |
| Vacant | F | n/a | n/a | 4,300 | @ | $0.00 | = | $0 | n/a | None |
| Vacant | G | n/a | n/a | 24,000 | @ | $0.00 | = | $0 | n/a | None |
| Vacant | I | n/a | n/a | 896 | @ | $0.00 | = | $0 | n/a | None |
| Vacant | J | n/a | n/a | 18,880 | @ | $0.00 | = | $0 | n/a | None |
| Vacant | K | n/a | n/a | 816 | @ | $0.00 | = | $0 | n/a | None |
| Tenant 4 * | Tower | n/a | 4/1/17 | n/a | | $2,704.98 | | $32,460 | n/a | None |

To estimate if the leased space is consistent with the market, and determine the market rent for the vacant space, five comparable rental properties have been analyzed. Since the subject has a mixture of office and industrial warehouse properties, three industrial rents and two office rents in the subject's area were used in this analysis.



## Comparable Rental Summary

| | Office / Warehouse | | | Office Building | |
|---|---|---|---|---|---|
| Comparable: | 4255 N. Frontage Road Lakeland, FL | 5675 New Tampa Hwy Lakeland, FL | 1120 George Jenkins Blvd Lakeland, FL | 601 South Florida Ave. Lakeland, FL | 3714 DMG Drive Lakeland, FL |
| Finish: | Industrial | Industrial | Industrial | Office | Office |
| Year Built: | 1996 | 1989 | 1997 | 1981 | 1984 |
| Condition: | Average | Average | Average | Average/Good | Average |
| Space Available (SF): | 10,000 | 2,850 | 6,600 | 6,512 | 4,254 |
| Percent Office: | 15% | 46% | 8% | 100% | 100% |
| Rental Rate / SF: | $6.25 | $6.00 | $5.00 | $10.00 | $10.50 |
| Lease Terms: | Gross | NNN | NNN | NNN | Gross |
| Tenant Expenses: | Utilities, Janitorial | Util, Ins, Janitorial, Tax Increases | Taxes, Ins, Maint, Util, Janitorial | Taxes, Ins, Maint, Util, Janitorial | Utilities, Janitorial |
| Owner Expenses: | Taxes, Insurance Maint, Mgmt | Mgmt | Mgmt | Mgmt | Taxes, Insurance Maint, Mgmt |
| Expense Adjustment: | 0% | 25% | 25% | 25% | 0% |
| Age Adjustment: | -10% | -10% | -10% | -10% | -10% |
| Adjusted Rent / SF: | $5.63 | $6.90 | $5.75 | $11.50 | $9.45 |

The comparables indicated a range for the office/warehouse units of $5.63 to $6.90 per square foot, on a gross-lease basis, with an arithmetic mean of $6.09 per square foot, after adjustments. The comparables indicated a range for the office units of $9.45 to $11.50 per square foot, on a gross-lease basis, with an arithmetic mean of $10.48 per square foot, after adjustments. Based on the comparables, it was estimated that a market rent for the subject's office/warehouse units would be $6.00 per square foot, which was used in the direct capitalization analysis. The subject's current rental rate of $10.99 for the office space was considered to be at market rate, based on the comparables, therefore a rate of $11.00 was used for Building A, which is 100% office, while a rate of $8.00 per square foot was used for Building B, which is only 60% office space. These rates were also used in the direct capitalization analysis.

The subject contains several buildings which have been used as a biodiesel plant. Since these are highly specialized buildings with specific uses tied to the biodiesel fuel manufacturing process, they are not considered leasable as standard industrial space. Therefore, for the purposes of this analysis, these particular buildings have been given a very nominal rental rate of $0.60 per square foot.

As discussed, only Buildings E and H (leased by the same tenant) and the cellular phone tower have leases that extend one year. Based on the comparable rentals, the rental rate for Building E/H at $14.48 per square foot is well above the market for this type of property. However, it was explained that this tenant has use of a large portion of the land in the rear to store two large tanks, and therefore, the tenant pays a premium. It was estimated that the typical tenant would not require this area for tank storage; therefore, in estimating the fee simple interest, the market rent was used. The premium paid by the tenant in Building E/H has been accounted for in the leased fee valuation at the end of this appraisal.

Additionally, the subject collects ground rental income for a cell phone tower located in the center of the property, under a long-term lease period that extends to 2017. This rental income was considered to be at market rental rates for this type of structure, and the actual rent for this

component of the subject was used in this analysis. Furthermore, since the rent is consistent with the market, it was estimated that the leased fee interest in this portion of the property is equal to the fee simple interest.

### Vacancy and Collection Loss

To estimate the appropriate vacancy and collection loss factor for the subject, the appraisers have considered occupancies in the market for this type of property. The subject is currently only about 25% occupied, however much of the property's square footage is built-out for the specific use as a biodiesel plant, and will soon be owner-occupied by the former biodiesel plant tenant, who is purchasing the property. Upon transfer of ownership, most of the vacant components will be occupied by the owner, thus reducing the vacancy rate significantly. Although the market has been soft over the past few years, it was estimated that under an aggressive management system, the subject could maintain a stabilized occupancy factor of about 90% at the estimated rental rate used herein. Therefore, a 10% vacancy and collection loss was used in this analysis.

### Expense Analysis

The next step in the Income Approach is to estimate the operating expenses for the subject property. A review of the market indicates that properties similar to the subject property are leased with the owner paying most expenses related to the real estate, including real estate taxes, insurance, and repairs/maintenance. The tenant would be responsible for only the utilities to their unit.

**Real Estate Taxes.** As previously set out within the *Real Estate Assessment and Taxes* section of this report, the subject property's taxes have been estimated at $14,647 annually, after accounting for a discount for early payment. This would be paid by the owner.

**Insurance.** The insurance on the subject was estimated at $0.45 per square foot, and would be paid by the owner.

**Utilities.** The tenant is responsible for all utilities that serve their unit.

**Management.** Management fees can range from 2% to 7%, depending upon the management company, the type of project, and the cost of accounting procedures. The appraiser has applied a management fee of 5% to the subject property. This estimate appears reasonable based on discussions with property managers for this type of property.

**Repairs and Maintenance.** The operation of the subject project will include any and all miscellaneous repairs throughout the structure, and these expenses would be paid by the owner. This expense has been estimated at $0.30 per square foot.

**Reserves For Replacement.** It is customary and prudent to make a deduction from effective gross income to establish an account to replace items which generally have a shorter economic life than the superstructure of the improvements. Such items would include roofs, air conditioning systems, appliances, etc. In reality, income property owners more frequently repair or replace items when they wear out, rather than setting aside future reserves. Consequently, when income and expense data is confirmed with the owner, a reserves expense is typically not factored in. Therefore, for consistency purposes, the reserves for replacement items were not deducted in this analysis.

The total estimated operating expenses reflect $97,019 annually, or $1.13 per square foot. This is considered to be in-line with the market, based on similar industrial warehouse properties.

**Capitalization Rate**

The next step in the Income Approach is to estimate an appropriate overall capitalization rate. The overall capitalization rate is typically estimated using the mortgage/equity band of investment method, and the debt coverage ratio method. These methods are discussed in the following analysis.

***Band of Investment.*** Band of investment analysis, by definition, is a technique in which cash flow rates attributable to components of a capital investment are weighted and combined to derive a weighted average rate attributable to the total investment. Because most investments are purchased with debt and equity capital, the overall capitalization rate must satisfy the return of both investors.

Properties similar to the subject would reflect an 80% loan-to-value ratio based on a 7.00% stabilized interest rate. This rate contemplates a mortgage amortized monthly over 25 years, with a five-year balloon payment. Representatives of several local lenders have indicated this to reflect reasonable financing terms for credit worthy borrowers.

It is indicated the typical equity dividend rates are expected to range between 6% and 10%. It is estimated that, based on the current economic conditions, an investor would require the middle of this range; therefore, the equity dividend target was estimated at 8.50%. The projection period reflects the balloon term with projected appreciation over the five-year period estimated to be insignificant. Based on the mortgage equity analysis, the overall capitalization rate reflects 8.50%.

| Modified Band of Investment Method | | |
|---|---|---|
| **Premises:** | | |
| Mortgage Ratio (M) | | 80% |
| Interest Rate | | 7.00% |
| Loan Term (Years) | | 25 |
| Equity Dividend Rate | | 8.50% |
| Projection Period (Years) | | 5 |
| Annual Constant (Rm) | | 0.08481 |
| 1) Mortgage Ratio (M) x Annual Constant (Rm) | | |
| 0.80 x 0.08481 | = | 0.06785 |
| 2) Equity Ratio (1-M) x Equity Dividend Rate | | |
| 0.20 x 0.0850 | = | 0.01700 |
| Indicated Cap Rate: | | 0.08485 |
| Rounded: | | 8.50% |

***Debt Coverage Ratio.*** The debt coverage ratio method, or DCR method, is based upon standard underwriting guidelines determined by commercial lenders. The typical debt coverage ratio ranges from 1.10 to 1.30, according to conversations with local lenders. For the purposes of this analysis, a 1.20 DCR was utilized. Applying the similar mortgage terms of (M = .80 and Rm = .08481) results in an OAR by this method of 8.14%.

## Debt Coverage Ratio Method

| L to V | x | Rm | x | DCR | = | Cap Rate |
|--------|---|---------|---|------|---|----------|
| 0.80 | x | 0.08481 | x | 1.20 | = | 8.14% |

The methods utilized in establishing an overall capitalization rate reflected a range of 8.14% to 8.50%, therefore it was estimated that an 8.25% overall capitalization rate was considered appropriate.

### Value Estimate By The Income Approach
Dividing the net operating income by the estimated capitalization rate indicates a stabilized value for the subject of $3,122,343, rounded to **$3,120,000**. The Income Approach summary is located below.

# Income Approach Summary

POTENTIAL GROSS INCOME

| | | | | | |
|---|---|---|---|---|---|
| Building A | | 2,890 sf @ | $11.00 /sf = | $31,790 | |
| Building B | | 12,250 sf @ | $8.00 /sf = | $98,000 | |
| Building C | | 9,320 sf @ | $6.00 /sf = | $55,920 | |
| Building D | | 9,320 sf @ | $6.00 /sf = | $55,920 | |
| Building E & H | | 3,516 sf @ | $6.00 /sf = | $21,096 | |
| Building F - Ops for Plant | | 4,300 sf @ | $0.60 /sf = | $2,580 | |
| Building G - Plant | | 24,000 sf @ | $0.60 /sf = | $14,400 | |
| Building I | | 896 sf @ | $0.60 /sf = | $538 | |
| Building J | | 18,880 sf @ | $6.00 /sf = | $113,280 | |
| Building K | | 816 sf @ | $0.60 /sf = | $490 | |
| Cell Phone Tower | | | | $32,460 | |
| Total: | | 86,188 | | $394,013 | |

LESS: VACANCY AND COLLECTION LOSS
  10% of Potential Gross Income                      ($39,401)

EFFECTIVE GROSS INCOME                                                    $354,612

LESS: OPERATING EXPENSES

| | | | | |
|---|---|---|---|---|
| Real Estate Taxes | | L | $14,647 | |
| Insurance | $0.45 /SF | L | $38,785 | |
| Management | 5% | L | $17,731 | |
| Repairs/Maintenance | $0.30 /SF | L | $25,856 | |

TOTAL EXPENSES                                                            ($97,019)

NET OPERATING INCOME                                                      $257,593

DIVIDED BY OVERALL CAPITALIZATION RATE                                      8.25%

STABILIZED VALUE                                                         $3,122,343

ROUNDED TO                                                              **$3,120,000**

  T=Tenant's Responsibility
  L=Landlord's Responsibilty

### RECONCILIATION/FINAL ESTIMATE OF VALUE

The approaches used indicate the following range in value for the fee simple interest in the subject:

Cost Approach..................................................................................................................................$3,530,000
Income Approach .............................................................................................................................$3,120,000

The *Cost Approach* is predicated on the principle of substitution; a prudent buyer will not pay more for a property than the cost to build similar improvements on another site. The Cost Approach estimated the cost to replace the current improvements with improvement that have similar utility. The replacement cost new is then depreciated and the land value, estimated using the sales comparison approach, is added to the depreciated replacement cost for the total value. In the case of the subject, the land value had good support. Furthermore, the replacement cost was well supported using the Marshall Valuation Service cost manual, however it is difficult to estimate the depreciation on buildings this old. This approach was considered an average indicator of value, therefore it was given slightly less weight than the Income Approach since the subject is a multi-tenant development.

The *Income Approach* is a vital valuation indicator for income producing properties. It is well used for making a comparative analysis of the relative income characteristics of competing building in the same market. In the case of the subject property, sufficient data was available concerning income, expenses, occupancy levels and capitalization rates. The rental rates of the comparable properties were good indicators of a rental rate for the subject, based on the data found in the market. Even though the market is currently oversaturated with vacant industrial rental space, the subject has a high occupancy rate and collects significant income from the leasable units on the property. Since this property would be purchased for its income-producing potential as well as its specialty use as a Biodiesel Plant, the Income Approach was considered a good indicator of value, and was given slightly more weight than the Cost Approach in the final analysis.

Based upon the assumptions, conditions, and contingencies as discussed in this report, it is my opinion and conclusion that the estimated market value of the fee simple interest in the subject, under market conditions prevailing on May 23, 2012, is:

### THREE MILLION THREE HUNDRED THOUSAND DOLLARS ($3,300,000)

### LEASED FEE VALUE

As discussed, the tenant for Building E/H is paying a premium rent over and above the market rent estimated in the Income Approach, and it was determined that a typical tenant would not pay this premium for this component of the subject. The tenant is paying this premium for land to store tanks and other equipment related to their business. In order to estimate the leased fee interest in the subject, the rent surplus of $8.50 per square foot (tenant is paying $14.50, market rent is $6.00) was discounted over the remaining 20 months of the lease. This calculation is shown in the table below:

| PRESENT VALUE AS OF JUNE 2012 (20 Months Remaining on Lease) | | | |
|---|---|---|---|
| | | 2011-12 May-April | 2012-13 May-January |
| INCOME | Size (SF) | Year 1 | Year 2 |
| Total Net Income Surplus ($8.50/SF) (For Rent on Buildings E & H) | 3,516 | $29,886 | $19,924 |
| Total | | $29,886 | $19,924 |
| Discount Factor | 12.00% | 0.892857 | 0.797194 |
| Cash Flow | | $26,684 | $15,883 |
| Present Value of Income Stream | | $42,567 | |
| Rounded To | | $40,000 | |

Adding the present value of the rent surplus of $40,000 to the fee simple value of $3,300,000, results in a leased fee value by the income approach of $3,340,000.

Based upon the assumptions, conditions, and contingencies as discussed in this report, it is my opinion and conclusion that the estimated market value of the leased fee interest in the subject, under market conditions prevailing on May 23, 2012, is:

## THREE MILLION THREE HUNDRED FORTY THOUSAND DOLLARS ($3,340,000)

### NON-REALTY FURNITURE FIXTURES AND EQUIPMENT
A substantial portion of the subject consists of a biodiesel manufacturing plant. There is a significant amount of non-realty fixtures on the property. A breakdown of this equipment and its costs, as provided by Global Scientific Technologies, LLC, is shown as follows:

# Global Scientific Technologies, LLC

March 12, 2012

Mr. Lee J. Maher
Clean Fuel, LLC
1248 George Jenkins Blvd.
Lakeland, FL 33815
Mobile Phone: 407-929-4664
Email Address: Lee.Maher@SolarBlue.Com

RE: Asset Value Assessment of the Clean Fuel Lakeland Facility.

Dear Mr. Maher,

At your request, I have reviewed all the documentation provided and have determined a fair market value for each item located at the Clean Fuel Lakeland Facility. My analysis is based on the information obtained from all available records from Clean Fuel's Lakeland Facility, and a comparison study of assets from a similar bio diesel facility utilizing similar production practices and annual production capacities which is located in Pennsylvania.

The following report identifies my reasoning for the equipment value determination of the Lakeland Facility assets. The Lakeland Facility assets represent only those assets that are used for the direct production of bio diesel as understood and explained by CFL's management and technical teams. These assets are first use and will be in service as: the Open Loop Bio Mass Fuel Delivery System (Section I); the 3.2 MW CHP Generator Set (Section II); and the new Front-end Cellulosic, High FFA Multi Use Feedstock Processing System (Section III) for the subject location. The total value for all three portions of this Open Loop Bio Mass Project is $18,980,622.00. To the best of my knowledge all non-qualifying assets (i.e.: laboratory equipment, administrative or non-production equipment) were removed from this evaluation report. Any error in the representation of the listed assets provided by CFL and the indicated use of said assets could effect the value assumptions made in this report.

Thank you for the opportunity this determination report has provided Global Scientific Technologies, LLC in its ability to aid Clean Fuel, LLC with its assessment of the production assets in Lakeland, Florida. If GST can be of any further assistance, please contact me immediately.

Respectfully submitted,

*Bill Griswold*

Bill Griswold, President
Global Scientific Technologies, LLC

*P. O. Box 1347 ~ Duncan, South Carolina - 29334-1347*
*Phone: 864-655-3590 ext: 501*
*Fax: 877-655-3502*
*Email: BGriswold@GST-US.Com*

## SECTION I - OPEN LOOP BIO MASS FUEL DELIVERY SYSTEM
### CLEAN FUEL LAKELAND - COMPARISON & APPRAISED VALUES OF EQUIPMENT

| Asset / PO / Model Number | Vendor | Item ID / Description | Category | | Value at Time of Purchase | Basis of Value (Market Comparison & Appraisal) |
|---|---|---|---|---|---|---|
| ME1009 | Atta Laval | H. Heat Transfer Economizer Exch | ME Equipment | $ | 18,127.04 | Comp & Appr |
| ME1005 | Alfa Laval | Plate Heat Exchangers | ME Equipment | $ | 10,899.73 | Comp & Appr |
| ME1004 | Avanti Company | Meter for Torch Loading | ME Equipment | $ | 151,104.18 | Comp & Appr |
| P6022 | Burnet Electric Motor | Baldor M7034T 1-1/2 HP motor | Pumps | $ | 6,198.00 | Comp & Appr |
| P6023 | Burnet Electric Motor | Baldor M7037T 2 HP motor | Pumps | $ | 9,227.58 | Comp & Appr |
| P6018 | Burnet Electric Motor | Leeson 111928 1 HP motor | Pumps | $ | 5,390.14 | Comp & Appr |
| P6019 | Burnet Electric Motor | Leeson 111928 1 HP motor | Pumps | $ | 5,299.68 | Comp & Appr |
| P6028 | Burnet Electric Motor | Leeson 111938 1 HP motor | Pumps | $ | 5,195.90 | Comp & Appr |
| P6016 | Burnet Electric Motor | Leeson 114633 1.5 HP motor | Pumps | $ | 4,683.68 | Comp & Appr |
| P5017 | Burnet Electric Motor | Leeson 116191 3/4 HP motor | Pumps | $ | 5,104.04 | Comp & Appr |
| P6020 | Burnet Electric Motor | Leeson 116191 3/4 HP motor | Pumps | $ | 5,245.90 | Comp & Appr |
| P6021 | Burnet Electric Motor | Leeson 116191 3/4 HP motor | Pumps | $ | 5,197.15 | Comp & Appr |
| P6008 | Burnet Electric Motor | Leeson G121541 1 HP motor | Pumps | $ | 5,268.69 | Comp & Appr |
| P6007 | Burnet Electric Motor | Leeson G121541 1 HP motor | Pumps | $ | 5,245.55 | Comp & Appr |
| P6009 | Burnet Electric Motor | Leeson G121541 1 HP motor | Pumps | $ | 5,197.15 | Comp & Appr |
| P6011 | Burnet Electric Motor | Leeson G121542 1.5 HP motor | Pumps | $ | 5,104.84 | Comp & Appr |
| P6012 | Burnet Electric Motor | Leeson G121542 1.5 HP motor | Pumps | $ | 5,369.60 | Comp & Appr |
| P6013 | Burnet Electric Motor | Leeson G121542 1.5 HP motor | Pumps | $ | 4,683.68 | Comp & Appr |
| P6014 | Burnet Electric Motor | Leeson G121542 1.5 HP motor | Pumps | $ | 4,761.69 | Comp & Appr |
| P6015 | Burnet Electric Motor | Leeson G121542 1.5 HP motor | Pumps | $ | 4,902.08 | Comp & Appr |
| P6010 | Burnet Electric Motor | Leeson G158142 10 HP motor | Pumps | $ | 4,926.11 | Comp & Appr |
| P6024 | Burnet Electric Motor | Leeson G158157 7.5 HP motor | Pumps | $ | 5,143.97 | Comp & Appr |
| P6030 | Burnet Electric Motor | Leeson G158082 3 HP motor | Pumps | $ | 5,345.95 | Comp & Appr |
| P6031 | Burnet Electric Motor | Leeson G158082 3 HP motor | Pumps | $ | 5,197.15 | Comp & Appr |
| P6002 | Burnet Electric Motor | Leeson G158082 3 HP motor | Pumps | $ | 5,195.90 | Comp & Appr |
| P6003 | Burnet Electric Motor | Leeson G158082 3 HP motor | Pumps | $ | 5,227.56 | Comp & Appr |
| P6004 | Burnet Electric Motor | Leeson G158083 3 HP motor | Pumps | $ | 5,143.97 | Comp & Appr |
| P6005 | Burnet Electric Motor | Leeson G158082 3 HP motor | Pumps | $ | 5,104.84 | Comp & Appr |
| P6009 | Burnet Electric Motor | Leeson G859582 3 HP motor | Pumps | $ | 5,195.90 | Comp & Appr |
| ME1011 | Chem. Containers | Oxidative Mixer & Mixer Bridge | ME Equipment | $ | 9,133.17 | Comp & Appr |
| ME1012 | Chem. Containers | Oxidative Mixer & Mixer Shaft | ME Equipment | $ | 7,498.84 | Comp & Appr |
| ME1010 | Classic Controls | F-000 | ME Equipment | $ | 5,143.97 | Comp & Appr |
| F1001 | Clean Fuel | 10 Bag Filter | Glycerin Equipment | $ | 11,063.23 | Comp & Appr |
| P1308 | Clean Fuel | 30% HCL Acid Metering | Pumps | $ | 5,504.69 | Comp & Appr |
| P1316 | Clean Fuel | 33% HCL Acid Metering to TM 1205 | Pumps | $ | 5,104.84 | Comp & Appr |
| P1310 | Clean Fuel | 50% NAOH Metering | Pumps | $ | 5,315.67 | Comp & Appr |
| P1312 | Clean Fuel | 50% NAOH Metering | Pumps | $ | 5,104.84 | Comp & Appr |
| P4012 | Clean Fuel | 7.5HP Pump H25/FKNETTPC | Pumps | $ | 5,288.98 | Comp & Appr |
| P1273 | Clean Fuel | A Stage Esters Coalescer Feed | Pumps | $ | 5,197.15 | Comp & Appr |
| T1230 | Clean Fuel | A Stage Fatty Acid Still Removal Settler #1 | Tanks | $ | 148,451.02 | Comp & Appr |
| T1232 | Clean Fuel | A Stage Fatty Acid Still Removal Settler #2 | Tanks | $ | 137,543.56 | Comp & Appr |
| T1210 | Clean Fuel | A Stage Fatty Acid Secondary Settler | Tanks | $ | 109,630.67 | Comp & Appr |
| T1231 | Clean Fuel | A stage Fatty Acid Settler #2 Feed | Tanks | $ | 18,549.32 | Comp & Appr |
| P1231 | Clean Fuel | A Stage Reactor | Pumps | $ | 73,257.69 | Comp & Appr |
| T1200 | Clean Fuel | A Stage Reactor | Tanks | $ | 301,379.96 | Comp & Appr |
| T1201 | Clean Fuel | A Stage Reactor Feed | Tanks | $ | 14,845.10 | Comp & Appr |
| P1311 | Clean Fuel | A Stage Sulfuric Acid Metering Pump to Reactor | Pumps | $ | 5,310.34 | Comp & Appr |
| T1211 | Clean Fuel | A stage thermal Heating Fluid Expansion Air Receiver | Tanks | $ | 7,975.90 | Comp & Appr |
| P4011 | Clean Fuel | ADP Pump | Pumps | $ | 5,104.84 | Comp & Appr |
| T1001 | Clean Fuel | Air Receiver | Tanks | $ | 3,061.28 | Comp & Appr |
| P1305 | Clean Fuel | Alcohol Caustic Feed | Pumps | $ | 5,143.97 | Comp & Appr |
| P1504 | Clean Fuel | Alcohol Caustic Soda Transfer | Pumps | $ | 5,227.56 | Comp & Appr |
| T1304 | Clean Fuel | Alcoholic Caustic Soda Feed | Tanks | $ | 37,345.04 | Comp & Appr |
| T1303 | Clean Fuel | Alcoholic Caustic Soda Prep | Tanks | $ | 37,857.05 | Comp & Appr |
| P1301 | Clean Fuel | Anhvdrous Methanol Off Loading | Pumps | $ | 5,167.15 | Comp & Appr |
| T1321 | Clean Fuel | Anhydrous Methonal Storage Tank | Tanks | $ | 185,050.05 | Comp & Appr |
| P1500 | Clean Fuel | Area 1.3 Sump Pump | Pumps | $ | 5,104.84 | Comp & Appr |
| P1401 | Clean Fuel | Area 1.5 Sump Pump | Pumps | $ | 5,328.74 | Comp & Appr |
| F1000 | Clean Fuel | Bag Filter | Glycerin Equipment | $ | 73,972.90 | Comp & Appr |
| T1212 | Clean Fuel | Batch Tank #1 | Tanks | $ | 104,156.43 | Comp & Appr |
| T1213 | Clean Fuel | Batch Tank #2 | Tanks | $ | 109,828.26 | Comp & Appr |
| T1214 | Clean Fuel | Batch Tank #3 | Tanks | $ | 103,231.77 | Comp & Appr |
| P1206 | Clean Fuel | Batch Tank Feed | Pumps | $ | 5,157.15 | Comp & Appr |
| T1224 | Clean Fuel | Bed Filter Feed | Tanks | $ | 13,190.61 | Comp & Appr |
| FM1000 | Clean Fuel | Bio Flow Meter | ME Equipment | $ | 11,162.29 | Comp & Appr |
| FM1001 | Clean Fuel | Bio Flow Meter | ME Equipment | $ | 7,692.04 | Comp & Appr |
| P1208 | Clean Fuel | Carbon Column Feed | Pumps | $ | 5,289.89 | Comp & Appr |
| column 1 | Clean Fuel | Carbon Columns | Glycerin Equipment | $ | 101,270.65 | Comp & Appr |
| column 2 | Clean Fuel | Carbon Columns | Glycerin Equipment | $ | 56,122.66 | Comp & Appr |
| column 3 | Clean Fuel | Carbon Columns | Glycerin Equipment | $ | 56,190.12 | Comp & Appr |
| column 4 | Clean Fuel | Carbon Columns | Glycerin Equipment | $ | 56,224.56 | Comp & Appr |
| P2116 | Clean Fuel | Caustic Drum | Pumps | $ | 5,104.84 | Comp & Appr |
| T1408 | Clean Fuel | Caustic Wash Centrifuge Mix Tank | Tanks | $ | 8,790.56 | Comp & Appr |
| P3106 | Clean Fuel | Chilled Water Circulation | Pumps | $ | 5,195.90 | Comp & Appr |
| P4002 | Clean Fuel | Circulator Heater 24000 watts 480 volt | Pumps | $ | 5,104.84 | Comp & Appr |

## SECTION I - OPEN LOOP BIO MASS FUEL DELIVERY SYSTEM
### CLEAN FUEL LAKELAND - COMPARISON & APPRAISED VALUES OF EQUIPMENT

| Asset / PO / Model Number | Vendor | Item ID / Description | Category | Value at Time of Purchase | Basis of Value (Market Comparison & Appraisal) |
|---|---|---|---|---|---|
| P1236 | Clean Fuel | Glycerol Transfer | Pumps | $ 5,315.07 | Comp & Appr |
| T2115 | Clean Fuel | Condensed Glycerin Vacuum Tank | Tanks | $ 2,563.05 | Comp & Appr |
| AC1001 | Clean Fuel | Cooking Oil Caustic Wash Centrifuge | ME Equipment | $ 152,217.12 | Comp & Appr |
| CT3101 | Clean Fuel | Cooling Tower | ME Equipment | $ 55,820.97 | Comp & Appr |
| P3105 | Clean Fuel | Cooling Tower Circulation | Pumps | $ 5,348.96 | Comp & Appr |
| T2101 | Clean Fuel | Crude Glycerin Storage Tank | Tanks | $ 99,030.56 | Comp & Appr |
| T1204 | Clean Fuel | Crystal Growth | Tanks | $ 44,372.93 | Comp & Appr |
| T1223 | Clean Fuel | Deionized Water Storage | Tanks | $ 8,084.78 | Comp & Appr |
| T1207 | Clean Fuel | Distillation Column | Tanks | $ 3,289,000.00 | Comp & Appr |
| P1236 | Clean Fuel | Distillation Condenser Recirculating | Pumps | $ 5,288.88 | Comp & Appr |
| T1412 | Clean Fuel | Dried Oil Surge Tank | Tanks | $ 138,675.23 | Comp & Appr |
| hT1001 | Clean Fuel | Ester Bulk Reg Intmt | ME Equipment | $ 708.55 | Comp & Appr |
| C1202 | Clean Fuel | Ester Coalescer | ME Equipment | $ 5,266.68 | Comp & Appr |
| CE1402 | Clean Fuel | Ester Fuel Coalescer | ME Equipment | $ 131,164.18 | Comp & Appr |
| T1221 | Clean Fuel | Ester Fuel Coalescer Feed | Tanks | $ 5,309.95 | Comp & Appr |
| P1216 | Clean Fuel | Ester Fuel Transfer | Pumps | $ 5,290.14 | Comp & Appr |
| P1215 | Clean Fuel | Ester Fuel Wash Column Feed | Pumps | $ 5,315.07 | Comp & Appr |
| T1223 | Clean Fuel | Esters Coalescer Feed | Tanks | $ 13,067.52 | Comp & Appr |
| P1209 | Clean Fuel | Esters Drying Feed | Pumps | $ 5,190.00 | Comp & Appr |
| P1224 | Clean Fuel | Esters to 1100 Tanks | Pumps | $ 5,196.90 | Comp & Appr |
| PC1201 | Clean Fuel | Esters Wash Column | ME Equipment | $ 5,305.60 | Comp & Appr |
| T1203 | Clean Fuel | Fetch Drum | Tanks | $ 33,010.22 | Comp & Appr |
| P1210 | Clean Fuel | Fatty Acid Coalescer Feed | Pumps | $ 5,349.34 | Comp & Appr |
| P1207 | Clean Fuel | Fatty Acid Spill Removal Settler #1 Feed | Pumps | $ 5,249.58 | Comp & Appr |
| P1227 | Clean Fuel | Fatty Acid Secondary Settler Feed | Pumps | $ 5,194.04 | Comp & Appr |
| T1226 | Clean Fuel | Fatty Acid settler | Tanks | $ 109,639.26 | Comp & Appr |
| P1221 | Clean Fuel | Fatty Acid Settler #2 Feed | Pumps | $ 5,245.66 | Comp & Appr |
| PH420 | Clean Fuel | Fatty Acid Settler #2 Feed | Pumps | $ 5,288.68 | Comp & Appr |
| P1226 | Clean Fuel | Fatty Acid Settler Feed | Pumps | $ 5,143.97 | Comp & Appr |
| T1209 | Clean Fuel | Fatty Acid Settler Feed | Tanks | $ 8,787.05 | Comp & Appr |
| T1227 | Clean Fuel | Fatty Acid Settler Feed | Tanks | $ 163,731.77 | Comp & Appr |
| T1229 | Clean Fuel | Fatty Acid Surge Tank | Tanks | $ 63,309.15 | Comp & Appr |
| CVS102 | Clean Fuel | Fuel Production Cooling & Filtering System | ME Equipment | $ 53,007.01 | Comp & Appr |
| T1101 | Clean Fuel | Fuel Storage | Tanks | $ 260,519.28 | Comp & Appr |
| T1102 | Clean Fuel | Fuel Storage | Tanks | $ 257,903.71 | Comp & Appr |
| T1103 | Clean Fuel | Fuel Storage | Tanks | $ 253,778.90 | Comp & Appr |
| T2116 | Clean Fuel | Glycerin Vacuum Evaporator Feed Tank | Tanks | $ 34,718.61 | Comp & Appr |
| T2154A | Clean Fuel | Glycerine Storage | Tanks | $ 54,941.17 | Comp & Appr |
| T2154B | Clean Fuel | Glycerine Storage | Tanks | $ 47,898.44 | Comp & Appr |
| T2114C | Clean Fuel | Glycerine Storage | Tanks | $ 38,879.51 | Comp & Appr |
| T21MD | Clean Fuel | Glycerine Storage | Tanks | $ 40,274.03 | Comp & Appr |
| T2107 | Clean Fuel | Glycerine Vacuum Evaporator | Tanks | $ 111,822.53 | Comp & Appr |
| P2106 | Clean Fuel | Glycerol Centrifuge Feed | Pumps | $ 1,293.34 | Comp & Appr |
| B2102 | Clean Fuel | Glycerol Condenser Fan | Glycerin Equipment | $ 2,590.47 | Comp & Appr |
| B2103 | Clean Fuel | Glycerol Condenser Fan | Glycerin Equipment | $ 2,613.61 | Comp & Appr |
| T1225 | Clean Fuel | Glycerol Discharge surge | Tanks | $ 2,981.93 | Comp & Appr |
| P2113 | Clean Fuel | Glycerol Export | Pumps | $ 5,196.90 | Comp & Appr |
| P2111 | Clean Fuel | Glycerol Filter Feed | Pumps | $ 4,693.59 | Comp & Appr |
| B2101 | Clean Fuel | Glycerol High Vacuum Blower | Glycerin Equipment | $ 103,858.74 | Comp & Appr |
| P1225 | Clean Fuel | Glycerol Recycle | Pumps | $ 5,227.58 | Comp & Appr |
| P2118 | Clean Fuel | Glycerol Sample P Feed H Extraction | Pumps | $ 5,390.14 | Comp & Appr |
| T2111 | Clean Fuel | Glycerol Shift | Tanks | $ 28,691.96 | Comp & Appr |
| T2112 | Clean Fuel | Glycerol Shift | Tanks | $ 23,107.14 | Comp & Appr |
| T2113 | Clean Fuel | Glycerol Shift | Tanks | $ 23,493.08 | Comp & Appr |
| T1205 | Clean Fuel | Glycerol Surge | Tanks | $ 19,234.42 | Comp & Appr |
| B1302 | Clean Fuel | Glyco Water Chiller | ME Equipment | $ 51,948.37 | Comp & Appr |
| P4010 | Clean Fuel | GIPPump3198ITX | Pumps | $ 4,683.88 | Comp & Appr |
| P4013 | Clean Fuel | GIPPump3198TX | Pumps | $ 4,761.89 | Comp & Appr |
| T1407 | Clean Fuel | Grease Trap Material Fatty Acid | Tanks | $ 16,941.98 | Comp & Appr |
| T1403 | Clean Fuel | Grease Trap Oil Receiving #1 | Tanks | $ 332,705.07 | Comp & Appr |
| T1404 | Clean Fuel | Grease Trap Oil Receiving #2 | Tanks | $ 329,560.54 | Comp & Appr |
| T1406 | Clean Fuel | Grease Trap Oil/Water Settler | Tanks | $ 38,190.68 | Comp & Appr |
| P1411 | Clean Fuel | Grease Trap Waste Water Transfer | Pumps | $ 5,348.56 | Comp & Appr |
| P2106 | Clean Fuel | HCI Metering Drum | Pumps | $ 5,143.97 | Comp & Appr |
| B1301 | Clean Fuel | Heater Blower | ME Equipment | $ 2,571.98 | Comp & Appr |
| C1203 | Clean Fuel | Heater Blower | ME Equipment | $ 13,962.32 | Comp & Appr |
| HT1002 | Clean Fuel | Hot Oil | ME Equipment | $ 36,626.58 | Comp & Appr |
| HT1001 | Clean Fuel | HotOil Filter System | ME Equipment | $ 7,963.06 | Comp & Appr |
| T1307 | Clean Fuel | Hydrochloric Acid (30%) Storage Tank | Tanks | $ 147,309.15 | Comp & Appr |
| MISC | Clean Fuel | Instrumentation/Valves/Piping/Fittings | Glycerin Equipment | $ 1,748.06 | Comp & Appr |
| T1215 | Clean Fuel | ME Reaction Settler | Tanks | $ 132,040.73 | Comp & Appr |
| P1302 | Clean Fuel | Methanol Feed | Pumps | $ 5,196.90 | Comp & Appr |
| T1217 | Clean Fuel | Methyl Esters Feed Thank to Wash Colum | Tanks | $ 166,448.13 | Comp & Appr |
| AC1000 | Clean Fuel | New Air Compressor | ME Equipment | $ 76,699.52 | Comp & Appr |
| P4009 | Clean Fuel | New Pump | Pumps | $ 4,882.39 | Comp & Appr |

CONFIDENTIAL

# Industrial Property Appraisal

## SECTION I - OPEN LOOP BIO MASS FUEL DELIVERY SYSTEM
### CLEAN FUEL LAKELAND - COMPARISON & APPRAISED VALUES OF EQUIPMENT

| Asset / PO / Model Number | Vendor | Item ID / Description | Category | Value at Time of Purchase | Basis of Value (Market) Comparison & Appraisal |
|---|---|---|---|---|---|
| P9500 | Clean Fuel | New Pump RPI 5sWPTYOGHHW | Pumps | $ 6,741.56 | Comp & Appr |
| P4002 | Clean Fuel | New Pump RPI 5sWPTYOGHHW | Pumps | $ 4,761.99 | Comp & Appr |
| M4000 | Clean Fuel | New Static Mixer | MC Equipment | $ 53,150.59 | Comp & Appr |
| P1408 | Clean Fuel | Oil Dryer Feed | Pumps | $ 5,313.34 | Comp & Appr |
| P1212 | Clean Fuel | Oil Esters Dyer Vaccuum | Pumps | $ 5,143.37 | Comp & Appr |
| SP1000 | Clean Fuel | Piping to 2nd Evaporator Facility | ME Equipment | $ 77,159.31 | Comp & Appr |
| AC1000 | Clean Fuel | Plant Air Compression | ME Equipment | $ 112,449.97 | Comp & Appr |
| T2109 | Clean Fuel | Process Surge Tank | Tanks | $ 25,604.15 | Comp & Appr |
| T2113 | Clean Fuel | Process Surge Tank | Tanks | $ 25,940.27 | Comp & Appr |
| P4001 | Clean Fuel | Pump | Pumps | $ 4,926.11 | Comp & Appr |
| P4015 | Clean Fuel | Pump | Pumps | $ 5,289.68 | Comp & Appr |
| P4014 | Clean Fuel | Pump | Pumps | $ 5,349.34 | Comp & Appr |
| P4000 | Clean Fuel | Pump added to 2nd evaporator facility | Pumps | $ 5,196.90 | Comp & Appr |
| T1209 | Clean Fuel | Recovered Methanol | Tanks | $ 14,909.67 | Comp & Appr |
| T1102 | Clean Fuel | Recovered Methanol Tank | Tanks | $ 43,969.58 | Comp & Appr |
| T1210 | Clean Fuel | Refined Fatty Acid Surge | Tanks | $ 12,972.52 | Comp & Appr |
| T2104 | Clean Fuel | Refined Glycerin Carbon Column Feed Tank | Tanks | $ 12,369.45 | Comp & Appr |
| T2102 | Clean Fuel | Salt Centrifuge Feed Tank | Tanks | $ 14,945.10 | Comp & Appr |
| CE2101 | Clean Fuel | Salt Removal Centrifuge | Glycerin Equipment | $ 12,952.82 | Comp & Appr |
| P1210 | Clean Fuel | Seal Water | Pumps | $ 5,298.60 | Comp & Appr |
| P1211 | Clean Fuel | Settler Feed | Pumps | $ 5,227.56 | Comp & Appr |
| T1508 | Clean Fuel | Sodium Hydroxide (50%) Storage Tank | Tanks | $ 14,548.57 | Comp & Appr |
| T1309 | Clean Fuel | Sodium Methylate Storage Tank | Tanks | $ 168,493.14 | Comp & Appr |
| P4005 | Clean Fuel | Spare Oil Pump | Pumps | $ 5,289.68 | Comp & Appr |
| T1405 | Clean Fuel | Spent Cooking Oil Fatty Acid Settler | Tanks | $ 47,615.94 | Comp & Appr |
| P1407 | Clean Fuel | Spent Cooking Oil Feed | Pumps | $ 5,380.14 | Comp & Appr |
| T1400 | Clean Fuel | Spent Cooking Oil Feed | Tanks | $ 8,642.38 | Comp & Appr |
| T1401 | Clean Fuel | Spent Cooking Oil Recieving #1 | Tanks | $ 329,514.79 | Comp & Appr |
| T1402 | Clean Fuel | Spent Cooking Oil Recieving #2 | Tanks | $ 335,467.65 | Comp & Appr |
| T1239 | Clean Fuel | Spillage Containment | Tanks | $ 10,064.06 | Comp & Appr |
| P1217 | Clean Fuel | Spillage Containment Transfer | Pumps | $ 5,319.34 | Comp & Appr |
| P1202 | Clean Fuel | Stage 1 Methanol Evaporator Feed | Pumps | $ 5,315.07 | Comp & Appr |
| P1205 | Clean Fuel | Stage 1 Methanol Evaporator Recirculating | Pumps | $ 5,393.14 | Comp & Appr |
| T1206 | Clean Fuel | Stage 1 Methanol Recovery Evaporator | Tanks | $ 165,537.11 | Comp & Appr |
| P2115 | Clean Fuel | Stage 11 Condensed Water Extraction | Pumps | $ 5,143.37 | Comp & Appr |
| P1214 | Clean Fuel | Stage 11 Methanol Evaporator Feed | Pumps | $ 5,309.69 | Comp & Appr |
| P1213 | Clean Fuel | Stage 11 Methanol Evaporator Recirculating | Pumps | $ 5,194.94 | Comp & Appr |
| T1219 | Clean Fuel | Stage 2 Methanol Recovery Evaporator | Tanks | $ 184,216.93 | Comp & Appr |
| T1216 | Clean Fuel | Stage II Methanol Evaporator Feed | Tanks | $ 160,684.54 | Comp & Appr |
| T1025 | Clean Fuel | Sulfuric Acid (98%) Storage Tank | Tanks | $ 111,641.67 | Comp & Appr |
| P1317 | Clean Fuel | Sulfuric Acid Metering Pump to Fatty Acid Wash | Pumps | $ 5,109.68 | Comp & Appr |
| P2102 | Clean Fuel | Sump Pump | Pumps | $ 2,508.57 | Comp & Appr |
| P1229 | Clean Fuel | Thermal Fluid Secondary Heat System | Pumps | $ 5,246.55 | Comp & Appr |
| P2114 | Clean Fuel | Thermal Fluid Secondary Heat System | Pumps | $ 5,227.56 | Comp & Appr |
| P3101 | Clean Fuel | Thermal Heating Fluid Circulation | Pumps | $ 5,157.15 | Comp & Appr |
| P3102 | Clean Fuel | Thermal Heating Fluid Circulation | Pumps | $ 5,143.37 | Comp & Appr |
| P3103 | Clean Fuel | Thermal Heating Fluid Circulation | Pumps | $ 5,390.14 | Comp & Appr |
| P3104 | Clean Fuel | Thermal Heating Fluid Circulation | Pumps | $ 5,288.68 | Comp & Appr |
| T3102 | Clean Fuel | Thermal Heating Fluid Drain & Fill | Tanks | $ 39,709.17 | Comp & Appr |
| T3101 | Clean Fuel | Thermal Heating Fluid Expansion | Tanks | $ 39,127.64 | Comp & Appr |
| CW3101 | Clean Fuel | Thermal Liquid Heater #1 | ME Equipment | $ 112,003.49 | Comp & Appr |
| H*3102 | Clean Fuel | Thermal Liquid Heater #2 | ME Equipment | $ 2,659.30 | Comp & Appr |
| T2122 | Clean Fuel | Unrefined Glycerol Storage | Tanks | $ 124,329.42 | Comp & Appr |
| P2110 | Clean Fuel | Vacuum Pump | Pumps | $ 1,298.73 | Comp & Appr |
| T1231 | Clean Fuel | Vacuum Reciever | Tanks | $ 12,057.53 | Comp & Appr |
| | Clean Fuel | Vandine | | $ 11,053.85 | Comp & Appr |
| CE1401 | Clean Fuel | Wash Water Centrifuge | ME Equipment | $ 2,613.91 | Comp & Appr |
| T1234 | Clean Fuel | Wash Water Coalescer Feed | Tanks | $ 2,970.94 | Comp & Appr |
| T1410 | Clean Fuel | Wash Water Recycle | Tanks | $ 7,325.01 | Comp & Appr |
| T1236 | Clean Fuel | Wash Water Surge | Tanks | $ 4,687.49 | Comp & Appr |
| P1203 | Clean Fuel | Wash Water Transfer | Pumps | $ 5,116.34 | Comp & Appr |
| T1411 | Clean Fuel | Washed Methyl Ester Transfer | Tanks | $ 10,888.22 | Comp & Appr |
| T2104 | Clean Fuel | Waste Water and Scrubber Feed Tank | Tanks | $ 5,548.58 | Comp & Appr |
| P2117 | Clean Fuel | Water Stipper Evaporator Feed | Pumps | $ 5,308.69 | Comp & Appr |
| P2118 | Clean Fuel | Water Stripper Recirculation Feed | Pumps | $ 5,260.68 | Comp & Appr |
| T2117 | Clean Fuel | Water Stripper Evaporator | Tanks | $ 54,619.13 | Comp & Appr |
| T2101 | Clean Fuel | Yellow Glycerin Surge Tank | Tanks | $ 12,269.61 | Comp & Appr |
| ME1042 | Denn Indek | High Temperature Flow Transducers | ME Equipment | $ 5,436.10 | Comp & Appr |
| HE4002 | FL Heat | Heat Exchanger | Heat Exchangers | $ 7,795.12 | Comp & Appr |
| HE4005 | FL Heat | Heat Exchanger | Heat Exchangers | $ 7,707.35 | Comp & Appr |
| HE4007 | FL Heat | Heat Exchanger | Heat Exchangers | $ 2,091.03 | Comp & Appr |
| HD4006 | FL Heat | Heat Exchanger - in vace date 10/06 as Crit. Spares | Heat Exchangers | $ 3,920.68 | Comp & Appr |
| HD4000 | FL Heat | Plant Air Compressor | Heat Exchangers | $ 3,977.54 | Comp & Appr |
| ME1019 | Flanders Electric Motor | Reliance 60HP Motor Base | ME Equipment | $ 4,721.93 | Comp & Appr |
| ME1022 | Flow Components | Supplies for CaoEr Project P-416 | ME Equipment | $ 7,142.79 | Comp & Appr |

## SECTION I - OPEN LOOP BIO MASS FUEL DELIVERY SYSTEM
### CLEAN FUEL LAKELAND - COMPARISON & APPRAISED VALUES OF EQUIPMENT

| Asset / PO / Model Number | Vendor | Item ID / Description | Category | Value at Time of Purchase | Basis of Value (Market Comparison & Appraisal) |
|---|---|---|---|---|---|
| REF043 | GE Infrastructure | Flowmeter Simp #84F03762 | ME Equipment | $ 1,491.05 | Comp& Appr |
| HE4004 | H&M Boiler Service | Heat Exchanger | Heat Exchangers | $ 7,841.37 | Comp& Appr |
| MF1059 | Hudson Pump | G.75N12-14 Gearbox | ME Equipment | $ 1,435.68 | Comp& Appr |
| P6051 | Hudson Pump | 15 HP Pump | Pumps | $ 5,104.94 | Comp& Appr |
| P5061 | Hudson Pump | AW Pump NTW412-200 - S/N 57806228 | Pumps | $ 5,194.94 | Comp& Appr |
| P6029 | Hudson Pump | AW Pump NTW465 | Pumps | $ 4,926.11 | Comp& Appr |
| ME1048 | Hudson Pump | Danube Mist Eliminator | ME Equipment | $ 18,736.02 | Comp& Appr |
| G1001 | Hudson Pump | Gear Box for Glycerine Tank Agitator | Glycerin Equipment | $ 3,662.91 | Comp& Appr |
| P6058 | Hudson Pump | GP Pump - 15TFRMC3 S/N E0764694 | Pumps | $ 5,196.90 | Comp& Appr |
| P6043 | Hudson Pump | GP pump - Ester Dryer Booster Pump | Pumps | $ 5,227.56 | Comp& Appr |
| P6052 | Hudson Pump | GP Pump 10 HP | Pumps | $ 5,206.99 | Comp& Appr |
| P6033 | Hudson Pump | GP Pump 3198MTX | Pumps | $ 4,761.99 | Comp& Appr |
| P6034 | Hudson Pump | G.75Pump3198MTX | Pumps | $ 4,892.38 | Comp& Appr |
| P6031 | Hudson Pump | GP Pump3196STX | Pumps | $ 5,268.68 | Comp& Appr |
| P6032 | Hudson Pump | GP Pump3196STX | Pumps | $ 4,662.68 | Comp& Appr |
| P6025 | Hudson Pump | GP WE 05.11 HH Pump | Pumps | $ 5,194.94 | Comp& Appr |
| P6026 | Hudson Pump | GP WE 05.11 HH Pump | Pumps | $ 5,248.94 | Comp& Appr |
| P6027 | Hudson Pump | GP WE 05.11 HH Pump | Pumps | $ 5,197.15 | Comp& Appr |
| P6040 | Hudson Pump | Hot oil pump | Pumps | $ 5,197.15 | Comp& Appr |
| P6045 | Hudson Pump | Hot oil pump | Pumps | $ 5,194.94 | Comp& Appr |
| P6037 | Hudson Pump | MA Pump with motor | Pumps | $ 5,390.14 | Comp& Appr |
| P6038 | Hudson Pump | MA Pump with motor | Pumps | $ 5,204.94 | Comp& Appr |
| P6039 | Hudson Pump | MA Pump with motor | Pumps | $ 5,345.58 | Comp& Appr |
| G1002 | Hudson Pump | Mixer | Glycerin Equipment | $ 5,494.15 | Comp& Appr |
| P6030 | Hudson Pump | MP Pump G.73XNP444NNN | Pumps | $ 5,194.94 | Comp& Appr |
| P6059 | Hudson Pump | MS Pump - S/N  07F-109910-1 | Pumps | $ 5,227.56 | Comp& Appr |
| ME1029 | Hudson Pump | P-006 | ME Equipment | $ 5,227.58 | Comp& Appr |
| ME1057 | Hudson Pump | PF KGABCEKKZ- Repair Kit | ME Equipment | $ 2,367.66 | Comp& Appr |
| ME1058 | Hudson Pump | PF KGABCEDKU- Repair Kit for Gas | ME Equipment | $ 1,538.40 | Comp& Appr |
| P2120 | Hudson Pump | Pump | Pumps | $ 5,197.15 | Comp& Appr |
| P5107 | Hudson Pump | Pump | Pumps | $ 5,227.56 | Comp& Appr |
| P6049 | Hudson Pump | Pump - 16AM40 | Pumps | $ 5,398.90 | Comp& Appr |
| P2137 | Hudson Pump | Pump - 3x4 - 17 2 196MTX, COMMCU | Pumps | $ 5,227.56 | Comp& Appr |
| P6046 | Hudson Pump | Pump - P-002.1 | Pumps | $ 5,268.68 | Comp& Appr |
| P6047 | Hudson Pump | Pump - P-002.1 | Pumps | $ 5,348.56 | Comp& Appr |
| P6048 | Hudson Pump | Pump - P-002.1 | Pumps | $ 5,197.15 | Comp& Appr |
| P6054 | Hudson Pump | Pump Seal and Repair Kit | Pumps | $ 5,350.14 | Comp& Appr |
| P6050 | Hudson Pump | Pump Seals and Gaskets | Pumps | $ 4,926.11 | Comp& Appr |
| P6053 | Hudson Pump | Pump Seals and Gaskets | Pumps | $ 372,741.84 | Comp& Appr |
| P6055 | Hudson Pump | Pump-3196STX | Pumps | $ 5,268.68 | Comp& Appr |
| P6056 | Hudson Pump | Pump-XL -130-(S/N #04DQ151) | Pumps | $ 5,348.56 | Comp& Appr |
| P6050 | Hudson Pump | Reseller Pump - S/N 710775609 | Pumps | $ 5,143.97 | Comp& Appr |
| P6057 | Hudson Pump | Repair Kit for Pump 1227 | Pumps | $ 5,197.15 | Comp& Appr |
| ME1056 | Hudson Pump | RP N14-269 Repair Kit | ME Equipment | $ 12,656.67 | Comp& Appr |
| P6036 | Hudson Pump | RP Pump 16AM32 | Pumps | $ 5,194.94 | Comp& Appr |
| P6044 | Hudson Pump | RP Pump. Motor & Baseplate | Pumps | $ 5,143.97 | Comp& Appr |
| P6035 | Hudson Pump | RP Pump3165SS | Pumps | $ 4,983.69 | Comp& Appr |
| ME1031 | Hudson Pump | Standard Bore Seal Chamber P-006 | ME Equipment | $ 5,194.94 | Comp& Appr |
| ME1055 | Hudson Pump | SX SK5283V-C16T Shar Mixer Double Helical Nord Gearbox | ME Equipment | $ 7,325.81 | Comp& Appr |
| ME1032 | Insuform Group | Insulation on piping and valves F-009 | ME Equipment | $ 5,308.60 | Comp& Appr |
| ME1045 | Inversys | 2 Flowmeters S/N's 7230477, 7230478 | ME Equipment | $ 11,182.39 | Comp& Appr |
| ME1043 | Inversys | 24HP, 5200 PSI Pressure Washer | ME Equipment | $ 11,051.23 | Comp& Appr |
| ME13A4 | Inversys | Auto Sampler | ME Equipment | $ 7,493.04 | Comp& Appr |
| ME1035 | Inversys | Elecro-Pneumatic Positioner for Control Valve # 50-04-3694 | ME Equipment | $ 7,492.04 | Comp& Appr |
| ME1036 | Inversys | Elecro-Pneumatic Positioner for Control Valve # 50-04-3695 | ME Equipment | $ 5,622.46 | Comp& Appr |
| ME1037 | Inversys | Electro-Pneumatic Positioner for Control Valve # 50-04-3696 | ME Equipment | $ 5,592.06 | Comp& Appr |
| G1000 | Inversys | Temperature Transmitter on Glyc. Evap. Temp. Control | Glycerin Equipment | $ 7,493.04 | Comp& Appr |
| ME1000 | Kimia | Mist Eliminator | ME Equipment | $ 3,604.27 | Comp& Appr |
| ME1047 | Koch-Gitsch | 2 Flowmeters S/N's 723003, 723004 | ME Equipment | $ 5,562.68 | Comp& Appr |
| T4011 | Lakeland Cold Storage | Tank #3 of 5 tank purchase | In Process | $ 37,713.98 | Comp& Appr |
| T4011 | Lakeland Cold Storage | Tank #4 of 5 tank purchase | In Process | $ 37,274.18 | Comp& Appr |
| T4011 | Lakeland Cold Storage | Tank #5 of 5 tank purchase | In Process | $ 38,977.37 | Comp& Appr |
| ME1027 | M & R Technologies | F-006 | ME Equipment | $ 5,949.56 | Comp& Appr |
| ME1038 | McMaster-Carr | Air Powered Pump | ME Equipment | $ 5,591.15 | Comp& Appr |
| ME1014 | O3 Traders Supply | Bag Filter Housing | ME Equipment | $ 7,442.75 | Comp& Appr |
| ME1040 | O3 Traders Supply | Strainer for Dryer System | ME Equipment | $ 1,069.88 | Comp& Appr |
| ME1009 | Rexel | Frequency Drive for new motor | MC Equipment | $ 25,974.12 | Comp& Appr |
| ME1007 | Rexel | Motor Starter for High Shear Reactor | MC Equipment | $ 11,063.05 | Comp& Appr |
| ME1041 | Rexel | Portable Flowmeter & Clamp | ME Equipment | $ 1,069.81 | Comp& Appr |
| ME1017 | Rexel Consolidated | Starter for ME truck loading P-032.1 | ME Equipment | $ 5,591.15 | Comp& Appr |
| P6042 | Rexel Consolidated | Vacuum Pump | Pumps | $ 5,196.90 | Comp& Appr |

CONFIDENTIAL

Page 4 of 8

## SECTION I - OPEN LOOP BIO MASS FUEL DELIVERY SYSTEM
### CLEAN FUEL LAKELAND - COMPARISON & APPRAISED VALUES OF EQUIPMENT

| Asset / PO / Model Number | Vendor | Item ID / Description | Category | Value at Time of Purchase | Basis of Value (Market Comparison & Appraisal) |
|---|---|---|---|---|---|
| HE1303 | SISCO | Bath Tank Oil Cooler | Heat Exchangers | $ 71,506.12 | Comp & Appr |
| HE4001 | SISCO | Circulation Heater | Heat Exchangers | $ 2,795.17 | Comp & Appr |
| HR4009 | SISCO | Control Valve for HE1209 | Critical Spares | $ 79,202.09 | Comp & Appr |
| HE1203 | SISCO | Distillation Column Condensor | Heat Exchangers | $ 6,230.35 | Comp & Appr |
| HE1204 | SISCO | Distillation Column Reboiler | Heat Exchangers | $ 330,305.48 | Comp & Appr |
| HE2105 | SISCO | Glycerol Evaporator Heater | Heat Exchangers | $ 9,230.33 | Comp & Appr |
| HE2105A | SISCO | HE1214 A Retube | Heat Exchangers | $ 104,931.53 | Comp & Appr |
| HE1207 A | SISCO | HE1215A Retubrush | Heat Exchangers | $ 106,987.14 | Comp & Appr |
| HE1413A | SISCO | HE2105A Refurbish | Heat Exchangers | $ 18,480.51 | Comp & Appr |
| HE2105A | SISCO | HE2111A Refurbish | Heat Exchangers | $ 28,430.59 | Comp & Appr |
| HE1214A | SISCO | Heat Exchanger | Heat Exchangers | $ 39,667.59 | Comp & Appr |
| HE4000 | SISCO | Heat Exchanger | Heat Exchangers | $ 9,230.33 | Comp & Appr |
| HE1215 A | SISCO | HEM 12A Refurbish | Heat Exchangers | $ 7,609.67 | Comp & Appr |
| HE1210 | SISCO | Process Water Heater | Heat Exchangers | $ 180,036.96 | Comp & Appr |
| HE1401 | SISCO | Process Water Heater | Heat Exchangers | $ 9,230.33 | Comp & Appr |
| HE1207 | SISCO | Process Water Heater to T1233 | Heat Exchangers | $ 18,189.07 | Comp & Appr |
| HE1301 | SISCO | Reactor Feed Heater | Heat Exchangers | $ 18,421.73 | Comp & Appr |
| HE1212 | SISCO | Recovered Methanol Condensor | Heat Exchangers | $ 26,543.50 | Comp & Appr |
| HE1211 | SISCO | Recovered Methanol Cooler | Heat Exchangers | $ 18,181.93 | Comp & Appr |
| HE2111A | SISCO | Retube | Heat Exchangers | $ 207,805.37 | Comp & Appr |
| HE1214 | SISCO | Secondary Thermal Fluid Heater | Heat Exchangers | $ 28,575.32 | Comp & Appr |
| HE2108 | SISCO | Secondary Thermal Fluid Heater (Dry Plant) | Heat Exchangers | $ 25,719.79 | Comp & Appr |
| HE2106 | SISCO | Stage I Condensor | Heat Exchangers | $ 9,230.33 | Comp & Appr |
| HE1202 | SISCO | Stage I Methanol Evaporator | Heat Exchangers | $ 132,076.51 | Comp & Appr |
| HE2107 | SISCO | Stage II Condensor | Heat Exchangers | $ 155,807.55 | Comp & Appr |
| HE1206 | SISCO | Stage II Methanol Evaporator Heater | Heat Exchangers | $ 156,626.82 | Comp & Appr |
| HE2108 | SISCO | Stage II Vacuum System Water Condensor | Heat Exchangers | $ 70,572.59 | Comp & Appr |
| HE1205 | SISCO | Wash Water Inline Heater 1 | Heat Exchangers | $ 171,386.56 | Comp & Appr |
| HE1205 | SISCO | Wash Water Inline Heater 2 | Heat Exchangers | $ 16,362.99 | Comp & Appr |
| HE2111 | SISCO | Water Stoper Evaporator Heater | Heat Exchangers | $ 9,230.33 | Comp & Appr |
| ME1096 | Solaris | Evaporator Valve | ME Equipment | $ 25,684.59 | Comp & Appr |
| ME1004 | Solaris | F-005 | ME Equipment | $ 5,196.90 | Comp & Appr |
| ME1003 | Suzel Chemtech | Trays for Distillation Column | ME Equipment | $ 2,675.51 | Comp & Appr |
| ME1010 | Vanta-Cert | Repair of Centrifuge & Shear Box Over Haul | ME Equipment | $ 11,224.60 | Comp & Appr |
| CFL-0005-10 | Dresser Roots | Roots Blower | Recent Add | $ 50,415.00 | Comp & Appr |
| CFL-0007-09 | Flow Components | Braided Hose | Recent Add | $ 450.00 | Comp & Appr |
| CFL-0009-09 | Hudson Pump | Agitator | Recent Add | $ 3,277.50 | Comp & Appr |
| CFL-0010-09 | Hudson Pump | Agitator | Recent Add | $ 3,277.50 | Comp & Appr |
| CFL-0011-09 | Hudson Pump | Pump | Recent Add | $ 7,497.00 | Comp & Appr |
| CFL-0012-09 | Hudson Pump | Pump | Recent Add | $ 9,922.90 | Comp & Appr |
| CFL-0013-09 | Hudson Pump | Pump | Recent Add | $ 10,764.00 | Comp & Appr |
| CFL-0014-09 | Solaris Florida | DIP Cell | Recent Add | $ 2,550.00 | Comp & Appr |
| CFL-0015-09 | McMaster Carr | AOD Pump | Recent Add | $ 3,000.00 | Comp & Appr |
| CFL-0017-09 | Work-Cent | Kit | Recent Add | $ 2,426.50 | Comp & Appr |
| CFL-0019-09 | Unithern Inc | Tank Insulation | Recent Add | $ 27,541.00 | Comp & Appr |
| CFL-0020-09 | Federal | Bolts and Nuts | Recent Add | $ 2,001.00 | Comp & Appr |
| CFL-0021-09 | Flow Components | Gaskets | Recent Add | $ 3,705.90 | Comp & Appr |
| CFL-0022-09 | PPI | Bags | Recent Add | $ 750.00 | Comp & Appr |
| CFL-0023-09 | Hudson Pump | Seal Kit | Recent Add | $ 696.00 | Comp & Appr |
| CFL-0024-09 | BayPort Valve | Fitting | Recent Add | $ 8,970.90 | Comp & Appr |
| CFL-0025-09 | BayPort Valve | Fitting | Recent Add | $ 2,637.15 | Comp & Appr |
| CFL-0026-09 | BayPort Valve | Fitting | Recent Add | $ 892.19 | Comp & Appr |
| CFL-0027-09 | BayPort Valve | Fitting | Recent Add | $ 5,624.70 | Comp & Appr |
| CFL-0031-09 | Fesschkem Inc | Fitting | Recent Add | $ 1,724.37 | Comp & Appr |
| CFL-0032-09 | McMaster Carr | Fitting | Recent Add | $ 922.12 | Comp & Appr |
| CFL-0035-09 | Superior Coatings | Sealing and Corrosion Protection | Recent Add | $ 54,190.90 | Comp & Appr |
| CFL-0040-09 | BayPort Valve | Air Boiler Plate | Recent Add | $ 750.00 | Comp & Appr |
| CFL-0082-09 | BayPort Valve | Fitting | Recent Add | $ 3,754.14 | Comp & Appr |
| CFL-0084-09 | BayPort Valve | Pipe Fittings | Recent Add | $ 3,209.91 | Comp & Appr |
| CFL-0085-09 | Flow Components | Gaskets | Recent Add | $ 1,410.00 | Comp & Appr |
| CFL-0069-09 | Ryon Herco | Repair Kit | Recent Add | $ 1,964.42 | Comp & Appr |
| CFL-0071-09 | AA Mechanical Seal Repair | Seals | Recent Add | $ 2,437.50 | Comp & Appr |
| CFL-0072-09 | Hudson Pump | Kit | Recent Add | $ 2,122.50 | Comp & Appr |
| CFL-0073-09 | Solaris Florida | Positioner | Recent Add | $ 1,474.50 | Comp & Appr |
| CFL-0075-09 | McMaster Carr | Pipe Hangers | Recent Add | $ 1,963.90 | Comp & Appr |
| CFL-0077-09 | Flanders Electric | Motor | Recent Add | $ 1,526.50 | Comp & Appr |
| CFL-0079-09 | BayPort Valve | Pipe Fittings | Recent Add | $ 2,169.18 | Comp & Appr |
| CFL-0081-09 | Hudson Pump | Kit | Recent Add | $ 4,308.00 | Comp & Appr |
| CFL-0087-09 | Hudson Pump | Kit | Recent Add | $ 2,989.05 | Comp & Appr |
| CFL-0086-09 | BayPort Valve | Pipe Fittings | Recent Add | $ 2,700.00 | Comp & Appr |
| CFL-0102-09 | McMaster Carr | PVC Fittings | Recent Add | $ 500.31 | Comp & Appr |
| CFL-0101-09 | BayPort Valve | Pipe & Fittings | Recent Add | $ 1,806.30 | Comp & Appr |
| CFL-0109-09 | Gardner Denver Nash | Vacuum pump | Recent Add | $ 12,237.90 | Comp & Appr |
| CFL-0115-09 | Hudson Pump | Seal | Recent Add | $ 1,630.00 | Comp & Appr |
| CFL-0115-09 | Metrohm | Drier tube for KF unit | Recent Add | $ 63.00 | Comp & Appr |

## SECTION I - OPEN LOOP BIO MASS FUEL DELIVERY SYSTEM
### CLEAN FUEL LAKELAND - COMPARISON & APPRAISED VALUES OF EQUIPMENT

| Asset / PO / Model Number | Vendor | Item ID / Description | Category | Value at Time of Purchase | Basis of Value (Market Comparison & Appraisal) |
|---|---|---|---|---|---|
| CFL-0120-09 | BeyPort Valve | Pipe and Fittings | Recent Add | $ 1,093.40 | Comp& Appr |
| CFL-0121-09 | Flanders Electric | Motor | Recent Add | $ 1,818.90 | Comp& Appr |
| CFL-0122-09 | Flow Components | Gaskets | Recent Add | $ 450.00 | Comp& Appr |
| CFL-0123-09 | Hudson Pump | Seal Kit | Recent Add | $ 750.00 | Comp& Appr |
| CFL-0125-09 | McMaster Carr | V-Belts | Recent Add | $ 278.87 | Comp& Appr |
| CFL-0130-09 | BeyPort Valve | Pipe and Fittings | Recent Add | $ 1,982.49 | Comp& Appr |
| CFL-0133-09 | Flow Components | Gaskets | Recent Add | $ 800.00 | Comp& Appr |
| CFL-0134-09 | Vibra-Cant | Kit | Recent Add | $ 2,850.00 | Comp& Appr |
| CFL-0137-09 | Flanders Electric | Motor | Recent Add | $ 693.90 | Comp& Appr |
| CFL-0140-09 | Frischkom Inc | Pipe Fittings | Recent Add | $ 2,489.34 | Comp& Appr |
| CFL-0148-09 | Hudson Pump | Kit | Recent Add | $ 8,609.90 | Comp& Appr |
| CFL-0149-09 | Frischkom Inc | Pipe/Fittings | Recent Add | $ 2,268.07 | Comp& Appr |
| CFL-0150-09 | McMaster Carr | Relief Valve | Recent Add | $ 615.90 | Comp& Appr |
| CFL-0156-09 | McMaster Carr | Fittings | Recent Add | $ 1,155.16 | Comp& Appr |
| CFL-0163-09 | Unitherm Inc | Tank Insulation | Recent Add | $ 18,699.90 | Comp& Appr |
| CFL-0164-09 | McMaster Carr | Fittings | Recent Add | $ 185.90 | Comp& Appr |
| CFL-0165-09 | McMaster Carr | Hose | Recent Add | $ 337.34 | Comp& Appr |
| CFL-0167-09 | BeyPort Valve | Fittings | Recent Add | $ 1,064.94 | Comp& Appr |
| CFL-0174-09 | Thorpe Heating & Air | Kit | Recent Add | $ 957.90 | Comp& Appr |
| CFL-0175-09 | AA Mechanical Seal Repair | Seal | Recent Add | $ 1,762.90 | Comp& Appr |
| CFL-0176-09 | BeyPort Valve | Pipe/Fittings | Recent Add | $ 7,278.90 | Comp& Appr |
| CFL-0192-09 | Flow Components | Gaskets | Recent Add | $ 525.90 | Comp& Appr |
| CFL-0193-09 | McMaster Carr | pump for methanol drum | Recent Add | $ 272.90 | Comp& Appr |
| CFL-0198-09 | Hudson Pump | Agitators | Recent Add | $ 11,559.00 | Comp& Appr |
| CFL-0211-09 | Hudson Pump | Stator D85/49 | Recent Add | $ 1,800.00 | Comp& Appr |
| CFL-0231-09 | Hudson Pump | 1 ea. kit for BOC18 | Recent Add | $ 4,250.00 | Comp& Appr |
| CFL-0232-09 | Hudson Pump | 1 ea. Kit | Recent Add | $ 3,750.00 | Comp& Appr |
| CFL-0233-09 | Hudson Pump | 1 ea. Kit | Recent Add | $ 4,050.00 | Comp& Appr |
| CFL-0234-09 | Hudson Pump | 1 ea. Kit | Recent Add | $ 4,350.00 | Comp& Appr |
| CFL-0235-09 | Hudson Pump | 1 ea. Kit | Recent Add | $ 2,250.00 | Comp& Appr |
| CFL-0236-02 | Eagle Bio Diesel | (1) BCC100 5gpm Cold Clear System | Recent Add | $ 6,533.03 | Comp& Appr |
| CFL-0254-09 | BeyPort Valve | Pipe Fittings | Recent Add | $ 198.90 | Comp& Appr |
| CFL-0255-09 | BayPort Valve | Pipe Fittings | Recent Add | $ 198.90 | Comp& Appr |
| CFL-0260-09 | McMaster Carr | Pipe Fittings | Recent Add | $ 1,982.90 | Comp& Appr |
| CFL-0261-09 | McMaster Carr | Pipe Fittings | Recent Add | $ 2,057.90 | Comp& Appr |
| CFL-0262-09 | McMaster Carr | Hose & ADD Pump | Recent Add | $ 929.78 | Comp& Appr |
| CFL-0290-09 | Hudson Pump | 1 ea. Kit | Recent Add | $ 3,250.00 | Comp& Appr |
| CFL-0291-09 | Hudson Pump | 1 ea. Kit | Recent Add | $ 4,350.00 | Comp& Appr |
| CFL-0293-09 | McMaster Carr | Coupling Spider | Recent Add | $ 37.90 | Comp& Appr |
| V 7134 | Cummins Electric | 125 DSHAE GenSet | Recent Add | $ 83,570.00 | Comp& Appr |
| V 7134 | Master Electric | Transfer Switch | Recent Add | $ 6,976.00 | Comp& Appr |

**SECTION I - Total Asset Value of the Open Loop Bio Mass Delivery System**    $ 15,481,490.00

CONFIDENTIAL

## SECTION II - CHP GENERATOR SET
### CLEAN FUEL LAKELAND - ASSET VALUE FROM FAIRBANKS MORSE QUOTATION

| Quote | Vendor | Item ID / Description | Category | Value at Time of Purchase | Basis of Value (CFL Purchase Order) |
|-------|--------|----------------------|----------|---------------------------|-------------------------------------|
| 09FME-01-Foss Rev 3 | Fairbanks Morse Engine | FME - Engine, Generator & Sub-base | CHP Gen Set | $ 583,505.00 | CFL-0232-10 |
| 09FME-01-Foss Rev 3 | Fairbanks Morse Engine | FME - Controls | CHP Gen Set | $ 134,196.00 | CFL-0232-10 |
| 09FME-01-Foss Rev 3 | Fairbanks Morse Engine | FME - Mechanical Auxiliary Equipment | CHP Gen Set | $ 292,946.00 | CFL-0232-10 |
| 09FME-01-Foss Rev 3 | Fairbanks Morse Engine | FME - Freight Charges | CHP Gen Set | $ 37,764.00 | CFL-0232-10 |
| 09FME-01-Foss Rev 3 | Fairbanks Morse Engine | FME - Electrical Installation | CHP Gen Set | $ 723,783.00 | CFL-0232-10 |
| 09FME-01-Foss Rev 3 | Fairbanks Morse Engine | FME - Mechanical Installation | CHP Gen Set | $ 653,280.00 | CFL-0232-10 |
| 09FME-01-Foss Rev 3 | Fairbanks Morse Engine | FME - Rigging | CHP Gen Set | $ 54,706.00 | CFL-0232-10 |

### SECTION II - Total Asset Value of the CHP GENERATOR SET         $ 2,480,000.00

CONFIDENTIAL

### SECTION III - FRONT-END HIGH FFA FEEDSTOCK BLENDING SYSTEM
#### CLEAN FUEL LAKELAND - ASSET VALUE FROM SUMMIT ENERGY SOLUTIONS INVOICE

| PO Number | Vendor | Item ID / Description | Category | Value at Time of Purchase | Basis of Value (Vendor Invoice) |
|---|---|---|---|---|---|
| To Be Assigned | Summit Energy Solutions | PLC Batch System Modification | FFA Blending System | | 2012-01 |
| To Be Assigned | Summit Energy Solutions | Feedstock & Finish Product Storage | FFA Blending System | $ 27,500.00 | 2012-01 |
| To Be Assigned | Summit Energy Solutions | Feedstock 93.315 Pre-Heaters 800L x 2 | FFA Blending System | $ 79,115.00 | 2012-01 |
| | | Pressurized 1000L CR-800 Reactor w/ Methoxide Pre- | | | |
| To Be Assigned | Summit Energy Solutions | Mixer & 6 Bulk Tanks | FFA Blending System | $ 340,000.00 | 2012-01 |
| To Be Assigned | Summit Energy Solutions | PLC Reactor & Demethylation Control System | FFA Blending System | $ 92,114.00 | 2012-01 |
| To Be Assigned | Summit Energy Solutions | PC-6 Centrifuge 1000L/hr | FFA Blending System | $ 79,160.00 | 2012-01 |
| To Be Assigned | Summit Energy Solutions | Methanol Recovery Heat Exchanger | FFA Blending System | $ 11,908.00 | 2012-01 |
| To Be Assigned | Summit Energy Solutions | Demethylation Continuous Batch System 1000L x 2 | FFA Blending System | $ 150,320.00 | 2012-01 |
| To Be Assigned | Summit Energy Solutions | Purable Ion Exchange System | FFA Blending System | $ 43,500.00 | 2012-01 |
| | | Polishing Unit (1 Micron) with Filters, Particle Counter & | | | |
| To Be Assigned | Summit Energy Solutions | Moisture Detection | FFA Blending System | $ 23,714.00 | 2012-01 |
| | | Installation Components, Electric & Connective Piping, | | | |
| | | Pneumatic Hoses & Wiring, Pressure Transducers, Level | | | |
| | | Gauges, EMS Containment & Safety, Methanol Detection & | | | |
| To Be Assigned | Summit Energy Solutions | Alarm Systems | FFA Blending System | $ 162,700.00 | 2012-01 |
| | | 100 AMP Step-up Transformer 220-440 Volt, with Panel | | | |
| To Be Assigned | Summit Energy Solutions | Box, Couplers Installed | FFA Blending System | $ 9,140.00 | 2012-01 |

**SECTION III - Total Asset Value of the FFA Blending System**     **$ 1,019,132.00**

CONFIDENTIAL

## GENERAL UNDERLYING ASSUMPTIONS AND LIMITING CONDITIONS

1. This appraisal report complies with the reporting requirements set forth under the Scope of Work Rule of the Uniform Standards of Professional Appraisal Practice and complies with the reporting requirements set forth under either Standard Rule 2-2(a) of the Uniform Standards of Professional Appraisal Practice for a Self-Contained Appraisal Report; Standard Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice for a Summary Appraisal Report; or Standard Rule 2-2(c) of the Uniform Standards of Professional Appraisal Practice for a Restricted Appraisal Report. As such, it may or may not include full discussions of the data, reasoning, and analyses that were used in the appraisal process to develop the appraisers' opinion of value. Supporting documentation concerning the data, reasoning, and analyses is retained in the appraiser's work file.

2. The information contained in this report is specific to the needs of the specific user and for the intended use stated in this report. The appraisers are not responsible for the unauthorized use of this report.

3. No responsibility is assumed for the legal description or for matters including legal or title considerations. Title to the property is assumed to be good and marketable unless otherwise stated. The legal description is assumed to be correct for the purposes of this report.

4. The property is appraised free and clear of any or all liens or encumbrances unless otherwise stated.

5. Responsible ownership and competent management are assumed, unless otherwise stated in this report.

6. The information furnished by others is believed to be reliable. However, no warranty is given for its accuracy.

7. All engineering material is assumed to be correct. The plot plans and illustrative material in this report are included only to assist the reader in visualizing the property.

8. It is assumed that there are no hidden or unapparent conditions of the property, subsoil, or structures that render it more or less valuable. No responsibility is assumed for such conditions or for arranging for engineering studies that may be required to discover them.

9. It is assumed that there is full compliance with all applicable federal, state, and local environmental regulations unless non-compliance is stated, defined, and considered in the appraisal report.

10. It is assumed that all applicable zoning and use regulations and restriction have been complied with, unless a non-conformity has been stated, defined, and considered in this appraisal report.

11. Any sketch in this report may show approximate dimensions and is included to assist the reader in visualizing the property. Maps and exhibits found in this report are provided for reader reference purposes only. No guarantee as to accuracy is expressed or implied unless otherwise stated in this report. No survey has been made for the purpose of this report.

12. It is assumed that all required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state or national government or private entity or

organization have been or can be obtained or renewed for any use on which the value estimate contained in this report is based.

13. It is assumed that the utilization of the land is within the boundaries of property lines of the property described and that there is no encroachment or trespass unless noted in the report.

14. Possession of this report, or a copy thereof, does not carry with it the right of publication. It may not be used for any other purpose by any person other than the party to whom it is addressed without the written consent of the appraiser, and only in its entirety.

15. Unless otherwise stated in this report, the subject property is appraised without a specific compliance survey having been conducted to determine if the property is or is not in conformance with the requirements of the Americans with Disabilities Act. The presence of architectural and communications barriers that are structural in nature that would restrict access by disabled individuals may adversely affect the property's value, marketability, or utility.

16. It is assumed that any proposed improvements will be completed as set forth in the representations referred to in the report, with all work being performed in a good and workmanlike manner. The appraisal is further subject to any proposed improvements being constructed in accordance with the regulations of the local, county and state authorities.

17. The appraisers herein by reason of this appraisal are not required to give further information, consultation, testimony, or be in attendance in court with reference to the property in question unless arrangements have been previously made.

18. Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraiser, or the firm with which the appraiser is connected) shall be disseminated to the public through advertising, public relations, news, sales, or other media without the prior written consent and approval of the appraiser.

19. Unless otherwise stated in this appraisal report, the property has been appraised as if free and clear of any existing long-term leases on land or improvements which would affect the value of the land.

20. Data used in this appraisal was abstracted from public records, from sales services, and from other data providers. This information is assumed to be accurate and correct.

21. The appraisers do not have the required expertise for determining the presence or absence of hazardous substances; defined as all hazardous or toxic materials, wastes, pollutants, or contaminants (including, but not limited to, asbestos, PCB, UFFI, or other raw materials or chemicals) used in construction, or otherwise present on the property. THE appraisers assume no responsibility for the studies or analyses, which would be required to determine the presence or absence of such substances. The appraisers do not assume responsibility for loss as a result of the presence of such substances. It is assumed that the site is clean and free from any environmental hazards, as none were noted during physical inspection of the subject. The value estimate is based on the assumption that the subject property is not so affected.

22. The distribution, if any, of the total valuation in this report between land and improvements applies only under the stated program of utilization. The separate allocations for land and buildings must not be used in conjunction with any other appraisal and are invalid if so used.

23. The liability of the authors of this appraisal report, including any employees or contractors of Commercial Investment Appraisers, Inc., is limited to the fee collected for the preparation of this appraisal report.

## CERTIFICATION

I certify that, to the best of my knowledge and belief,

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analyses, opinions, and conclusions.

3. I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.

4. My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.

5. My analyses, opinions, and conclusions were developed, and this report has been prepared in accordance with the final rule by the Office of the Comptroller of the Currency dated August 24, 1990, as amended; the Uniform Standards of Professional Appraisal Practice (USPAP); the requirements of the Code of Professional Ethics and the Standards of Professional Practice of the Appraisal Institute; the Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA); the State of Florida for state-certified appraisers; and the appraisal requirements, as set forth by the client.

6. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives and to the requirements of the State of Florida relating to review by the Real Estate Appraisal Subcommittee of the Florida Real Estate Commission.

7. Christopher A. Rolly, MAI is currently certified under the continuing education program of the Appraisal Institute.

8. Christopher A. Rolly has made a personal inspection of the property that is the subject of this report.

9. Christopher A. Rolly has not appraised the subject within the past five years.

10. No one provided significant professional assistance to the appraiser signing this report.

11. The value estimates in this report were not based on a requested minimum valuation, a specific valuation, or for the approval of a loan.

Based upon the assumptions, conditions, and contingencies as discussed in this report, it is my opinion and conclusion that the estimated market value of the fee simple interest in the subject, under market conditions prevailing on May 23, 2012, is:

### THREE MILLION THREE HUNDRED THOUSAND DOLLARS
### ($3,300,000)

Based upon the assumptions, conditions, and contingencies as discussed in this report, it is my opinion and conclusion that the estimated market value of the leased fee interest in the subject, under market conditions prevailing on May 23, 2012, is:

### THREE MILLION THREE HUNDRED FIFTY THOUSAND DOLLARS
### ($3,340,000)

**The subject has $18,980,622 in non-realty furniture, fixtures and equipment.**

Christopher A. Rolly

Christopher A. Rolly, MAI, President
Cert Gen RZ1743

# *Industrial Property Appraisal*

## QUALIFICATIONS OF CHRISTOPHER A. ROLLY, MAI

### Business Address
Commercial Investment Appraisers, 445 Douglas Avenue, Suite 2105C, Altamonte Springs, Florida 32714
www.commercial-appraisers.com
Office (407)369-8080 • Cellular (407)929-8080 • Facsimile (855)856-8080
E-Mail chrisrolly@commercial-appraisers.com

### Education
Graduate of Florida State University, Tallahassee, Florida 1989
Bachelor of Science Degree in Business Administration, with major in Real Estate

### Appraisal Courses Completed
- Real Estate Appraisal Principles and Practices
- Basic Valuation Procedures
- Capitalization Theory and Techniques, Part A
- Real Estate Law
- Real Estate Finance
- Real Estate Feasibility and Analysis
- Advanced Appraisal Techniques
- Advanced Income Capitalization
- General Market Analysis and Highest and Best Use
- Advanced Applications
- Report Writing and Valuation Analysis
- Advanced Sales Comparison and Cost Approaches
- Uniform Standards of Professional Appraisal Practice
- Business Practices and Ethics
- Environmental Considerations For The Appraiser
- Appraising 2 – 4 Family Residential Properties
- Regression Analysis: The Appraisal Approach of the Future
- Developing and Growing An Appraisal Practice
- Appraising The Oddball
- Florida Appraisal Laws and Regulations
- Florida Supervisor/Trainee Roles and Relationships
- Appraising Factory Built Housing
- General Appraisal Demonstration Report Writing

### Real Estate Appraised
- Vacant Land
- Estates
- Power Plants
- Automobile Repair Facilities
- Airplane Hangars
- Day Care Facilities
- Islands
- Limestone Mines
- Churches
- Residential Subdivisions
- Mobile Home Parks
- Planned Developments
- Condemnation Land
- General Office
- Office
- Industrial
- Multifamily
- Citrus Groves
- Nurseries
- Adult Congregate Living Facilities
- Surgical Centers
- Free Standing Retail
- Shopping Centers
- Automobile Dealerships
- Commercial/Industrial Condominiums
- Motel/Hotels
- Cemeteries
- Gas Stations
- Restaurants
- Government Facilities

### Licensure, Designation and Experience
- Florida State-Certified General Real Estate Appraiser No. RZ1743
- Member of the Appraisal Institute
- Commercial real estate appraiser in Central Florida from November 1989 to present