**From:** Larry Long
**Sent:** Saturday, October 06, 2012 12:45 PM
**To:** jmanning@powerteamus.com
**Cc:** Aaron Knight
**Subject:** Need your help over the weekend

John,
First thank you for getting your people out to California last Wed.
It does seem like there have been some hiccups the last 48 hours but everything appears to be on track now.
I have a very strange request: I need this for a 1603 filing that was turned in last weekend to meet a filing deadline,
They need a street address where the genset is sitting, don't need landowners name or anything like that, just the address where your technician went. A picture of the interior of the container would also be helpful showing a crankshaft cover or head cover removed would be a bonus, but not essential.
I need to file this amendment over the weekend to meet their response time.
I will call your cell later to follow up. Thanks again and we look forward to working with PowerTeam.
Thanks,
Larry Long 864 630 4661



GOVERNMENT EXHIBIT 2-1