**From:** Larry Long
**Sent:** Tuesday, October 16, 2012 11:27 AM
**To:** Aaron Knight
**Subject:** RE: Cash Flow Reminder

Need to make sure what we get access to is 5 years of history,
Larry

**From:** Aaron Knight
**Sent:** Tuesday, October 16, 2012 11:25 AM
**To:** Larry Long
**Subject:** RE: Cash Flow Reminder

Is not just one report.  Will be quarterly going forward 1yr

**From:** Larry Long
**Sent:** Tuesday, October 16, 2012 10:21 AM
**To:** Lee Maher; Marco Genio
**Cc:** Aaron Knight
**Subject:** Cash Flow Reminder

Lee,
We should do the $2k HBI report for glycerin this week to allow the back up , new SBA filing.
Also to save several million dollars we need to do the $35k deposit on the gen set in the next week.
Larry



GOVERNMENT EXHIBIT
2-12