| | |
|---|---|
| From: | Larry Long |
| Sent: | Thursday, November 01, 2012 8:00 PM |
| To: | Aaron Knight; Shanna Getto |
| Cc: | aaronknight0311@aol.com |
| Subject: | RE: Deposit info |

Aaron , please send the actual invoice and serial number which a copy of which may be laying on my desk or resend us the docs from Roger electronically.
Larry

---

**From:** Aaron Knight
**Sent:** Thursday, November 01, 2012 6:50 PM
**To:** Shanna Getto
**Cc:** aaronknight0311@aol.com; Larry Long
**Subject:** RE: Deposit info

Hi Shanna,

To ensure things go smoothly, you should see Larry for this final confirmation, as he has all the information on the unit he wishes to purchase for his project requirements. I am only in a support role as he requires…. and do not have the final say.

Aaron

---

**From:** Shanna Getto
**Sent:** Thursday, November 01, 2012 6:35 PM
**To:** Aaron Knight
**Subject:** Deposit info

Did you find the updated invoice for the Gen-Set deposit?

Regards,
<< OLE Object: Picture (Device Independent Bitmap) >>
Shanna Getto
Sr. Accountant, Finance

189 S. Orange Ave #2100
Orlando, FL 32801
P: 407.996.8999
F: 407.404-6342
shanna.getto@solarblue.com
www.solarblue.com

CONFIDENTIALITY CLAUSE: The contents contained in this electronic message are legally privileged and confidential intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this electronic message is prohibited. Please be advised that any dissemination, distribution or copying of the content of this electronic message may result in the breach of certain laws or the infringement of the rights of third parties. If you have received this message in error, please immediately notify us by telephone. I thank you in advance for your cooperation and assistance.

GOVERNMENT EXHIBIT 2-2