RE Fbm.txt

From: Larry Long
Sent: Sunday, October 07, 2012 1:38 PM
To: John Manning
Cc: Aaron Knight
Subject:    RE: Fbm

You are my hero today. Thank you very much. Get some rest.

Larry Long

-----Original Message-----
From: John Manning [mailto:jmanning@powerteamus.com]
Sent: Sunday, October 07, 2012 12:12 PM
To: Larry Long
Cc: Aaron Knight
Subject: FW: Fbm

-----Original Message-----
From: rogerl@mdeltd.com [mailto:rogerl@mdeltd.com]
Sent: Sunday, October 07, 2012 11:48 AM
To: John Manniing
Subject: Re: Fbm

Ost truck & crane Inc
2951 north Ventura Ave. Ventura. .CA

Sent wirelessly from my BlackBerry device on the Bell network.
Envoyé sans fil par mon terminal mobile BlackBerry sur le réseau de Bell.

-----Original Message-----
From: "John Manning" <jmanning@powerteamus.com>
Date: Sun, 7 Oct 2012 11:27:32
To: <rogerl@mdeltd.com>
Cc: Aaron Knight<aaron.knight@solarblue.com>
Subject: RE: Fbm

WE MUST HAVE THE PHYSICAL ADRESS OF THE UNIT WHERE IT IS SHIPPING FROM.

WE ARE GETTING QUOTES

WE NEED IT TODAY.

Best Regards,

John B. Manning
POWERTEAM Generation Inc. | 600 Prairie Industrial Parkway, Mulberry FL 33860
Direct: +1 863 425 3430 | Office: +1 863 425 3030 | Fax: +1 863 425 3131 |

Page 1


GOVERNMENT EXHIBIT 2-M

RE Fbm.txt
   Internet: http://www.powerteamus.com
   Mobile: +1 863 450 6795
   Email: jmanning@powerteamus.com|

   The information contained in this e-mail message is intended only for use
of the person or entity to whom it is addressed and may contain information
that is CONFIDENTIAL and LEGALLY PRIVILEGED and exempt from disclosure under
applicable laws. If you read this message and are not the addressee, you are
notified that use, dissemination or reproduction of this message is
prohibited. If you have received this message in error, please notify
PowerTeam immediately. PowerTeam has taken every reasonable precaution to
ensure that any attachment to this e-mail has been swept for viruses. However,
PowerTeam will not accept liability for any damage sustained as a result of
software viruses and would advise to carry out your own virus checks before
opening any attachment.

   -----Original Message-----
   From: rogerl@mdeltd.com [mailto:rogerl@mdeltd.com]
   Sent: Sunday, October 07, 2012 6:44 AM
   To: John Manniing
   Subject: Re: Fbm

   Good morning. The yard is owned by a crane company who. Will load and move
the Gen set and delivery help to  lakeland Florida ------Original Message-----
-
   From: John Manniing
   To: Roger lanteigne
   Cc: Aaron Knight
   Subject: RE: Fbm
   Sent: Oct 6, 2012 11:28 AM

   Roger,

   We thank you for your patience.  We are working quickly to go over
inspection reports and decide which unit will be purchased.  The buyer will
contact you on Monday to proceed with their decision.

   It is going to be requirement that we have a full unilateral signed
agreement with the owner and you, and the entity who  owns the storage yard
they are sitting in, and they must provide written confirmation that we will
have full unimpeded access to the units.

   The agreement for final payment terms are that balance paid once the units
are loaded out.  The equipment has to be delivered free and clear of any liens
or encumbrances.

   Clean Fuels is on a fast track to find a suitable generation unit for
installation.

RE Fbm.txt

John B. Manning
POWERTEAM Generation Inc. | 600 Prairie Industrial Parkway, Mulberry FL 33860
Direct: +1 863 425 3430 | Office: +1 863 425 3030 | Fax: +1 863 425 3131 |
Internet: http://www.powerteamus.com
Mobile: +1 863 450 6795
Email: jmanning@powerteamus.com|

The information contained in this e-mail message is intended only for use of the person or entity to whom it is addressed and may contain information that is CONFIDENTIAL and LEGALLY PRIVILEGED and exempt from disclosure under applicable laws. If you read this message and are not the addressee, you are notified that use, dissemination or reproduction of this message is prohibited. If you have received this message in error, please notify PowerTeam immediately. PowerTeam has taken every reasonable precaution to ensure that any attachment to this e-mail has been swept for viruses. However, PowerTeam will not accept liability for any damage sustained as a result of software viruses and would advise to carry out your own virus checks before opening any attachment.

-----Original Message-----
From: rogerl@mdeltd.com [mailto:rogerl@mdeltd.com]
Sent: Saturday, October 06, 2012 7:15 AM
To: John Manniing
Subject: Fbm

I do not have any news from Aaron since 10 days something look fishey. I have the exclusive on those units and a conference call with the owner is important or we have other buyer and first come with money will have them could not wait more than Monday Sent wirelessly from my BlackBerry device on the Bell network.
Envoy? sans fil par mon terminal mobile BlackBerry sur le r?seau de Bell.


Sent wirelessly from my BlackBerry device on the Bell network.
Envoyé sans fil par mon terminal mobile BlackBerry sur le réseau de Bell.