**From:** Larry Long
**Sent:** Thursday, October 11, 2012 1:45 PM
**To:** Aaron Knight
**Subject:** RE: fed ex number

Thanks dipshit for the promotion and the dubious honor of producing gold from lead.
Larry Long

---

**From:** Aaron Knight
**Sent:** Thursday, October 11, 2012 1:42 PM
**To:** Roger Lanteigne
**Cc:** Larry Long
**Subject:** RE: fed ex number

Roger,

Thank you for the tracking number. The Contract is with CleanFuel ownership at this moment, I expect to hear back soon. I have cc'ed Mr. Larry Long-COO & (Project Lead) on this correspondence as he will be authorizing the deposit once the contract comes back.

Aaron

---

**From:** Roger Lanteigne [mailto:rogerl@mdeltd.com]
**Sent:** Thursday, October 11, 2012 1:19 PM
**To:** Aaron Knight
**Subject:** RE: fed ex number

Fed ex tracking no 8642-8841-0042

Did you send at lease the deposit yet i will have price today for all moving

Roger Lanteigne (rogerl@mdeltd.com)
President
Marine Diesel Engines Ltd
Office : 506-727-6787
Mobile : 506-726-7161
Fax : 506-727-6158
www.mdeltd.com



GOVERNMENT EXHIBIT
2-N