**From:** Larry Long
**Sent:** Friday, October 12, 2012 6:32 AM
**To:** Aaron Knight
**Subject:** RE: freight rate AND DELIVERY

I feel like we are dealing with an eel. Very concerned about the quality of the engine with no inspection. We have to go , get a local third party or something before closing.
Think about it .
Car wreck,flight  cancellation, who's the owner , rail, then truck, etsc. Etc.
Larry

**From:** Aaron Knight
**Sent:** Thursday, October 11, 2012 3:33 PM
**To:** Larry Long
**Subject:** FW: freight rate AND DELIVERY

$112,500 for transport by truck.  10 -14 days for load, transport, off-load.   I suspect the rate is 1.5X, will need to get other quotes.

**From:** Roger Lanteigne [mailto:rogerl@mdeltd.com]
**Sent:** Thursday, October 11, 2012 3:29 PM
**To:** Aaron Knight
**Subject:** RE: freight rate AND DELIVERY

$350,000.00 Cargo Insurance include in rate.

Truck is emptying in ND. tomorrow, is available to load next week in Ventura.

Include 2 truck load  delivery to Lakeland   delivery time

The following rate is based on availability to load end of next week(truck is emptying in ND. tomorrow or Monday). The rate includes all charges for permits, route surveys, escorts, police and fuel surcharges that are required for this move. The rate is based on dimensions and weights provided by customer, if different than stated rate is subject to change.

Truck is certified in CA. to permit 148k with 48' of well, we have a few thousand pounds to play with and still be able to legally permit.

Transit Time: 10 days to 2 weeks

And loading in Ventura   WEDNESDAY WILL BE THE BEST FOR  REASON NO TRAVEL IN ARIZONA ON WEEK END


Price;;  $112,500.00 usd



Roger Lanteigne (rogerl@mdeltd.com)
President
Marine Diesel Engines Ltd
Office : 506-727-6787
Mobile : 506-726-7161
Fax : 506-727-6158
www.mdeltd.com

**From:** Aaron Knight [mailto:aaron.knight@solarblue.com]
**Sent:** October-11-12 2:42 PM
**To:** Roger Lanteigne



**Cc:** Larry Long
**Subject:** RE: fed ex number

Roger,

Thank you for the tracking number.  The Contract is with CleanFuel ownership at this moment, I expect to hear back soon.  I have cc'ed Mr. Larry Long-COO  & (Project Lead) on this correspondence as he will be authorizing the deposit once the contract comes back.

Aaron

---

**From:** Roger Lanteigne [mailto:rogerl@mdeltd.com]
**Sent:** Thursday, October 11, 2012 1:19 PM
**To:** Aaron Knight
**Subject:** RE: fed ex number

Fed ex tracking no 8642-8841-0042

Did you send at lease  the deposit yet  i will have price today for all moving

Roger Lanteigne (rogerl@mdeltd.com)
President
Marine Diesel Engines Ltd
Office : 506-727-6787
Mobile : 506-726-7161
Fax : 506-727-6158
www.mdeltd.com