```
                               RE News.txt
From:      Larry Long
Sent:      Friday, October 19, 2012 12:34 PM
To:        Aaron Knight
Subject:         RE: News

    Worried??Larry

    -----Original Message-----
From: Aaron Knight
Sent: Friday, October 19, 2012 11:40 AM
To: rogerl@mdeltd.com
Cc: Larry Long
Subject: RE: News

    Hi Roger,  my boss and owner of the company has said that he does in fact
want the unit; however, he has been traveling...  as soon as I hear back I
will let you know.  as per my previous e-mails I understand you are under no
obligation to "hold" the units.

    This does NOT mean that the deal is lost, only that it will take more time
than you and I would prefer.

    Aaron


    -----Original Message-----
    From: rogerl@mdeltd.com [mailto:rogerl@mdeltd.com]
    Sent: Friday, October 19, 2012 10:06 AM
    To: Aaron Knight
    Subject: News

    Schould be a lost deal at lease I schould know Sent wirelessly from my
BlackBerry device on the Bell network.
    Envoy? sans fil par mon terminal mobile BlackBerry sur le r?seau de Bell.
```

Page 1

