| | |
|---|---|
| **From:** | Shanna Getto [Shanna.Getto@solarblue.com] |
| **Sent:** | Wednesday, March 03, 2010 5:24 PM |
| **To:** | Larry Long |
| **Cc:** | Aaron Knight |
| **Subject:** | RE: PO & Asset Listing |
| **Attachments:** | Matching Assets at CFL.xlsx |

My draft of the "Matching Assets…" file is attached for your review. Can you please confirm for me that the column headings read as you intended, that the Installed Cost column was the only one you wanted visible and that you wanted the figures rounded?

Thanks so much,

~S

 cid:image002.jpg@01CAAFBB.E239BBA0

## Shanna Getto

189 S. Orange Ave #2100
Orlando, FL 32801
Toll Free 800.423.3902
P: 407.996.8999
F: 407.996.8998
shanna.getto@solarblue.com
www.cleanfuelus.com

CONFIDENTIALITY CLAUSE: The contents contained in this electronic message are legally privileged and confidential intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this electronic message is prohibited. Please be advised that any dissemination, distribution or copying of the content of this electronic message may result in the breach of certain laws or the infringement of the rights of third parties. If you have received this message in error, please immediately notify us by telephone at the above listed number.

**From:** Larry Long [mailto:llong@cleanfuelus.com]
**Sent:** Wednesday, March 03, 2010 4:27 PM
**To:** Shanna Getto
**Subject:** RE: PO & Asset Listing

Shanna,
Great work. Looking forward to other report , tomorrow is fine.

Larry long

**From:** Shanna Getto [mailto:Shanna.Getto@solarblue.com]
**Sent:** Wednesday, March 03, 2010 4:04 PM
**To:** llong@cleanfuelus.com
**Cc:** Aaron Knight
**Subject:** FW: PO & Asset Listing

Just an update…

I've changed all items listed as category #5 to category #7, per your request.

I'm still working on the "Matching Assets…" report.



 cid:image002.jpg@01CAAFBB.E239BBA0

## Shanna Getto

189 S. Orange Ave #2100
Orlando, FL 32801
Toll Free 800.423.3902
P: 407.996.8999
F: 407.996.8998
shanna.getto@solarblue.com
www.cleanfuelus.com

CONFIDENTIALITY CLAUSE: The contents contained in this electronic message are legally privileged and confidential intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this electronic message is prohibited. Please be advised that any dissemination, distribution or copying of the content of this electronic message may result in the breach of certain laws or the infringement of the rights of third parties. If you have received this message in error, please immediately notify us by telephone at the above listed number.

---

**From:** Shanna Getto
**Sent:** Wednesday, March 03, 2010 1:03 PM
**To:** 'llong@cleanfuelus.com'; Aaron Knight
**Subject:** PO & Asset Listing

Attached are the two files for PO's and Assets, as requested.

The extended "Matching Assets in Lakeland" file will follow. Please let me know if you have an questions are would like any changes.

Thank you,

 cid:image002.jpg@01CAAFBB.E239BBA0

## Shanna Getto

189 S. Orange Ave #2100
Orlando, FL 32801
Toll Free 800.423.3902
P: 407.996.8999
F: 407.996.8998
shanna.getto@solarblue.com
www.cleanfuelus.com

CONFIDENTIALITY CLAUSE: The contents contained in this electronic message are legally privileged and confidential intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this electronic message is prohibited. Please be advised that any dissemination, distribution or copying of the content of this electronic message may result in the breach of certain laws or the infringement of the rights of third parties. If you have received this message in error, please immediately notify us by telephone at the above listed number.