AARON.

## Larry Long

| | |
|---|---|
| From: | Larry Long [larry.long@cleanfuelus.com] |
| Sent: | Sunday, February 20, 2011 12:21 PM |
| To: | 'Jack Brandon'; 'jennell.scott@stanley-properties.com' |
| Cc: | 'Lee Maher' |
| Subject: | Buyer Visit March 1 and prior preparation |

Jack and Bob,
We have a potential investor/buyer coming to Lakeland the 1st.
We need your approval and help to make this be successful. It is our plan to buy the buildings and land for $1million + or- 20% if independent appraisers determine a different number.
There are two ways we can achieve this.
1. Sell the operations to a third party so we can pay the UCC holder and any settle any disputes with you and purchase the land and buildings from you.
2. Get a long term electricity contract ( less probable)and pay the UCC's and Stanley Properties as above and then reopen the plant.

We need the following approvals and agreement to facilitate this process.
1. Ability to bring up to 10 people on the day of the visit.
2. Run the genset for electricity for lights and computers. Will need a Master's Electrician site visit prior to make sure the unit is hooked up correctly and works.
3. Remove the closed signs temporarily.
4. We will not remove any equipment from the site.
5. We may need to put the lab equipment on site.
6. You or your designate may observe pre visit work being headed by Aaron Knight, but we would prefer no "on site " observation the day of the visit.

Please confirm to me on the 21st if this is approved.
As a footnote we have not received the final soil and water analysis yet. So far since your Sept. 17 call to the FDEP we have incurred $170k in expenses and expect a minimum fine of $150k . We would have preferred to have paid those funds to you however.
Thanking you in advance.
Larry Long



1