## ATTACHMENT F
## FEDERAL FUNDING GRANTEE, SUBGRANTEE AND CONTRACTOR PROVISIONS

### FLORIDA ENERGY AND CLIMATE COMMISSION
### GRANT AGREEMENT NO. ARS005

### STATE OF FLORIDA
### GRANT ASSISTANCE
### PURSUANT TO
### AMERICAN RECOVERY AND REINVESTMENT ACT
### UNITED STATES DEPARTMENT OF ENERGY AWARDS

All subgrants and contracts awarded by the [recipient shall contain the] following provisions as applicable:

1. **Equal Employment Opportunity** - [All contracts shall contain a provision requiring c]ompliance with E.O. 11246, "Equal Employ[ment Opportunity," as amended by E.O. 11375, "]Amending Executive Order 11246 Relating [to Equal Employment Opportunity," and as implem]ented by regulations at 41 CFR part 60, [Office of Federal Contract Compliance Program]s, Equal Employment Opportunity, Departm[ent of Labor.]

    *[Handwritten note on green sticky:]*
    > AARON,  3.24.11
    > THIS IS THE ONLY PART OF THE CONTRACT YOU NEED TO REALLY SEE. THE 27 BOILER PLATE, BULLSHIT COMPLIANCE ITEMS. LEE DOES NOT WANT THE CONTRACT CIRCULATED.
    > THANKS, [signature]

2. **Copeland "Anti-Kickback" Act** [(18 U.S.C. 874) - All cont]racts and subgrants in excess of $2,000 for [construction or repair awarded by ]recipients shall include a provision for compl[iance with the Copeland Act (18 U.]S.C. 874), as supplemented by Department [of Labor regulations (29 CFR part 3, "Contra]ctors and Subcontractors on Public Building[s or Public Work Financed in Whole or in Part by ]Loans or Grants from the United States"). T[he Act provides that each contractor or subrecipien]t shall be prohibited from inducing, by any m[eans, any person employed in the construction, comp]letion, or repair of public work, to give up a[ny part of the compensation to which he is otherwis]e entitled. The recipient shall report all suspec[ted or reported violations to the Federal awarding age]ncy.

3. **Davis-Bacon Act, as amended** (40 U.S.C. 276a to a-7) - When required by Federal program legislation, all construction contracts awarded by the recipients and subrecipients of more than $2,000 shall include a provision for compliance with the Davis-Bacon Act (40 U.S.C. 276a to a-7) and as supplemented by Department of Labor regulations (29 CFR part 5, "Labor Standards Provisions Applicable to Contracts Governing Federally Financed and Assisted Construction"). Under this Act, contractors shall be required to pay wages to laborers and mechanics at a rate not less than the minimum wages specified in a wage determination made by the Secretary of Labor. In addition, contractors shall be required to pay wages not less than once a week. The recipient shall place a copy of the current prevailing wage determination issued by the Department of Labor in each solicitation and the award of a contract shall be conditioned upon the acceptance of the wage determination. The recipient shall report all suspected or reported violations to the Federal awarding agency.

4. **Contract Work Hours and Safety Standards Act (40 U.S.C. 327-333)** - Where applicable, all contracts awarded by recipients in excess of $2000 for construction contracts and in excess of $2,500 for other contracts that involve the employment of mechanics or laborers shall include a provision for compliance with Sections 102 and 107 of the Contract Work Hours and Safety Standards Act (40 U.S.C. 327-333), as supplemented by Department of Labor regulations (29 CFR part 5). Under Section 102 of the Act, each contractor shall be required to compute the wages of every mechanic and laborer on the basis of a standard work week of 40 hours. Work in excess of the standard work week is permissible provided that the worker is compensated at a rate of not less than 1 ½ times the basic rate of pay for all hours worked in excess of 40 hours in the work week. Section 107 of the Act is applicable to construction work and provides that no laborer or mechanic shall be required to work in surroundings or under working conditions which are unsanitary, hazardous or dangerous. These requirements do not apply to the purchases of supplies or materials or articles ordinarily available on the open market, or contracts for transportation or transmission of intelligence.

5. **Rights to Inventions Made Under a Contract or Agreement** - Contracts or agreements for the performance of experimental, developmental, or research work shall provide for the rights of the



GOVERNMENT EXHIBIT
2-5