## SECTION I - OPEN LOOP BIO MASS FUEL DELIVERY SYSTEM
## CLEAN FUEL LAKELAND - COMPARISON & APPRAISED VALUES OF EQUIPMENT

| Asset / PO / Model Number | Vendor | Item ID / Description | Category | Value at Time of Purchase | Basis of Value (Market Comparison & Appraisal) |
|---|---|---|---|---:|---|
| ME1008 | Alfa Laval | FL Heat Transfer-Economizer Train | ME Equipment | $ 18,127.04 | Comp& Appr |
| ME1005 | Alfa Laval | Plate Heat Exchangers | ME Equipment | $ 10,988.72 | Comp& Appr |
| ME1004 | Avanti Company | Meter for Turch Loading | ME Equipment | $ 131,164.18 | Comp& Appr |
| P6022 | Burnett Electric Motor | Baldor M7034T 1-1/2 HP motor | Pumps | $ 5,196.90 | Comp& Appr |
| P6023 | Burnett Electric Motor | Baldor M7037T 2 HP motor | Pumps | $ 5,227.56 | Comp& Appr |
| P6018 | Burnett Electric Motor | Leeson 111926 1 HP motor | Pumps | $ 5,280.14 | Comp& Appr |
| P6019 | Burnett Electric Motor | Leeson 111926 1 HP motor | Pumps | $ 5,288.68 | Comp& Appr |
| P6028 | Burnett Electric Motor | Leeson 111926 1 HP motor | Pumps | $ 5,196.90 | Comp& Appr |
| P6016 | Burnett Electric Motor | Leeson 114633 1.5 HP motor | Pumps | $ 4,683.68 | Comp& Appr |
| P6017 | Burnett Electric Motor | Leeson 116191 3/4 HP motor | Pumps | $ 5,194.84 | Comp& Appr |
| P6020 | Burnett Electric Motor | Leeson 116191 3/4 HP motor | Pumps | $ 5,246.56 | Comp& Appr |
| P6021 | Burnett Electric Motor | Leeson 116191 3/4 HP motor | Pumps | $ 5,197.15 | Comp& Appr |
| P6006 | Burnett Electric Motor | Leeson G121541 1 HP motor | Pumps | $ 5,288.68 | Comp& Appr |
| P6007 | Burnett Electric Motor | Leeson G121541 1 HP motor | Pumps | $ 5,246.56 | Comp& Appr |
| P6008 | Burnett Electric Motor | Leeson G121541 1 HP motor | Pumps | $ 5,197.15 | Comp& Appr |
| P6011 | Burnett Electric Motor | Leeson G121542 1.5 HP motor | Pumps | $ 5,194.84 | Comp& Appr |
| P6012 | Burnett Electric Motor | Leeson G121542 1.5 HP motor | Pumps | $ 5,288.68 | Comp& Appr |
| P6013 | Burnett Electric Motor | Leeson G121542 1.5 HP motor | Pumps | $ 4,683.68 | Comp& Appr |
| P6014 | Burnett Electric Motor | Leeson G121542 1.5 HP motor | Pumps | $ 4,761.89 | Comp& Appr |
| P6015 | Burnett Electric Motor | Leeson G121542 1.5 HP motor | Pumps | $ 4,882.38 | Comp& Appr |
| P6010 | Burnett Electric Motor | Leeson G158140 10 HP motor | Pumps | $ 4,926.11 | Comp& Appr |
| P6024 | Burnett Electric Motor | Leeson G158157 7.5 HP motor | Pumps | $ 5,143.97 | Comp& Appr |
| P6000 | Burnett Electric Motor | Leeson G158362 3 HP motor | Pumps | $ 5,246.56 | Comp& Appr |
| P6001 | Burnett Electric Motor | Leeson G158362 3 HP motor | Pumps | $ 5,197.15 | Comp& Appr |
| P6002 | Burnett Electric Motor | Leeson G158362 3 HP motor | Pumps | $ 5,196.90 | Comp& Appr |
| P6003 | Burnett Electric Motor | Leeson G158362 3 HP motor | Pumps | $ 5,227.56 | Comp& Appr |
| P6004 | Burnett Electric Motor | Leeson G158362 3 HP motor | Pumps | $ 5,143.97 | Comp& Appr |
| P6005 | Burnett Electric Motor | Leeson G158362 3 HP motor | Pumps | $ 5,194.84 | Comp& Appr |
| P6009 | Burnett Electric Motor | Leeson G850587 3 HP motor | Pumps | $ 5,196.90 | Comp& Appr |
| ME1011 | Chem. Containers | Oxidative Mixer & Mixer Bridge | ME Equipment | $ 9,133.17 | Comp& Appr |
| ME1012 | Chem. Containers | Oxidative Mixer & Mixer Shaft | ME Equipment | $ 7,496.64 | Comp& Appr |
| ME1030 | Classic Controls | F-006 | ME Equipment | $ 5,143.97 | Comp& Appr |
| P1308 | Clean Fuel | 30% HCL Acid Metering | Pumps | $ 5,308.69 | Comp& Appr |
| P1318 | Clean Fuel | 30% HCL Acid Metering to SM 1205 | Pumps | $ 5,194.84 | Comp& Appr |
| P1310 | Clean Fuel | 50% NAOH Metering | Pumps | $ 5,315.07 | Comp& Appr |
| P1312 | Clean Fuel | 50% NAOH Metering | Pumps | $ 5,194.84 | Comp& Appr |
| P4012 | Clean Fuel | 7.5HP Pump H25EKNETTPC | Pumps | $ 5,288.68 | Comp& Appr |
| P1223 | Clean Fuel | A Stage Esters Coalescer Feed | Pumps | $ 5,197.15 | Comp& Appr |
| T1230 | Clean Fuel | A Stage Fatty Acid Salt Removal Settler #1 | Tanks | $ 146,451.02 | Comp& Appr |
| T1232 | Clean Fuel | A Stage Fatty Acid Salt Removal Settler #2 | Tanks | $ 137,642.36 | Comp& Appr |
| T1218 | Clean Fuel | A Stage Fatty Acid Secondary Settler | Tanks | $ 109,886.87 | Comp& Appr |
| T1231 | Clean Fuel | A stage Fatty Acid Settler #2 Feed | Tanks | $ 16,849.32 | Comp& Appr |
| P1201 | Clean Fuel | A Stage Reactor | Pumps | $ 73,257.89 | Comp& Appr |
| T1202 | Clean Fuel | A Stage Reactor | Tanks | $ 391,378.96 | Comp& Appr |
| T1201 | Clean Fuel | A Stage Reactor Feed | Tanks | $ 14,645.10 | Comp& Appr |
| P1311 | Clean Fuel | A Stage Sulfuric Acid Metering Pump to Reactor | Pumps | $ 5,318.34 | Comp& Appr |
| T1211 | Clean Fuel | A stage thermal Heating Fluid Expansion Air Receiver | Tanks | $ 7,975.90 | Comp& Appr |
| P4011 | Clean Fuel | ADP Pump | Pumps | $ 5,194.84 | Comp& Appr |
| T1001 | Clean Fuel | Air Receiver | Tanks | $ 3,661.28 | Comp& Appr |
| P1305 | Clean Fuel | Alcohol Caustic Feed | Pumps | $ 5,143.97 | Comp& Appr |
| P1304 | Clean Fuel | Alcohol Caustic Soda Transfer | Pumps | $ 5,227.56 | Comp& Appr |
| T1304 | Clean Fuel | Alcoholic Caustic Soda Feed | Tanks | $ 37,345.04 | Comp& Appr |
| T1303 | Clean Fuel | Alcoholic Caustic Soda Prep | Tanks | $ 37,851.65 | Comp& Appr |
| P1301 | Clean Fuel | Anhydrous Methonal Off Loading | Pumps | $ 5,197.15 | Comp& Appr |
| T1301 | Clean Fuel | Anhydrous Methonal Storage Tank | Tanks | $ 165,050.95 | Comp& Appr |
| P1306 | Clean Fuel | Area 1.3 Sump Pump | Pumps | $ 5,194.84 | Comp& Appr |
| P1401 | Clean Fuel | Area 1.3 Sump Pump | Pumps | $ 1,328.74 | Comp& Appr |
| T1212 | Clean Fuel | Batch Tank #1 | Tanks | $ 104,156.43 | Comp& Appr |
| T1213 | Clean Fuel | Batch Tank #2 | Tanks | $ 109,838.26 | Comp& Appr |
| T1214 | Clean Fuel | Batch Tank #3 | Tanks | $ 103,231.77 | Comp& Appr |
| P1208 | Clean Fuel | Batch Tank Feed | Pumps | $ 5,197.15 | Comp& Appr |
| T1224 | Clean Fuel | Belt Filter Feed | Tanks | $ 13,180.61 | Comp& Appr |
| FM1000 | Clean Fuel | Bio Flow Meter | ME Equipment | $ 11,182.29 | Comp& Appr |
| FM1001 | Clean Fuel | Bio Flow Meter | ME Equipment | $ 7,492.04 | Comp& Appr |
| P1228 | Clean Fuel | Carbon Column Feed | Pumps | $ 5,288.68 | Comp& Appr |
| P2116 | Clean Fuel | Caustic Drum | Pumps | $ 5,194.84 | Comp& Appr |
| T1408 | Clean Fuel | Caustic Wash Centrifuge Mix Tank | Tanks | $ 8,790.59 | Comp& Appr |
| P3106 | Clean Fuel | Chilled Water Circulation | Pumps | $ 5,196.90 | Comp& Appr |
| P4002 | Clean Fuel | Circluator Heater 24000 watts 480 vold | Pumps | $ 5,194.84 | Comp& Appr |
| T1204 | Clean Fuel | Crystal Growth | Tanks | $ 44,372.83 | Comp& Appr |
| T1222 | Clean Fuel | Deionized Water Storage | Tanks | $ 8,054.76 | Comp& Appr |
| P1206 | Clean Fuel | Distillation Condenser Recirculating | Pumps | $ 5,288.68 | Comp& Appr |
| T1412 | Clean Fuel | Dried Oil Surge Tank | Tanks | $ 138,875.23 | Comp& Appr |
| HT1301 | Clean Fuel | Ester Bulk Bag Hoist | ME Equipment | $ 708.55 | Comp& Appr |
| C1202 | Clean Fuel | Ester Coalescer | ME Equipment | $ 5,288.68 | Comp& Appr |
| CE1402 | Clean Fuel | Ester Fuel Coalescer | ME Equipment | $ 131,164.18 | Comp& Appr |
| T1221 | Clean Fuel | Ester Fuel Coalsecer Feed | Tanks | $ 5,209.95 | Comp& Appr |


GOVERNMENT EXHIBIT 2-1

## SECTION I - OPEN LOOP BIO MASS FUEL DELIVERY SYSTEM
## CLEAN FUEL LAKELAND - COMPARISON & APPRAISED VALUES OF EQUIPMENT

| Asset / PO / Model Number | Vendor | Item ID / Description | Category | Value at Time of Purchase | Basis of Value (Market Comparison & Appraisal) |
|---|---|---|---|---|---|
| P1218 | Clean Fuel | Ester Fuel Transfer | Pumps | $ 5,280.14 | Comp& Appr |
| P1215 | Clean Fuel | Ester Fuel Wash Column Feed | Pumps | $ 5,315.07 | Comp& Appr |
| T1223 | Clean Fuel | Esters Coalsecer Feed | Tanks | $ 13,887.52 | Comp& Appr |
| P1209 | Clean Fuel | Esters Drying Feed | Pumps | $ 5,196.90 | Comp& Appr |
| P1224 | Clean Fuel | Esters to 11 00 Tanks | Pumps | $ 5,196.90 | Comp& Appr |
| PC 1201 | Clean Fuel | Esters Wash Column | ME Equipment | $ 5,308.69 | Comp& Appr |
| T1203 | Clean Fuel | Falsh Drum | Tanks | $ 33,010.22 | Comp& Appr |
| P1210 | Clean Fuel | Fatty Acid Coalescer Feed | Pumps | $ 5,318.34 | Comp& Appr |
| P1207 | Clean Fuel | Fatty Acid Salt Removal Settler #1 Feed | Pumps | $ 5,246.56 | Comp& Appr |
| P1227 | Clean Fuel | Fatty Acid Secondary Settler Feed | Pumps | $ 5,194.84 | Comp& Appr |
| T1228 | Clean Fuel | Fatty Acid settler | Tanks | $ 109,838.26 | Comp& Appr |
| P1221 | Clean Fuel | Fatty Acid Settler #2 Feed | Pumps | $ 5,246.56 | Comp& Appr |
| P1409 | Clean Fuel | Fatty Acid Settler #2 Feed | Pumps | $ 5,288.68 | Comp& Appr |
| P1226 | Clean Fuel | Fatty Acid Settler Feed | Pumps | $ 5,143.97 | Comp& Appr |
| T1209 | Clean Fuel | Fatty Acid Settler Feed | Tanks | $ 8,787.05 | Comp& Appr |
| T1227 | Clean Fuel | Fatty Acid Settler Feed | Tanks | $ 103,231.77 | Comp& Appr |
| T1229 | Clean Fuel | Fatty Acid Surge Tank | Tanks | $ 63,366.15 | Comp& Appr |
| CW3102 | Clean Fuel | Fuel Production Cooling & Filtering System | ME Equipment | $ 53,087.01 | Comp& Appr |
| T1101 | Clean Fuel | Fuel Storage | Tanks | $ 260,919.28 | Comp& Appr |
| T1102 | Clean Fuel | Fuel Storage | Tanks | $ 257,903.71 | Comp& Appr |
| T1103 | Clean Fuel | Fuel Storage | Tanks | $ 253,778.90 | Comp& Appr |
| T1215 | Clean Fuel | ME Reaction Settler | Tanks | $ 132,040.73 | Comp& Appr |
| P1302 | Clean Fuel | Methonal Feed | Pumps | $ 5,196.90 | Comp& Appr |
| T1217 | Clean Fuel | Methyl Esthers Feed Thank to Wash Colum | Tanks | $ 168,486.13 | Comp& Appr |
| AC1000 | Clean Fuel | New Air Compressor | ME Equipment | $ 78,698.52 | Comp& Appr |
| P4009 | Clean Fuel | New Pump | Pumps | $ 4,882.38 | Comp& Appr |
| P4006 | Clean Fuel | New Pump RP12ssIPTYDGHLW | Pumps | $ 5,246.56 | Comp& Appr |
| P4007 | Clean Fuel | New Pump RP18ssIPTYDGHHW | Pumps | $ 4,761.89 | Comp& Appr |
| M4000 | Clean Fuel | New Static Mixer | ME Equipment | $ 53,150.59 | Comp& Appr |
| P1406 | Clean Fuel | Oil Dryer Feed | Pumps | $ 5,318.34 | Comp& Appr |
| P1212 | Clean Fuel | Oil/Esters Dyer Vaccuum | Pumps | $ 5,143.97 | Comp& Appr |
| SP1000 | Clean Fuel | Piping to 2nd Evaporator Facility | ME Equipment | $ 77,159.31 | Comp& Appr |
| AC1002 | Clean Fuel | Plant Air Compresson | ME Equipment | $ 112,449.97 | Comp& Appr |
| T2108 | Clean Fuel | Process Surge Tank | Tanks | $ 25,884.15 | Comp& Appr |
| T2110 | Clean Fuel | Process Surge Tank | Tanks | $ 25,640.27 | Comp& Appr |
| P4000 | Clean Fuel | Pump added to 2nd evaporator facility | Pumps | $ 5,196.90 | Comp& Appr |
| T1208 | Clean Fuel | Recovered Methanol | Tanks | $ 14,909.67 | Comp& Appr |
| T1302 | Clean Fuel | Recovered Methanol Tank | Tanks | $ 47,596.58 | Comp& Appr |
| T1210 | Clean Fuel | Refined Fatty Acid Surge | Tanks | $ 12,572.32 | Comp& Appr |
| P1219 | Clean Fuel | Seal Water | Pumps | $ 5,288.68 | Comp& Appr |
| P1211 | Clean Fuel | Settler Feed | Pumps | $ 5,227.56 | Comp& Appr |
| T1306 | Clean Fuel | Sodium Hydroxide (50%) Storage Tank | Tanks | $ 74,548.37 | Comp& Appr |
| T1309 | Clean Fuel | Sodium Methylate Storage Tank | Tanks | $ 168,493.14 | Comp& Appr |
| P4005 | Clean Fuel | Spare Oil Pump | Pumps | $ 5,288.68 | Comp& Appr |
| T1405 | Clean Fuel | Spent Cooking Oil Fatty Acid Settler | Tanks | $ 47,615.64 | Comp& Appr |
| P1407 | Clean Fuel | Spent Cooking Oil Feed | Pumps | $ 5,280.14 | Comp& Appr |
| T1409 | Clean Fuel | Spent Cooking Oil Feed | Tanks | $ 8,842.38 | Comp& Appr |
| T1401 | Clean Fuel | Spent Cooking Oil Receiving #1 | Tanks | $ 329,514.79 | Comp& Appr |
| T1402 | Clean Fuel | Spent Cooking Oil Receiving #2 | Tanks | $ 335,467.65 | Comp& Appr |
| T1220 | Clean Fuel | Spillage Containment | Tanks | $ 10,064.06 | Comp& Appr |
| P1217 | Clean Fuel | Spillage Containment Transfer | Pumps | $ 5,318.34 | Comp& Appr |
| P1202 | Clean Fuel | Stage 1 Methanol Evaporator Feed | Pumps | $ 5,315.07 | Comp& Appr |
| P1205 | Clean Fuel | Stage 1 Methanol Evaporator Recurculating | Pumps | $ 5,280.14 | Comp& Appr |
| T1206 | Clean Fuel | Stage 1 Methanol Recovery Eveporator | Tanks | $ 183,137.11 | Comp& Appr |
| P2115 | Clean Fuel | Stage 11 Condensed Water Extraction | Pumps | $ 5,143.97 | Comp& Appr |
| P1214 | Clean Fuel | Stage 11 Methanol Evaporator Feed | Pumps | $ 5,308.69 | Comp& Appr |
| P1213 | Clean Fuel | Stage 11 Methanol Evaporator Recirculating | Pumps | $ 5,194.84 | Comp& Appr |
| T1219 | Clean Fuel | Stage 2 Methanol Recovery Eveporator | Tanks | $ 184,216.93 | Comp& Appr |
| T1216 | Clean Fuel | Stage II Methanol Evaporator Feed | Tanks | $ 100,684.54 | Comp& Appr |
| T1305 | Clean Fuel | Sulfuric Acid (98%) Storage Tank | Tanks | $ 111,641.87 | Comp& Appr |
| P1317 | Clean Fuel | Sulfuric Acid Metering Pump to Fatty Acid Wash | Pumps | $ 5,308.69 | Comp& Appr |
| P2102 | Clean Fuel | Sump Pump | Pumps | $ 2,598.57 | Comp& Appr |
| P2110 | Clean Fuel | Vaccuum Pump | Pumps | $ 1,298.73 | Comp& Appr |
| T1233 | Clean Fuel | Vacuum Receiver | Tanks | $ 12,087.53 | Comp& Appr |
| | Clean Fuel | Varidrive | | $ 11,053.05 | Comp& Appr |
| CE1401 | Clean Fuel | Wash Water Centrifuge | ME Equipment | $ 2,613.81 | Comp& Appr |
| T1234 | Clean Fuel | Wash Water Coalescer Feed | Tanks | $ 2,970.94 | Comp& Appr |
| T1410 | Clean Fuel | Wash Water Recycle | Tanks | $ 7,325.81 | Comp& Appr |
| T1226 | Clean Fuel | Wash Water Surge | Tanks | $ 4,067.49 | Comp& Appr |
| P1203 | Clean Fuel | Wash Water Transfer | Pumps | $ 5,318.34 | Comp& Appr |
| T1411 | Clean Fuel | Washed Methyl Ester Transfer | Tanks | $ 10,988.22 | Comp& Appr |
| T2109 | Clean Fuel | Waste Water and Scrubber Feed Tank | Tanks | $ 5,546.58 | Comp& Appr |
| P2117 | Clean Fuel | Water Slipper Evaporator Feed | Pumps | $ 5,308.69 | Comp& Appr |
| P2118 | Clean Fuel | Water Slipper Recirculator Feed | Pumps | $ 5,288.68 | Comp& Appr |
| T2117 | Clean Fuel | Water Stripper Eveporator | Tanks | $ 54,919.13 | Comp& Appr |
| ME1042 | Davis Inotek | High Temperature Flow Transduceres | ME Equipment | $ 5,438.10 | Comp& Appr |
| HE4002 | FL Heat | Heat Exchanger | Heat Exchangers | $ 7,795.72 | Comp& Appr |

## SECTION I - OPEN LOOP BIO MASS FUEL DELIVERY SYSTEM
## CLEAN FUEL LAKELAND - COMPARISON & APPRAISED VALUES OF EQUIPMENT

| Asset / PO / Model Number | Vendor | Item ID / Description | Category | Value at Time of Purchase | Basis of Value (Market Comparison & Appraisal) |
|---|---|---|---|---|---|
| HE4005 | FL Heat | Heat Exchanger | Heat Exchangers | $ 7,792.26 | Comp& Appr |
| HE4007 | FL Heat | Heat Exchanger | Heat Exchangers | $ 2,091.03 | Comp& Appr |
| HE4006 | FL Heat | Heat Exchanger- in voice date 10/06 as Crit. Spares | Heat Exchangers | $ 3,920.68 | Comp& Appr |
| ME1039 | Flanders Electric Motor | Reliance 40HP Motor Base | ME Equipment | $ 4,721.93 | Comp& Appr |
| ME1002 | Flow Components | Supplies for CapEx Project P-016 | ME Equipment | $ 7,442.79 | Comp& Appr |
| ME1043 | GE Infrastructure | Flowmeter Serial #6490762 | ME Equipment | $ 5,491.95 | Comp& Appr |
| HE4004 | H&M Boiler Service | Heat Exchanger | Heat Exchangers | $ 7,841.37 | Comp& Appr |
| ME1059 | Hudson Pump | 0.75N12-14 Gearbox | ME Equipment | $ 1,435.66 | Comp& Appr |
| P6051 | Hudson Pump | 15 HP Pump | Pumps | $ 5,194.84 | Comp& Appr |
| P6061 | Hudson Pump | AW Pump NTWH32-200 - S/N: 57026229 | Pumps | $ 5,194.84 | Comp& Appr |
| P6029 | Hudson Pump | AW Pump NTWH65 | Pumps | $ 4,926.11 | Comp& Appr |
| ME1046 | Hudson Pump | Demister Mist Eliminator | ME Equipment | $ 18,730.02 | Comp& Appr |
| P6058 | Hudson Pump | GP Pump - 1STFRMC2 S/N: E0764684 | Pumps | $ 5,196.90 | Comp& Appr |
| P6043 | Hudson Pump | GP pump - Ester Dryer Booster Pump | Pumps | $ 5,227.56 | Comp& Appr |
| P6052 | Hudson Pump | GP Pump 10 HP | Pumps | $ 5,288.68 | Comp& Appr |
| P6033 | Hudson Pump | GP Pump3196MTX | Pumps | $ 4,761.89 | Comp& Appr |
| P6034 | Hudson Pump | GP Pump3196MTX | Pumps | $ 4,882.38 | Comp& Appr |
| P6031 | Hudson Pump | GP Pump3196STX | Pumps | $ 5,288.68 | Comp& Appr |
| P6032 | Hudson Pump | GP Pump3196STX | Pumps | $ 4,683.68 | Comp& Appr |
| P6025 | Hudson Pump | GP WE 05 11 HH Pump | Pumps | $ 5,194.84 | Comp& Appr |
| P6026 | Hudson Pump | GP WE 05 11 HH Pump | Pumps | $ 5,246.56 | Comp& Appr |
| P6027 | Hudson Pump | GP WE 05 11 HH Pump | Pumps | $ 5,197.15 | Comp& Appr |
| P6040 | Hudson Pump | Hot oil pump | Pumps | $ 5,197.15 | Comp& Appr |
| P6045 | Hudson Pump | Hot oil pump | Pumps | $ 5,194.84 | Comp& Appr |
| P6037 | Hudson Pump | MA Pump with motor | Pumps | $ 5,280.14 | Comp& Appr |
| P6038 | Hudson Pump | MA Pump with motor | Pumps | $ 5,288.68 | Comp& Appr |
| P6039 | Hudson Pump | MA Pump with motor | Pumps | $ 5,246.56 | Comp& Appr |
| P6030 | Hudson Pump | MR Pump G73XNPM4NNN | Pumps | $ 5,194.84 | Comp& Appr |
| P6059 | Hudson Pump | MS Pump - S/N: 07F-109910-1 | Pumps | $ 5,227.56 | Comp& Appr |
| ME1029 | Hudson Pump | P-006 | ME Equipment | $ 5,227.56 | Comp& Appr |
| ME1057 | Hudson Pump | PF KG6ACEKKZ- Repair Kit | ME Equipment | $ 2,397.66 | Comp& Appr |
| ME1058 | Hudson Pump | PF KGA8CCEKKU- Repair Kit for Gas | ME Equipment | $ 1,538.40 | Comp& Appr |
| P6049 | Hudson Pump | Pump - 18AM40 | Pumps | $ 5,196.90 | Comp& Appr |
| P2107 | Hudson Pump | Pump - 3x4 - 12 2 196MTX, CD4MCU | Pumps | $ 5,227.56 | Comp& Appr |
| P6046 | Hudson Pump | Pump - P-002 1 | Pumps | $ 5,288.68 | Comp& Appr |
| P6047 | Hudson Pump | Pump - P-002 1 | Pumps | $ 5,246.56 | Comp& Appr |
| P6048 | Hudson Pump | Pump - P-002 1 | Pumps | $ 5,197.15 | Comp& Appr |
| P6054 | Hudson Pump | Pump Seal and Repair Kit | Pumps | $ 5,280.14 | Comp& Appr |
| P6050 | Hudson Pump | Pump Seals and Gaskets | Pumps | $ 4,926.11 | Comp& Appr |
| P6053 | Hudson Pump | Pump Seals and Gaskets | Pumps | $ 372,741.84 | Comp& Appr |
| P6055 | Hudson Pump | Pump-3196STX | Pumps | $ 5,288.68 | Comp& Appr |
| P6056 | Hudson Pump | Pump-XL-130-(SN-#04D0183) | Pumps | $ 5,246.56 | Comp& Appr |
| P6060 | Hudson Pump | Reboiler Pump - S/N: F0775689 | Pumps | $ 5,143.97 | Comp& Appr |
| P6057 | Hudson Pump | Repair Kit for Pump 1227 | Pumps | $ 5,197.15 | Comp& Appr |
| ME1056 | Hudson Pump | RP N44-289 Repair Kit | ME Equipment | $ 12,859.87 | Comp& Appr |
| P6036 | Hudson Pump | RP Pump 18AM32 | Pumps | $ 5,194.84 | Comp& Appr |
| P6044 | Hudson Pump | RP Pump, Motor & Bedplate | Pumps | $ 5,143.97 | Comp& Appr |
| P6035 | Hudson Pump | RP Pump316SS | Pumps | $ 4,683.68 | Comp& Appr |
| ME1031 | Hudson Pump | Standard Bore Seal Chamber P-006 | ME Equipment | $ 5,194.84 | Comp& Appr |
| ME1055 | Hudson Pump | SX SK5282V-C18T Shar Mixer Double Helical Nord Gearbox | ME Equipment | $ 7,325.81 | Comp& Appr |
| ME1032 | Insultech Group | Insulation on piping and valces F-008 | ME Equipment | $ 5,308.69 | Comp& Appr |
| ME1048 | Invensys | 2 Flowmeters S/N's 7230477, 7230478 | ME Equipment | $ 11,182.29 | Comp& Appr |
| ME1049 | Invensys | 24HP, 5000 PSI Pressure Washer | ME Equipment | $ 11,093.23 | Comp& Appr |
| ME1044 | Invensys | Auto Sampler | ME Equipment | $ 7,483.04 | Comp& Appr |
| ME1035 | Invensys | Electro-Pneumatic Positioner for Control Valve # 50-04-3684 | ME Equipment | $ 7,492.04 | Comp& Appr |
| ME1036 | Invensys | Electro-Pneumatic Positioner for Control Valve # 50-04-3685 | ME Equipment | $ 5,622.46 | Comp& Appr |
| ME1037 | Invensys | Electro-Pneumatic Positioner for Control Valve # 50-04-3686 | ME Equipment | $ 5,582.08 | Comp& Appr |
| ME1047 | Kock-Glitsch | 2 Flowmeters S/N's 723003, 723004 | ME Equipment | $ 5,582.08 | Comp& Appr |
| T4011 | Lakeland Cold Storage | Tank #3 of 5 tank purchase | In Process | $ 37,213.96 | Comp& Appr |
| T4011 | Lakeland Cold Storage | Tank #4 of 5 tank purchase | In Process | $ 37,274.18 | Comp& Appr |
| T4011 | Lakeland Cold Storage | Tank #5 of 5 tank purchase | In Process | $ 36,977.37 | Comp& Appr |
| ME1027 | M & R Technologies | P-106 | ME Equipment | $ 5,546.58 | Comp& Appr |
| ME1038 | MCMaster-Carr | Air Powered Pump | ME Equipment | $ 5,591.15 | Comp& Appr |
| ME1014 | Oil Trades Supply | Bag Filter Houseing | ME Equipment | $ 7,442.79 | Comp& Appr |
| ME1040 | Oil Trades Supply | Stramer for Dryer System | ME Equipment | $ 1,098.89 | Comp& Appr |
| ME1009 | Rexel | Frequency Drive for new motor | ME Equipment | $ 25,974.19 | Comp& Appr |
| ME1007 | Rexel | Motor Starter for High Shear Reactor | ME Equipment | $ 11,053.05 | Comp& Appr |
| ME1041 | Rexel | Portable Flowmeter & Clamp | ME Equipment | $ 1,098.81 | Comp& Appr |
| ME1017 | Rexel Consolidated | Starter for ME truck loading P-002 1 | ME Equipment | $ 5,591.15 | Comp& Appr |
| P6042 | Rexel Consolidated | Vacuum Pump | Pumps | $ 5,196.90 | Comp& Appr |
| HE1208 | SISCO | Bath Tank Oil Cooler | Heat Exchangers | $ 23,386.12 | Comp& Appr |
| HE4009 | SISCO | Control Valve for HE1209 | Critital Spares | $ 79,202.09 | Comp& Appr |
| HE2109A | SISCO | HE1214 A Retube | Heat Exchangers | $ 104,931.33 | Comp& Appr |

## SECTION I - OPEN LOOP BIO MASS FUEL DELIVERY SYSTEM
### CLEAN FUEL LAKELAND - COMPARISON & APPRAISED VALUES OF EQUIPMENT

| Asset / PO / Model Number | Vendor | Item ID / Description | Category | Value at Time of Purchase | Basis of Value (Market Comparison & Appraisal) |
|---|---|---|---|---|---|
| HE1202 A | SISCO | HE1215A-Refurbish | Heat Exchangers | $ 106,367.14 | Comp& Appr |
| HE1412A | SISCO | HE2105A Refurbish | Heat Exchangers | $ 18,480.51 | Comp& Appr |
| HE2105A | SISCO | HE2111A Refurbish | Heat Exchangers | $ 28,430.59 | Comp& Appr |
| HE1214A | SISCO | Heat Exchanger | Heat Exchangers | $ 39,887.69 | Comp& Appr |
| HE4000 | SISCO | Heat Exchanger | Heat Exchangers | $ 8,230.33 | Comp& Appr |
| HE1215 A | SISCO | HEM 12A Refurbish | Heat Exchangers | $ 7,869.87 | Comp& Appr |
| HE1210 | SISCO | Process Water Heater | Heat Exchangers | $ 180,038.36 | Comp& Appr |
| HE1401 | SISCO | Process Water Heater | Heat Exchangers | $ 8,230.33 | Comp& Appr |
| HE1207 | SISCO | Process Water Heater to T1233 | Heat Exchangers | $ 18,189.97 | Comp& Appr |
| HE1201 | SISCO | Reactor Feed Heater | Heat Exchangers | $ 18,421.73 | Comp& Appr |
| HE1212 | SISCO | Recovered Methanol Condensor | Heat Exchangers | $ 26,543.50 | Comp& Appr |
| HE1211 | SISCO | Recovered Methanol Cooler | Heat Exchangers | $ 18,181.93 | Comp& Appr |
| HE2111A | SISCO | Retube | Heat Exchangers | $ 207,885.37 | Comp& Appr |
| HE1214 | SISCO | Secondary Thermal Fluid Heater | Heat Exchangers | $ 26,575.32 | Comp& Appr |
| HE2109 | SISCO | Secondary Thermal Fluid Heater (Gly. Plant) | Heat Exchangers | $ 25,719.79 | Comp& Appr |
| HE2106 | SISCO | Stage I Condensor | Heat Exchangers | $ 8,230.33 | Comp& Appr |
| HE1202 | SISCO | Stage I Methanol Evaporater | Heat Exchangers | $ 132,876.51 | Comp& Appr |
| HE2107 | SISCO | Stage II Condensor | Heat Exchangers | $ 155,907.55 | Comp& Appr |
| HE1209 | SISCO | Stage II Methanol Evaporator Heater | Heat Exchangers | $ 156,826.82 | Comp& Appr |
| HE2108 | SISCO | Stage II Vacuum System Water Condenser | Heat Exchangers | $ 70,572.09 | Comp& Appr |
| HE1205 | SISCO | Wash Water Inline Heater 1 | Heat Exchangers | $ 171,388.56 | Comp& Appr |
| HE1206 | SISCO | Wash Water Inline Heater 2 | Heat Exchangers | $ 18,362.99 | Comp& Appr |
| HE2111 | SISCO | Water Slipper Evaporater Heater | Heat Exchangers | $ 8,230.33 | Comp& Appr |
| ME1006 | Solares | Evaporator Valce | ME Equipment | $ 25,984.59 | Comp& Appr |
| ME1028 | Solares | F-066 | ME Equipment | $ 5,196.90 | Comp& Appr |
| ME1003 | Sulzer Chemtech | Trays for Distillation Column | ME Equipment | $ 2,678.31 | Comp& Appr |
| CFL-0007-09 | Flow Components | Braided Hose | Recent Add | $ 450.00 | Comp& Appr |
| CFL-0009-09 | Hudson Pump | Agitator | Recent Add | $ 3,277.50 | Comp& Appr |
| CFL-0010-09 | Hudson Pump | Agitator | Recent Add | $ 3,277.50 | Comp& Appr |
| CFL-0011-09 | Hudson Pump | Pump | Recent Add | $ 7,497.00 | Comp& Appr |
| CFL-0012-09 | Hudson Pump | Pump | Recent Add | $ 9,393.00 | Comp& Appr |
| CFL-0013-09 | Hudson Pump | Pump | Recent Add | $ 10,764.00 | Comp& Appr |
| CFL-0014-09 | Solares Florida | D/P Cell | Recent Add | $ 2,550.00 | Comp& Appr |
| CFL-0015-09 | McMaster Carr | AOD Pump | Recent Add | $ 3,000.00 | Comp& Appr |
| CFL-0017-09 | Vibra-Cent | Kit | Recent Add | $ 2,428.50 | Comp& Appr |
| CFL-0019-09 | Unitherm Inc | Tank Insulation | Recent Add | $ 27,561.00 | Comp& Appr |
| CFL-0020-09 | Fastenal | Bolts and Nuts | Recent Add | $ 2,061.00 | Comp& Appr |
| CFL-0021-09 | Flow Components | Gaskets | Recent Add | $ 3,795.00 | Comp& Appr |
| CFL-0022-09 | PFI | Base | Recent Add | $ 750.00 | Comp& Appr |
| CFL-0023-09 | Hudson Pump | Seal Kit | Recent Add | $ 696.00 | Comp& Appr |
| CFL-0024-09 | BayPort Valve | Fitting | Recent Add | $ 6,870.36 | Comp& Appr |
| CFL-0025-09 | BayPort Valve | Fitting | Recent Add | $ 2,637.15 | Comp& Appr |
| CFL-0026-09 | BayPort Valve | Fitting | Recent Add | $ 692.19 | Comp& Appr |
| CFL-0027-09 | BayPort Valve | Fitting | Recent Add | $ 5,824.70 | Comp& Appr |
| CFL-0031-09 | Frischkorn Inc | Fitting | Recent Add | $ 1,234.37 | Comp& Appr |
| CFL-0032-09 | McMaster Carr | Fitting | Recent Add | $ 822.12 | Comp& Appr |
| CFL-0035-09 | Superior Coatings | Sealing and Corrosion Protection | Recent Add | $ 54,180.00 | Comp& Appr |
| CFL-0040-09 | BayPort Valve | AR Boiler Plate | Recent Add | $ 750.00 | Comp& Appr |
| CFL-0062-09 | BayPort Valve | Fitting | Recent Add | $ 3,754.34 | Comp& Appr |
| CFL-0064-09 | BayPort Valve | Pipe Fittings | Recent Add | $ 3,209.91 | Comp& Appr |
| CFL-0065-09 | Flow Components | Gaskets | Recent Add | $ 1,410.00 | Comp& Appr |
| CFL-0068-09 | Ryon Herco | Repair Kit | Recent Add | $ 1,964.42 | Comp& Appr |
| CFL-0071-09 | AA Mechanical Seal Repair | Seals | Recent Add | $ 2,437.50 | Comp& Appr |
| CFL-0072-09 | Hudson Pump | Kit | Recent Add | $ 2,122.50 | Comp& Appr |
| CFL-0073-09 | Solares Florida | Positioner | Recent Add | $ 1,474.50 | Comp& Appr |
| CFL-0075-09 | McMaster Carr | Pipe Hangers | Recent Add | $ 1,863.80 | Comp& Appr |
| CFL-0077-09 | Flanders Electric | Motor | Recent Add | $ 1,525.50 | Comp& Appr |
| CFL-0079-09 | BayPort Valve | Pipe Fittings | Recent Add | $ 2,160.18 | Comp& Appr |
| CFL-0081-09 | Hudson Pump | Kit | Recent Add | $ 4,209.00 | Comp& Appr |
| CFL-0082-09 | Hudson Pump | Kit | Recent Add | $ 2,986.05 | Comp& Appr |
| CFL-0086-09 | BayPort Valve | Pipe Fittings | Recent Add | $ 2,700.00 | Comp& Appr |
| CFL-0102-09 | McMaster Carr | PVC Fittings | Recent Add | $ 569.31 | Comp& Appr |
| CFL-0103-09 | BayPort Valve | Pipe & Fitings | Recent Add | $ 1,606.20 | Comp& Appr |
| CFL-0108-09 | Gardner Denver Nash | vacuum pump | Recent Add | $ 12,237.00 | Comp& Appr |
| CFL-0116-09 | Hudson Pump | Seal | Recent Add | $ 1,630.20 | Comp& Appr |
| CFL-0118-09 | Metrohm | Drier tube for KF unit | Recent Add | $ 63.00 | Comp& Appr |
| CFL-0140-09 | Frischkorn Inc | Pipe Fittings | Recent Add | $ 2,469.24 | Comp& Appr |
| CFL-0148-09 | Hudson Pump | Kit | Recent Add | $ 8,809.50 | Comp& Appr |
| CFL-0149-09 | Frischkorn Inc | Pipe/Fittings | Recent Add | $ 2,266.07 | Comp& Appr |
| CFL-0150-09 | McMaster Carr | Relief Valve | Recent Add | $ 675.00 | Comp& Appr |
| CFL-0156-09 | McMaster Carr | Fittings | Recent Add | $ 1,155.18 | Comp& Appr |
| CFL-0163-09 | Unitherm Inc | Tank Insulation | Recent Add | $ 46,695.00 | Comp& Appr |
| CFL-0164-09 | McMaster Carr | Fittings | Recent Add | $ 186.30 | Comp& Appr |
| CFL-0165-09 | McMaster Carr | Hose | Recent Add | $ 337.34 | Comp& Appr |
| CFL-0167-09 | BayPort Valve | Fittings | Recent Add | $ 1,964.04 | Comp& Appr |
| CFL-0174-09 | Thorpe Heating & Air | Kit | Recent Add | $ 957.00 | Comp& Appr |

## SECTION I - OPEN LOOP BIO MASS FUEL DELIVERY SYSTEM
### CLEAN FUEL LAKELAND - COMPARISON & APPRAISED VALUES OF EQUIPMENT

| Asset / PO / Model Number | Vendor | Item ID / Description | Category | Value at Time of Purchase | Basis of Value (Market Comparison & Appraisal) |
|---|---|---|---|---|---|
| CFL-0175-09 | AA Mechanical Seal Repair | Seal | Recent Add | $ 1,762.50 | Comp& Appr |
| CFL-0176-09 | BayPort Valve | Pipe/Fittings | Recent Add | $ 7,278.99 | Comp& Appr |
| CFL-0182-09 | Flow Components | Gaskets | Recent Add | $ 525.00 | Comp& Appr |
| CFL-0192-09 | McMaster Carr | pump for methanol drum | Recent Add | $ 270.00 | Comp& Appr |
| CFL-0198-09 | Hudson Pump | Agitators | Recent Add | $ 11,559.00 | Comp& Appr |
| CFL-0211-09 | Hudson Pump | Stator D95/40 | Recent Add | $ 1,800.00 | Comp& Appr |
| CFL-0231-09 | Hudson Pump | 1 ea. Kit for ROC18 | Recent Add | $ 4,350.00 | Comp& Appr |
| CFL-0232-09 | Hudson Pump | 1 ea. Kit | Recent Add | $ 3,750.00 | Comp& Appr |
| CFL-0233-09 | Hudson Pump | 1 ea. Kit | Recent Add | $ 4,050.00 | Comp& Appr |
| CFL-0234-09 | Hudson Pump | 1 ea. Kit | Recent Add | $ 4,350.00 | Comp& Appr |
| CFL-0235-09 | Hudson Pump | 1 ea. Kit | Recent Add | $ 2,250.00 | Comp& Appr |
| CFL-0236-09 | Eagle Bio Diesel | (1) BCC100 5gpm Cold Clear System | Recent Add | $ 6,533.03 | Comp& Appr |
| CFL-0254-09 | BayPort Valve | Pipe Fittings | Recent Add | $ 198.00 | Comp& Appr |
| CFL-0255-09 | BayPort Valve | Pipe Fittings | Recent Add | $ 198.00 | Comp& Appr |
| CFL-0260-09 | McMaster Carr | Pipe Fittings | Recent Add | $ 1,962.66 | Comp& Appr |
| CFL-0261-09 | McMaster Carr | Pipe Fittings | Recent Add | $ 2,057.70 | Comp& Appr |
| CFL-0262-09 | McMaster Carr | Hose & AOD Pump | Recent Add | $ 929.78 | Comp& Appr |
| CFL-0290-09 | Hudson Pump | 1 ea. Kit | Recent Add | $ 2,250.00 | Comp& Appr |
| CFL-0291-09 | Hudson Pump | 1 ea. Kit | Recent Add | $ 4,350.00 | Comp& Appr |
| CFL-0293-09 | McMaster Carr | Coupling Spider | Recent Add | $ 37.50 | Comp& Appr |

**SECTION I - Total Asset Value of the Open Loop Bio Mass Delivery System    $ 8,909,847.58**

## SECTION II - DUAL PURPOSE GLYCERIN PRODUCTION SYSTEM
## CLEAN FUEL LAKELAND - COMPARISON & APPRAISED VALUES OF EQUIPMENT

| Asset / PO / Model Number | Vendor | Item ID / Description | Category | Value at Time of Purchase | Basis of Value (Market Comparison & Appraisal) |
|---|---|---|---|---|---|
| F1001 | Clean Fuel | 10 Bag Filter | Glycerin Equipment | $ 11,093.23 | Comp& Appr |
| F1000 | Clean Fuel | Bag Filter | Glycerin Equipment | $ 77,922.56 | Comp& Appr |
| column 1 | Clean Fuel | Carbon Columns | Glycerin Equipment | $ 181,270.65 | Comp& Appr |
| column 2 | Clean Fuel | Carbon Columns | Glycerin Equipment | $ 56,122.88 | Comp& Appr |
| column 3 | Clean Fuel | Carbon Columns | Glycerin Equipment | $ 56,190.12 | Comp& Appr |
| column 4 | Clean Fuel | Carbon Columns | Glycerin Equipment | $ 56,224.98 | Comp& Appr |
| P2116 | Clean Fuel | Caustic Drum | Pumps | $ 5,194.84 | Comp& Appr |
| T1408 | Clean Fuel | Caustic Wash Centrifuge Mix Tank | Tanks | $ 8,790.59 | Comp& Appr |
| P3106 | Clean Fuel | Chilled Water Circulation | Pumps | $ 5,196.90 | Comp& Appr |
| P4002 | Clean Fuel | Circluator Heater 24000 watts 480 vold | Pumps | $ 5,194.84 | Comp& Appr |
| P1204 | Clean Fuel | Clycerol Transfer | Pumps | $ 5,315.07 | Comp& Appr |
| T2115 | Clean Fuel | Condensed Glycerin Vacuum Tank | Tanks | $ 2,563.95 | Comp& Appr |
| AC1001 | Clean Fuel | Cooking Oil Caustic Wash Centrifuge | ME Equipment | $ 132,217.12 | Comp& Appr |
| CT3101 | Clean Fuel | Cooling Tower | ME Equipment | $ 55,820.97 | Comp& Appr |
| P3105 | Clean Fuel | Cooling Tower Circluation | Pumps | $ 5,246.56 | Comp& Appr |
| T2101 | Clean Fuel | Crude Glycerin Storage Tank | Tanks | $ 99,030.58 | Comp& Appr |
| T1207 | Clean Fuel | Distiallation Column | Tanks | $ 3,269,006.09 | Comp& Appr |
| T2116 | Clean Fuel | Glycerin Vacuum Evaporator Feed Tank | Tanks | $ 34,718.81 | Comp& Appr |
| T2114A | Clean Fuel | Glycerine Storage | Tanks | $ 54,941.17 | Comp& Appr |
| T2114B | Clean Fuel | Glycerine Storage | Tanks | $ 47,896.44 | Comp& Appr |
| T2114C | Clean Fuel | Glycerine Storage | Tanks | $ 39,879.51 | Comp& Appr |
| T2114D | Clean Fuel | Glycerine Storage | Tanks | $ 40,274.03 | Comp& Appr |
| T2107 | Clean Fuel | Glycerine Vacuum Evaporator | Tanks | $ 111,822.55 | Comp& Appr |
| P2106 | Clean Fuel | Glycerol Centrifuge Feed | Pumps | $ 1,299.24 | Comp& Appr |
| B2102 | Clean Fuel | Glycerol Condensor Fan | Glycerin Equipment | $ 2,598.47 | Comp& Appr |
| B2103 | Clean Fuel | Glycerol Condensor Fan | Glycerin Equipment | $ 2,613.81 | Comp& Appr |
| T1225 | Clean Fuel | Glycerol Discharge surge | Tanks | $ 2,981.92 | Comp& Appr |
| P2113 | Clean Fuel | Glycerol Export | Pumps | $ 5,196.90 | Comp& Appr |
| P2111 | Clean Fuel | Glycerol Filter Feed | Pumps | $ 4,683.68 | Comp& Appr |
| B2101 | Clean Fuel | Glycerol High Vaccum Blower | Glycerin Equipment | $ 103,896.74 | Comp& Appr |
| P1225 | Clean Fuel | Glycerol Recycle | Pumps | $ 5,227.56 | Comp& Appr |
| P2119 | Clean Fuel | Glycerol Sample P Feed H Extrcation | Pumps | $ 5,280.14 | Comp& Appr |
| T2111 | Clean Fuel | Glycerol Shift | Tanks | $ 26,091.96 | Comp& Appr |
| T2112 | Clean Fuel | Glycerol Shift | Tanks | $ 23,107.14 | Comp& Appr |
| T2113 | Clean Fuel | Glycerol Shift | Tanks | $ 23,493.06 | Comp& Appr |
| T1205 | Clean Fuel | Glycerol Surge | Tanks | $ 79,224.42 | Comp& Appr |
| B1302 | Clean Fuel | Glyco Water Chiller | ME Equipment | $ 51,948.37 | Comp& Appr |
| P4010 | Clean Fuel | GPPump3196MTX | Pumps | $ 4,683.68 | Comp& Appr |
| P4013 | Clean Fuel | GPPump3196TX | Pumps | $ 4,761.89 | Comp& Appr |
| T1407 | Clean Fuel | Grease Trap Material/Fatty Acid | Tanks | $ 16,841.68 | Comp& Appr |
| T1403 | Clean Fuel | Grease Trap Oil Receiving #1 | Tanks | $ 332,796.07 | Comp& Appr |
| T1404 | Clean Fuel | Grease Trap Oil Receiving #2 | Tanks | $ 329,660.54 | Comp& Appr |
| T1406 | Clean Fuel | Grease Trap Oil/Water Settler | Tanks | $ 38,190.69 | Comp& Appr |
| P1411 | Clean Fuel | Grease Trap Waste Water Transfer | Pumps | $ 5,246.56 | Comp& Appr |
| P2108 | Clean Fuel | HCl Metering Drum | Pumps | $ 5,143.97 | Comp& Appr |
| B1301 | Clean Fuel | Heater Blower | ME Equipment | $ 2,571.98 | Comp& Appr |
| C1203 | Clean Fuel | Heater Blower | ME Equipment | $ 12,992.32 | Comp& Appr |
| HT1002 | Clean Fuel | Hot Oil | ME Equipment | $ 36,628.98 | Comp& Appr |
| HT1001 | Clean Fuel | HotOil Filter System | ME Equipment | $ 7,963.06 | Comp& Appr |
| T1307 | Clean Fuel | Hydrochloric Acid (30%) Storage Tank | Tanks | $ 147,909.35 | Comp& Appr |
| MISC | Clean Fuel | Instrumentation/Valves/Piping/Fittings | Glycerin Equipment | $ 3,748.36 | Comp& Appr |
| P4001 | Clean Fuel | Pump | Pumps | $ 4,926.11 | Comp& Appr |
| P4015 | Clean Fuel | Pump | Pumps | $ 5,288.68 | Comp& Appr |
| P4014 | Clean Fuel | Pump | Pumps | $ 5,280.14 | Comp& Appr |
| T2104 | Clean Fuel | Refined Glycerin Carbon Column Feed Tank | Tanks | $ 12,300.45 | Comp& Appr |
| T2102 | Clean Fuel | Salt Centrifuge Feed Tank | Tanks | $ 14,645.10 | Comp& Appr |
| CE2101 | Clean Fuel | Salt Removal Centrifuge | Glycerin Equipment | $ 12,992.82 | Comp& Appr |
| P1219 | Clean Fuel | Seal Water | Pumps | $ 5,288.68 | Comp& Appr |
| P1229 | Clean Fuel | Thermal Fluid Secondary Heat System | Pumps | $ 5,246.56 | Comp& Appr |
| P2114 | Clean Fuel | Thermal Fluid Secondary Heat System | Pumps | $ 5,227.56 | Comp& Appr |
| P3101 | Clean Fuel | Thermal Heating Fluid Circulation | Pumps | $ 5,197.15 | Comp& Appr |
| P3102 | Clean Fuel | Thermal Heating Fluid Circulation | Pumps | $ 5,143.97 | Comp& Appr |
| P3103 | Clean Fuel | Thermal Heating Fluid Circulation | Pumps | $ 5,280.14 | Comp& Appr |
| P3104 | Clean Fuel | Thermal Heating Fluid Circulation | Pumps | $ 5,288.68 | Comp& Appr |
| T3102 | Clean Fuel | Thermal Heating Fluid Drain & Fill | Tanks | $ 29,709.17 | Comp& Appr |
| T3101 | Clean Fuel | Thermal Heating Fluid Expansion | Tanks | $ 18,127.04 | Comp& Appr |
| CW3101 | Clean Fuel | Thermal Liquid Heater #1 | ME Equipment | $ 132,003.48 | Comp& Appr |
| HT3102 | Clean Fuel | Thermal Liquid Heater #2 | ME Equipment | $ 2,659.20 | Comp& Appr |
| T2122 | Clean Fuel | Unrefined Glycerol Storage | Tanks | $ 124,538.42 | Comp& Appr |
| T2103 | Clean Fuel | Yellow Glycerin Surge Tank | Tanks | $ 12,280.61 | Comp& Appr |
| HE4008 | FL Heat | Plant Air Compressor | Heat Exchangers | $ 7,977.54 | Comp& Appr |
| G1001 | Hudson Pump | Gear Box for Glycerine Tank Agitator | Glycerin Equipment | $ 3,662.91 | Comp& Appr |
| G1002 | Hudson Pump | Mixer | Glycerin Equipment | $ 5,494.15 | Comp& Appr |
| P2120 | Hudson Pump | Pump | Pumps | $ 5,197.15 | Comp& Appr |
| P3107 | Hudson Pump | Pump | Pumps | $ 5,227.56 | Comp& Appr |
| G1000 | Invensys | Temperature Transmitter on Glyc. Evap. Temp. Control | Glycerin Equipment | $ 7,483.04 | Comp& Appr |
| ME1000 | Kimre | Mist Eliminator | ME Equipment | $ 3,684.37 | Comp& Appr |

## SECTION II - DUAL PURPOSE GLYCERIN PRODUCTION SYSTEM
## CLEAN FUEL LAKELAND - COMPARISON & APPRAISED VALUES OF EQUIPMENT

| Asset / PO / Model Number | Vendor | Item ID / Description | Category | Value at Time of Purchase | Basis of Value (Market Comparison & Appraisal) |
|---|---|---|---|---|---|
| HE4001 | SISCO | Circulation Heater | Heat Exchangers | $ 7,795.37 | Comp& Appr |
| HE1203 | SISCO | Distillation Column Condensor | Heat Exchangers | $ 8,230.33 | Comp& Appr |
| HE1204 | SISCO | Distillation Column Reboiler | Heat Exchangers | $ 330,205.48 | Comp& Appr |
| HE2105 | SISCO | Glycerol Evaporator Heater | Heat Exchangers | $ 8,230.33 | Comp& Appr |
| ME1010 | Vibra-Cent | Repair of Centrifuge & Grear Box Over Haul | ME Equipment | $ 11,224.60 | Comp& Appr |
| CFL-0005-10 | Dresser Roots | Roots Blower | Recent Add | $ 59,415.00 | Comp& Appr |
| CFL-0121-09 | Flanders Electric | Motor | Recent Add | $ 1,816.50 | Comp& Appr |
| CFL-0122-09 | Flow Components | Gaskets | Recent Add | $ 450.00 | Comp& Appr |
| CFL-0123-09 | Hudson Pump | Seal Kit | Recent Add | $ 750.00 | Comp& Appr |
| CFL-0125-09 | McMaster Carr | V-Belts | Recent Add | $ 278.87 | Comp& Appr |
| CFL-0130-09 | BayPort Valve | Pipe and Fittings | Recent Add | $ 1,862.49 | Comp& Appr |
| CFL-0133-09 | Flow Components | Gaskets | Recent Add | $ 300.00 | Comp& Appr |
| CFL-0134-09 | Vibra-Cent | Kit | Recent Add | $ 2,550.00 | Comp& Appr |
| CFL-0137-09 | Flanders Electric | Motor | Recent Add | $ 693.00 | Comp& Appr |
| V 7134 | Cummins Electric | 125 DSHAE GenSet | Recent Add | $ 60,570.00 | Comp& Appr |
| V 7134 | Master Electric | Transfer Switch | Recent Add | $ 6,975.00 | Comp& Appr |

**SECTION I - Total Asset Value of the Dual Purpose Glycerin System    $ 6,600,214.87**

## SECTION III - CHP GENERATOR SET
### CLEAN FUEL LAKELAND - ASSET VALUE FROM FAIRBANKS MORSE QUOTATION

| Quote | Vendor | Item ID / Description | Category | Value at Time of Purchase | Basis of Value (CFL Purchase Order) |
|---|---|---|---|---:|---|
| 08FME-01-Foss Rev 3 | Fairbanks Morse Engine | FME - Engine, Generator & Sub-base | CHP Gen Set | $ 583,505.00 | CFL-0232-10 |
| 08FME-01-Foss Rev 3 | Fairbanks Morse Engine | FME - Controls | CHP Gen Set | $ 134,196.00 | CFL-0232-10 |
| 08FME-01-Foss Rev 3 | Fairbanks Morse Engine | FME - Mechanical Auxiliary Equipment | CHP Gen Set | $ 282,846.00 | CFL-0232-10 |
| 08FME-01-Foss Rev 3 | Fairbanks Morse Engine | FME - Freight Charges | CHP Gen Set | $ 37,704.00 | CFL-0232-10 |
| 08FME-01-Foss Rev 3 | Fairbanks Morse Engine | FME - Electrical Installation | CHP Gen Set | $ 723,763.00 | CFL-0232-10 |
| 08FME-01-Foss Rev 3 | Fairbanks Morse Engine | FME - Mechanical Installation | CHP Gen Set | $ 653,280.00 | CFL-0232-10 |
| 08FME-01-Foss Rev 3 | Fairbanks Morse Engine | FME - Rigging | CHP Gen Set | $ 64,706.00 | CFL-0232-10 |

**SECTION III - Total Asset Value of the CHP GENERATOR SET     $ 2,480,000.00**

Confidential

## SECTION IV - FRONT-END HIGH FFA FEEDSTOCK BLENDING SYSTEM
## CLEAN FUEL LAKELAND - ASSET VALUE FROM SUMMIT ENERGY SOLUTIONS INVOICE

| PO Number | Vendor | Item ID / Description | Category | Value at Time of Purchase | Basis of Value (Vendor Invoice) |
|---|---|---|---|---:|---|
| To Be Assigned | Summit Energy Solutions | PLC Batch System Modification | FFA Blending System | | 2012-01 |
| To Be Assigned | Summit Energy Solutions | Feedstock & Finish Product Storage | FFA Blending System | $ 27,500.00 | 2012-01 |
| To Be Assigned | Summit Energy Solutions | Feestock SS 316 Pre-Heaters 800L x 2 | FFA Blending System | $ 79,116.00 | 2012-01 |
| To Be Assigned | Summit Energy Solutions | Pressurized 1000L CR-600 Reactor w/ Methoxide Pre-Mixer & 8 Bulk Tanks | FFA Blending System | $ 340,000.00 | 2012-01 |
| To Be Assigned | Summit Energy Solutions | PLC Reactor & DeMethylation Control System | FFA Blending System | $ 92,114.00 | 2012-01 |
| To Be Assigned | Summit Energy Solutions | PC-5 Centrifuge 1000L/hr | FFA Blending System | $ 79,160.00 | 2012-01 |
| To Be Assigned | Summit Energy Solutions | Methanol Recovery Heat Exchanger | FFA Blending System | $ 11,868.00 | 2012-01 |
| To Be Assigned | Summit Energy Solutions | DeMethylation Continuous Batch System 1000L x 2 | FFA Blending System | $ 150,320.00 | 2012-01 |
| To Be Assigned | Summit Energy Solutions | Purable Ion Exchange System | FFA Blending System | $ 43,500.00 | 2012-01 |
| To Be Assigned | Summit Energy Solutions | Polishing Unit (1 Micron) with Filters, Particle Counter & Moisture Detection | FFA Blending System | $ 23,714.00 | 2012-01 |
| To Be Assigned | Summit Energy Solutions | Installation Components: Electric & Connective Piping, Pneumatic Hoses & Wiring, Pressure Transducers, Level Gauges, EMS Containment & Safety, Methanol Detection & Alarm Systems | FFA Blending System | $ 162,700.00 | 2012-01 |
| To Be Assigned | Summit Energy Solutions | 100 AMP Step-up Transformer 220-440 Volt, with Panel Box, Couplers Installed | FFA Blending System | $ 9,140.00 | 2012-01 |

**SECTION IV - Total Asset Value of the FFA Blending System** $ 1,019,132.00