**Simpson, Michael T. (USAFLN)**

| | |
|---|---|
| **From:** | EMILY BEYER (TAL) <emily.beyer@usss.dhs.gov> |
| **Sent:** | Wednesday, December 14, 2016 4:46 PM |
| **To:** | Simpson, Michael T. (USAFLN) |
| **Subject:** | FW: Release of documents ref Clean Fuel |

*Emily Beyer*
Special Agent
U.S. Secret Service
3520 Thomasville Road, Suite 301
Tallahassee, FL 32309
(850) 942-9523
(850) 942-9526 FAX

**From:** EMILY BEYER (TAL)
**Sent:** Wednesday, October 23, 2013 6:48 PM
**To:** 'Brian.Phillips@Phillips-law-firm.com' <Brian.Phillips@Phillips-law-firm.com>
**Cc:** Mike Simpson <michael.t.simpson@usdoj.gov>
**Subject:** Release of documents ref Clean Fuel

Brian-

This email serves to confirm that I released the following records to you today at the USSS/Tallahassee RO:

7 boxes that contained records which were recovered pursuant to a Grand Jury subpoena. Records that were determined to have evidentiary value for the GJ were retained by the USSS and copies were provided to you in a separate box. There was one binder with bank records which was not done being copied when you picked up the items. The remainder of those records (May – December) will be sent to you tomorrow via UPS.

24 items (22 boxes and 2 bags) of records which were recovered pursuant to a search warrant at 6660 Times Square Ave., Unit 102, Orlando, FL. Records that were determined to have evidentiary value were retained by the USSS and copies were provided to you in a separate box.

In addition, a taint team reviewed the evidence that was recovered from the residence prior to my review in order to pull any materials that may have been related to pending litigation of two 1603 grants that were denied. That material remains with the taint team. I have requested that a taint team member make copies of those materials and provide them directly to you.

And finally, I also provided you with copies of the front page of several bound documents that may or may not be of evidentiary value. If you determine copies of the full bound documents are required, please let me know and I will make copies for you. You may find that additional copies of these documents are already contained in the boxes that you received today.

Thanks,
Emily

*SA Emily Beyer*


GOVERNMENT EXHIBIT 4

1

**USSS - Tallahassee RO**
**850-942-9523 - *office***
**850-942-9526 - *fax***

All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.