# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

     **VS.**                           **Case No. 4:16cr30-MW**

**LEE JOHN MAHER**
_____/

## GOVERNMENT'S EXHIBIT LIST

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|--------|------|----------|----------------------|-------------|
| 1 | | | Burk Long | 7/13/09 email LL, KS[1] re: collateral for bridge loan, cc: LJM[2] |
| 2 | | | " | 10/9/09 email LL > KS re: met LJM |
| 3 | | | " | 10/16/09 email LL > KS re: update on grant, cc: LJM |
| 4 | | | " | 10/20/09 email LL > KS re: Otis Mills, cc: LJM |
| 5 | | | " | LL > OM re: resubmission |
| 6 | | | " | 12/10/09 email LL > KS re: annual savings, cc: LJM |
| 7 | | | " | 12/10/09 email LL > KS re: specific savings, cc: LJM |
| 8 | | | " | 2/1/10 email LL > KS re: grant agreement, cc: LJM |
| 9 | | | " | 2/12/10 email LL > KS re: meeting, cc: LJM |
| 10 | | | " | 2/12/10 email LL > KS re: ARS005, cc: LJM |

[1] During these events, Kelley Smith became Kelley Smith Burk.

[2] Emails may be single or a string of emails, last one first. Descriptions are summary only. "cc: LJM" means that Defendant received at least one email in the chain.

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|---|---|---|---|---|
| 11 | | | Burk Long | 2/12/10 email LL > KS re: two generic comments, cc: LJM |
| 12 | | | " | 2/12/10 email LL > KS re: Clean Fuel State Grant, cc: LJM |
| 13 | | | " | 2/18/10 email LL > KS re: Clean Fuel State Grant |
| 14 | | | " | 2/25/10 email LL > KS re: contract and work plan |
| 15 | | | " | 2/26/10 email LL > KS re: revised request, cc: LJM |
| 16 | | | " | 2/26/10 email LL > KS re ARS005 Clean Fuel, cc: LJM (encl)[3] |
| 17 | | | " | 2/26/10 email Bob nave > LL re: ARS005 Redline |
| 18 | | | " | 2/26/10 email LL > KS re: ARS005 Final (encl) |
| 19 | | | " | 3/1/10 email LL > KS re: Moving Forward, cc: LJM |
| 20 | | | " | 3/5/10 email LL > KS re: expanded detail, cc: LJM |
| 21 | | | " | 3/23/10 email LL > KS re: ARS005 Clean Fuel Draft, cc: LJM |
| 22 | | | " | 3/23/10 email LL > KS re: ARS005 Draft(2), cc: LJM |
| 23 | | | " | Clean Fuel registration with Florida Division of Corporations (verified 3/1/10) |
| 24 | | | " | 3/24/10 email KS > LL re: need signature authority and letter in response |
| 25 | | | " | 4/6/10 email LL > KS re: Thanks you, cc: LJM |
| 26 | | | " | 4/12/10 email LL > Mandy Norman re: Draft 04/09/10 cc: LJM |

---

[3] "(encl)" indicates that there was an attachment to the email.

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|--------|------|----------|---------------------|-------------|
| 27 | | | Burk Long | 4/28/10 email LL > KS re: ARS005, cc: LJM |
| 28 | | | " | 4/29/19 email LL > KS re: clarifications, cc: LJM |
| 29 | | | " | 5/10/10 email KS > LL re: ARS005 |
| 30 | | | " | ARS005 Grant Agreement, executed LJM 5/12/10 |
| 30-A | | | " | Attach. A, Grant Work Plan |
| 30-B | | | " | Attach. B, Payment Request Summary Form |
| 30-C | | | " | Attach C, Grant Monthly Progress Report Form |
| 30-D | | | " | Attach D, Special Audit Requirements |
| 30-E | | | " | Attach. E, Federal Regulations |
| 30-F | | | " | Attach. F, Federal Funding Grantee, Subgrantee, and Contractor Provisions |
| 30-G | | | " | Attach. G, Certification Regarding Debarments, etc. |
| 30-H | | | " | Attach. H, Intellectual Property Provisions |
| 30-I | | | " | Attach. I, Disclosure of Lobbying Provisions |
| 30-J | | | " | Attach. J, Property Reporting Form |
| 30-K | | | " | Attach. K, Grant Annual Report Form |
| 31 | | | " | 5/12/10 note LL > KS re: Thank You |
| 32 | | | " | 5/13/10 email LL > KS re: 3 Copies FedExed cc: LJM |
| 33 | | | " | 5/13/10 email LL > KS re: Cash Projections, cc: LJM |
| 34 | | | " | 5/17/10 email LL > Robert Vickers re: Thank You, cc: LJM |
| 35 | | | " | Notes, invoice & checks re: Cummings gensets ~ 6/4/10 |

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|--------|------|----------|----------------------|-------------|
| 36 | | | Burk Long | 5/18/10 email LL > KS re: projected disbursements, cc: LJM |
| 37 | | | " | 5/27/10 email LL > KS re: 3 Copies FedExed |
| 38 | | | " | 6/16/10 email LL > KS re: can't reimburse for prior expenses |
| 39 | | | " | 6/18/10 email KS > LL re: purchases contracted for prior to grant not eligible |
| 40 | | | " | 6/30/10 LL note to Gail Stafford w/background |
| 41 | | | " | 6/30/10 Summary – Attachment C |
| 42 | | | " | 6/29/10 unofficial amendment to ARS005 |
| 43 | | | " | 7/12/10 email LL > KS re: two reports or one |
| 44 | | | " | 7/21/10 email LL > KS re: June 2010 Progress Report, cc: LJM, (encl) |
| 45 | | | " | 7/23/10 email LL > KS re: ARS005 new Attach A (encl) |
| 46 | | | " | 8/13/10 email LL > KS re: tentative schedule, cc: LJM (encl) |
| 47 | | | " | 9/2/10 email LL > KS re: Progress Report, cc: LJM |
| 48 | | | " | 9/18/10 email LL > KS re: Thanks & update, cc: LJM |
| 49 | | | " | 9/22/10 email LL > KS re: August 2010 Progress Report, cc: LJM (encl) |
| 50 | | | " | 10/4/10 email LL > KS re: DOE approval (Lee wanted to call Crist) |
| 51 | | | " | 10/6/10 email LL > KS re: Thanks & Excited, cc: LJM |
| 52 | | | " | 10/5/10 LL Cover Note |
| 53 | | | " | Grant Amendment and new Attach. A, signed by LJN 10/5/10 |

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|--------|------|----------|----------------------|-------------|
| 54 | | | Burk Long | 10/13/10 email Mills > KS re: shovel ready, Clean Fuel |
| 55 | | | " | 10/14/10 email LL > KS re: follow up, cc: LJM |
| 56 | | | " | 10/25/10 email LL > KS re: still need 5 minutes (deferred payments cannot be reimbursed) |
| 57 | | | " | 11/3/10 KS > LL re: drop off documents |
| 58 | | | Burk Long Griswold | 11/9/10 email Bill Griswold > KS re: May 2010 Progress Report (encl) |
| 59 | | | " | 11/9/10 BG > KS re: June 2010 Progress Report (encl) |
| 60 | | | " | 11/9/10 email BG > KS re: July 2010 Progress Report (encl) |
| 61 | | | " | 11/9/10 email BG > KS re: August 2010 Progress Report (encl) |
| 62 | | | " | 11/9/10 email BG > KS re: Sept. 2010 progress Report (encl) (page missing) |
| 63 | | | " | 11/9/10 email BG > KS re: Oct. 2010 Progress Report (encl) |
| 64 | | | Burk Long | undated memo LL > KS re: impact of grant delay on FME pricing, cc: LMJ |
| 65 | | | " | 11/17/10 email LJM > KS re: will attend grant workshop |
| 66 | | | " | 11/30/10 Grant Payment Request Form includes Attach. B – copy processed by state |
| 67-A | | | Burk Long Griswold | 10/18/10 check from CFL to FME $124,000.00 #2315 |
| 67-B | | | " | 10/22/10 check from CFL to FME $459,505.00 #2336 |

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|--------|------|----------|---------------------|-------------|
| 67-C | | | Burk Long Griswold | 10/26/10 check from CFL to FME $134,196.00 #2388 |
| 67-D | | | " | 10/26/10 check from CFL to FME $282,846.00 #2435 |
| 67-E | | | " | 10/28/10 check from CFL to FME $37,704.00 #2480 |
| 67-F | | | " | 10/28/20 check from CFL to FME $723,763.00 #2484 |
| 67-G | | | " | 10/29/10 check from CFL to FME $653,280.00 #2489 |
| 67-H | | | " | 10/29/10 check from CFL to FME $64,706.00 #2492 |
| 68 | | | Burk Long | Attach. J, LL 11/4/10, KS 11/5/10 |
| 69 | | | Burk Long FME | 10/18/10 Purchase order by CFL to FME, total $248,000.00 w/ sticky note LL > KS |
| 70 | | | Burk Long FME Crespo Moreau | Sales Proposal by FME, signed LL & LJM w/date 10/21/10 $124,000 down due 10/18/10 Total $2,480,000 |
| 71 | | | Burk Long | Attach. A-1, including FME components |
| 72 | | | | Attach. B Payment Request Summary Form—copy submitted by LL11/5/10 |
| 73 | | | " | Progress Report for 5/13/10-10/31/10, signed by LL 11/2/10 |
| 74 | | | " | 11/30/10 email LL > KS re: update please, CC: LJM |
| 75 | | | " | 12/10/10 email LL > KS re: follow up, cc: LJM |
| 76 | | | " | 12/14/10 email LL > KS re: Nov. 2010 Progress Report (encl) |

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|---|---|---|---|---|
| 77 | | | Burk Long Getto | Expense warrant from State of Florida to Clean Fuel for $2,232,000.00 12/3/10 |
| 78 | | | Burk Long | 1/4/11email LL > KS re: Dec. 2010 Progress Report (encl) |
| 79 | | | " | 2/8/11 email LL > KS re: Jan. 2011 Progress Report |
| 80 | | | " | 2/15/11 KS > LL re: monitoring visit cc: LJM and read notice by LJM |
| 81 | | | " | 3/1/11 KS notes and PowerPoint from monitoring visit |
| 82 | | | " | 3/4/11 LL > KS re: compliance visit, cc: LJM |
| 83 | | | " | 3/4/11 email LL > KS re: Feb. 2011 Progress Report (encl) |
| 84 | | | " | 4/4/11 email LL > KS re: March 2011 Progress Report (encl) |
| 85 | | | " | 5/5/11 email LL > KS re: April 2011 Progress Report (encl) |
| 86 | | | " | 5/27/11 email LL > KS re: land purchase, landlord dispute, CC: LJM |
| 87 | | | " | 6/6/11 LL > KS re: May 2011 Progress Report (encl) |
| 88 | | | " | 6/21/11 LL > KS re" update, cc: LJM and read notice by LJM |
| 89 | | | " | 7/6/11 email LL > KS re: June 2011 Progress Report (encl) |
| 90 | | | " | 7/13/11 email LL > KB re: key milestones, revised schedule, cc: LJM (encl) (Smith's name changed to Burk) |
| 91 | | | " | 8/13/11 email LL > KB re: July 2011 Progress Report (encl) |
| 92 | | | " | 8/18/11 email LL > KB re: update on landlord, cc: LJM |

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|--------|------|----------|----------------------|-------------|
| 93 | | | Burk Long | 10/20/11 Contract Amendment (Governor's Energy Office moves to Dept. of Agriculture), LJM signed 11/10/11 |
| 94 | | | " | 10/10/11 email LL > KB re: Sept. 2011 Progress Report, cc: LJM (encl) |
| 95 | | | " | 11/2/11 email LL > KB re: Oct. 2011 Progress Report (encl) |
| 96 | | | " | 11/2/11 LL >KB re: update on landlord issue, cc: LJM |
| 97 | | | " | 12/6/11 email LL > KS re: Nov. 2011 Progress Report, c: LJM (encl) |
| 98 | | | " | 12/7/11 email LL > KB re: LJM has spent $20M on renewables, cc: LJM |
| 99 | | | " | 1/4/12 email LL > KB re: Dec. 201 Progress Report (encl) |
| 100 | | | " | 2/2/12 email LL > KB re: Jan. 2012 Progress Report (encl) |
| 101 | | | " | 2/3/12 Patrick Sheehan certified letter > LJM re: substantial progress |
| 102 | | | " | 2/6/12 email KB > LJM & LL with copy of Ex 101, LJM read notice |
| 103 | | | " | 2/13/12 response letter to Ex 101 by LJM alleging monies spent |
| 104 | | | " | 3/29/12 LJM "formal request" for 3 to 6 month extension |
| 105 | | | " | 3/29/12 LL > KB re" replacement of damaged records |
| 106 | | | " | 4/3/12 KB > LJM & LL, with copy of PS 30 day letter (notice of intent to terminate) (encl) |
| 107 | | | " | 4/25/12 Alexander Mack certified letter to LJM requesting compliance with audit requirement |

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|--------|------|----------|---------------------|-------------|
| 108 | | | Burk Long | 4/26/12 email LL > April Groover, cc: LJM, KB re: NoiDa loan commitment letter (encl) |
| 109 | | | " | 6/8/12 email LL > KB re: mainly good news, cc: LJM |
| 110 | | | " | KB to LL re: need update, cc: LJM |
| 111 | | | Burk Long Thornton | 7/10/12 email LL > KB re: agreement for purchase of property signed by LJM 6/29/12, "delivered deposit check" cc: LJM |
| 112 | | | Burk Long | 7/10/12 certified letter Patrick Sheehan to LJM Notice of Grant Termination |
| 113 | | | Burk Long | 7/25/12 certified letter from Adam Putnam to LJM re: more information is required |
| 114 | | | " | 8/23/12 email LL > KB re: within 5 days of closure will have genset, cc: LJM |
| 115 | | | " | Undated LJM letter re: LL will represent at informal hearing (10/1/12) |
| 116 | | | " | History of Mr. Maher's Clean Fuel Odyssey |
| 117 | | | " | FFC 504 Loan Summary (re: NoiDa) |
| 118 | | | " | genset photo & details |
| 119 | | | " | 10/7/12 email LL > KB re: genset staged in Ventura CA, cc: LJM |
| 120 | | | " | 10/8/12 LL > PS, serial number of genset, cc: LJM |
| 121 | | | " | 11/15/12 email LL > KB re: genset staged and ready to ship |
| 122 | | | " | 12/12/12 email LL > KB re: Nov. 2012 Progress Report, cc: LJM |
| 123 | | | Long | Compensation Package Larry Long with notes |

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|---|---|---|---|---|
| 124 | | | Long | 9/2/08 email Deorah Ferro o/b/o LJM > LL, M. Mroczkowski re: urgent financing |
| 125 | | | Long Wood | 10/30/08 Clean Fuel Florida grant submission |
| 126 | | | Long | 3/3/09 email LL > DF re: Progress Energy, cc: LJM |
| 127 | | | " | 3/3/09 email DF > LL re: FUNDING |
| 128 | | | " | 3/3/09 email DF > LL Progress Energy/Confidential |
| 129 | | | " | 3/3/09 email DF > LL re: Brian Thompson off Payroll, cc: LJM |
| 130 | | | " | 3/3/09 email DF > Robin West re: Checks, cc: LL |
| 131 | | | " | 3/3/09 email DF > LL re: Funds, cc: LJM |
| 132 | | | " | 3/30/09 email DF > LJM re: Purada/Clean Fuel, cc: LL |
| 133 | | | " | 8/18/09 email LL > DF re: valuation/appraisal from Frazier Barnes, cc: LJM |
| 134 | | | " | 9/1/09 email LL > DW re: Florida Grant Plan for immediate $2.5 mill, cc: LJM |
| 135 | | | Long Sproat | 9/8/09 email LL >Don Sproat, Dower, LJM re: Frazier Barnes valuation |
| 136 | | | " | 10/12/09 email LL > DS re: 2010 estimates, cc: LJM |
| 137 | | | Long | 12/23/09 email LL > LJM re: support |
| 138 | | | " | 1/11/10 letter Walter Foskett (Purada counsel) > Leigh Williams (Clean Fuel counsel) re: asset purchase agreement, cc: LJM |

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|--------|------|----------|---------------------|-------------|
| 139 | | | Long Gebolys | Purported 4/20/09 letter LL > Gebolys (Purada), which is subject of Ex 138 |
| 140 | | | Long | Notes "Agenda Wednesday 1-27-10 Lee Maher" |
| 141 | | | " | 1/28/10 email LL > J Atkinson, A Crespo re: work request, cc: LJM |
| 142 | | | " | 5/11/10 memo LL > LJM re: Cummings genset |
| 143 | | | " | 5-17-10 notes re: Lee |
| 144 | | | " | 5/21/10 memo LL >LJM re: Cash Forecast and Key Dates |
| 145 | | | " | LL Notes "Meeting Priorities Lee Maher; May 24, 2010) |
| 146 | | | " | 5/25/10 email LL > LJM re: 4 quick items |
| 147 | | | " | 5/25/10 email LL > LJM re: Fenway, 15 year guaranteed performance contract |
| 148 | | | " | 5-27-10 note LL > LJM 3 major bills never paid/separate bank account |
| 149 | | | " | 6/1/10 email Kevin Lidbury (FME) > LL re: 3165 KW Engine Generator Set |
| 150 | | | " | LL notes 6-1-10 re: Florida Grant . . . Five Checks |
| 151 | | | " | 6/3/10 email LL > LJM re: Three important carryovers from yesterday's meeting |
| 152 | | | " | 6/3/10 email LL > LJM re: PENN deal |
| 153 | | | " | 6/10/09 re: $2.5 mill Grant (out of sequence) |
| 154-A | | | " | 6/5/10 email LL > L Burness, S Getto re: Check dates on all but Bay Hill are wrong |

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|---|---|---|---|---|
| 154-B | | | Long | 6-4-10 LL notes re: 5 checks |
| 154-C | | | " | 5/15/09 CFL check to bay Hill for $725,000 by LJM |
| 154-D | | | Long Gebolys Tadlock | 6/4/10 CFL check to World Energy Alternatives for $3,250,000 by LJM |
| 154-E | | | Long | 6/4/10 CFL check to Cummings Atlantic for $40,380.00 by LJM |
| 154-F | | | " | 6/4/10 CFL check to Cummings Atlantic for $29,650 by LJM |
| 154-G | | | " | 6/4/10 CFL check to Unitherm, Inc. for $31,130.00 by LJM |
| 155 | | | " | 6-5-10 fax LL > LJM"Kelley now claims only matching counts back to April 30th, not matching & grant" |
| 156 | | | " | 6/18/10 email LL > BG re: Solution to Tallahassee Reimbursement Issues, cc: LJM |
| 157 | | | " | 6-18-10 note on Cummings invoice |
| 158 | | | " | LL notes re: EOG Meeting 6/23/10 "it cannot be procured (ordered) or paid for prior to the signing of the amendment for grant money" |
| 159 | | | Long Burk | 6/27/10 memo LL > KB re: Background/Summary of the Amended/Expanded Scope |
| 160 | | | " | 7-7-10 fax LL > KS re: First Two Pages of June 30, 2010 attachment C Report |
| 161 | | | Long | 7/30/10 email KL (FME) > LL re: Action on 3.2 MW system |
| 162 | | | " | Agenda Long/Maher Meeting Wed. Aug 4 |
| 163 | | | " | Letter, LL > KS, cc: LJM re: "we have to have the 3.2 MW system installed in 2010" |

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|--------|------|----------|----------------------|-------------|
| 164 | | | Long | Memo LL > KS re: summary of revised match numbers |
| 165 | | | " | 8/8/10 KS letter to LJM from KS re: expanded scope 3.2 MW electricity amendment |
| 166 | | | " | 9/6/10 fax LL to LJM re: 5 pages of emails – will need new checks |
| 167 | | | " | 9/17/10 email KS > LL re: the amendment is going through, cc: LJM |
| 168 | | | " | 9/22/10 email LL > LJM re: Great Day, "we order FME next week and start reimbursement the following week" |
| 169 | | | " | 10/13/10 email LL > LJM re: Grant officially signed with Amendment |
| 170 | | | " | 10/14/10 letter AM > LL enclosing executed grant amendment (signed LJM 10/5/10) |
| 171 | | | Long Fernandez | 10/25/10 email KL > LL re: revised FME proposal (encl) |
| 172 | | | Long | LL "Agenda Dec. 4 2010, FME $124K |
| 173 | | | " | 12/5/10 email LL > LJM "The Grant deposit" |
| 174 | | | " | 12/7/10 email LL > LJM re: 1603, FME $2.48 mill should qualify for Fenway |
| 175 | | | " | 12/9/10 email LL > LJM important payables, "the big one is the $124K for Fairbanks Morse" |
| 176 | | | " | 12/09/10 email LL > LJM re: short term new cash flow |
| 177 | | | " | LL notes "Lee action 12-13-10" "Pay Fairbanks" |

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|---|---|---|---|---|
| 178 | | | Long | LL notes "Lee Tues AM 12-14-10" "Final Decision Separate Acct." "Overnight Fairbanks Morse check" |
| 179 | | | " | LL's "Lee Maher Agenda Dec 17, 2010" "Fairbanks Morse on order" |
| 180 | | | " | December Cash Flow, Fairbanks Morse $124K |
| 181 | | | " | 12/18/10 email LL > LJM "we need to overnight $124K to Fairbanks" |
| 182 | | | " | 12/31/10 email LL > LJM re: agenda for 11 am call "Fairbanks Morse kills 3 birds with one stone" |
| 183 | | | " | Priorities That Maximize Value In 2011 "Ensure we keep the $2.5 mill State grant" |
| 184 | | | " | Strategic Notes (LL) "Fairbanks Morse $124K" |
| 185 | | | " | "Lee Maher Priorities 1-4-11 meeting" "Pay Fairbanks Morse" |
| 186 | | | " | "Lee Maher Decisions" 1-5-11 |
| 187 | | | " | "Lee Maher Agenda Jan 11, 2011""Fairbanks Morse to avoid $2.5 Mill Repo" |
| 188 | | | " | "Lee Maher Agenda Jan 17, 2011" "Fairbanks Morse" |
| 189 | | | " | "Tuesday Schedule 1-18-11" "Lee Maher/Breakfast Club" |
| 190 | | | Long Knight | 1/20/11 email AK > LJM< LL re: FDEP meeting |
| 191 | | | Long | 1/21/11 email LL > LJM re: selling Lakeland "Appearance we are running" |
| 192 | | | " | April 2011 Protection Letter "get the genset delivered" |

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|--------|------|----------|----------------------|-------------|
| 193 | | | " | 8/1/11 "Lakeland Value Creation" "Repayment of $2.232 million to State of Florida for ARS005 if build out never executed" |
| 194 | | | " | "Lee Maher Mar. 20, 2012 Agenda" "Tallahassee Letter . . . for 3 to 6 months" |
| 195 | | | " | 9-27 Chronology "picture & serial number of engines/genset" |
| 195 | | | " | Outline of letter to PS, "If we do not have the 3.2 MW system commissioned and running before Nov. 1, 2012 we will return the grant funds" X'ed out |
| 196 | | | " | 3/25/12 typed draft of Ex 195 "Lee's changes incorp" |
| 197 | | | " | 7/27/12 email KB > LL re: appeal request deadline |
| 198 | | | " | LL notes "must choose formal or informal hearing" |
| 199 | | | " | LL notes "Grant Issues," "$25k/$50k deposit week of Aug. 6 to secure engine" |
| 200 | | | " | 8/2/12 Informal Hearing Request, signed LJM & LL |
| 201 | | | " | 9/18/12 email KB > LL re: October 1, 2012 meeting |
| 202 | | | Long Knight | 9/18/12 email Kait Doulou > LL, AK flight confirmation for Manning and Lashley |
| 203 | | | Long | "Chronology" 9/27 "picture and serial number of engine/genset" |
| 204 | | | " | 10/2/12 email PS > LL re: thank you and replacement cost reference |
| 205 | | | " | "Agenda Clean Fuel 17268 Grant Settlement Discussions April, ? 2013" |

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|--------|------|----------|----------------------|-------------|
| 206 A & B | | | Long | Blank CFL check 2315 and completed but un-negotiated 2315 |
| 207 A & B | | | " | Blank CFL check 2336 and completed but un-negotiated 2336 |
| 208 A & B | | | " | Blank CFL check 2388 and completed but un-negotiated 2388 |
| 209 A & B | | | " | Blank CFL check 2435 and completed but un-negotiated 2435 |
| 210 A & B | | | " | Blank CFL check 2480 and completed but un-negotiated 2480 |
| 211 A & B | | | " | Blank CFL check 2484 and completed but un-negotiated 2484 |
| 212 A & B | | | " | Blank CFL check 2489 and completed but un-negotiated 2489 |
| 213 A & B | | | " | Blank CFL check 2492 and completed but un-negotiated 2492 |
| 214 A-C | | | " | Blank, original CFL checks 2490, 2498, and 2512 |
| 215 | | | " | ARRA Sub-Recipient Administrative Guide (pp. 6, 8, 9) |
| 216 A & B | | | " | LL Plea Agreement and Supplement |
| 217 | | | " | 12/11/08 email DF > Ed Neal, Myrna Pena re: "in case I'm hit by a meteor", cc: LJM |
| 218 | | | " | 10/15/09 letter from Jeremy Susac (GEO) . LL rejecting CF ARRA grant application |
| 219 | | | " | 12/7/09 memo from Norma Shafer ""Effective immediately, Larry Long will be acting solely as a consultant to Lee Maher and will concentrate all of his efforts . . ." |
| 220 | | | " | 2/2/10 email BN > LL re: First Draft For Review and Comment (encl) |

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|--------|------|----------|----------------------|-------------|
| 221 | | | Long | 10/28/10 email LL > LJM re: Need your help on 3 items, ""8 checks from Shanna" |
| 222 | | | Long Knight | 2/16/11 email AK > LL re Control system working for DOE, cc: LJM |
| 223 | | | Long | 2/20/21 email LL > Jack Brandon re: Buyer Visit March 1, cc: LJM |
| 224 | | | Long Knight | 2/21/11 email AK > LL re: Show and Tell Mar 1, cc: LJM |
| 225 | | | " | 10/7/12 email LL > John Manning re: "You are my hero today" |
| 226 | | | " | 10/11/12 email LL > AK re: fed ex number |
| 227 | | | " | 10/12/12 email LL > AK re: freight rate and delivery |
| 228 | | | " | 10/25/12 email LL > LJM re: fbm "it has to be the exact same model for the state grant" |
| 229 | | | " | 9/26/12 email AK > LJM re: Gensets – Deposit – Update, cc: LL |
| 230 | | | " | 11/1/12 email LL > AK re: fbm update, cc: LJM |
| 231 | | | " | 10/6/12 email LL > JM re: need your help over the weekend |
| 232 | | | " | 10/16/12 email LL > AK re: Cash Flow Reminder cc: LJM |
| 233 | | | Geobolys Tadlock | 3/31/09 settlement docs re: sale of Lakeland assets to Clean Fuel Lakeland (32 p) |
| 234 | | | Long | 2/18/10 application for DOE Federal Loan Guarantee |
| 235 | | | " | 5/29/10 email LL > LJM re: The Eagle has landed for state grant |
| 236 | | | Knight | 1/4/10 email AK > LJM re: Gen-Set Hook Up |
| 237 | | | " | 5/19/20 email LJM > AK re: Andre's next visit |

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|---|---|---|---|---|
| 238 | | | Knight | 5/21/10 email LJM > AK re: Introduction |
| 239 | | | " | 5/23/10 email AK > LJM re: Lynn Padgett |
| 240 | | | " | 5/28/10 email LJM > Dower Drummond re: Andre |
| 241 | | | " | 6/5/10 email LJM > AK re: termination of employment |
| 242 | | | " | 7/15/10 email LJM > AK re: open items 7/14/10 |
| 243 | | | " | 7/15/10 email LJM > AK re: Lakeland Projects |
| 244 | | | " | 7/19/10 email LJM > AK re: Past Due Amount |
| 245 | | | " | 7/31/10 email LJM > AK re: Andre Bernard & B-Green |
| 246 | | | Thornton Knight | 12/21/10 letter Jack Brandon > Leigh Williams re: failure to make lease payments 8/10-11/10 |
| 247 | | | Long Knight | Copy of Jan 2011 Progress Report With note LL > AK dated 2/23/11 |
| 248 | | | " | 2/23/11 note LL > AK covering copy of amended Attach. A |
| 249 | | | " | 3/24/11 sticky note LL > AK re: Attach. F |
| 250 | | | " | Frazier, Barnes 12/16/11 Business Evaluation Update for CFL |
| 251 | | | " | 12/29/11 email Mark Patten to AK re: Purchase order for NPS cc: LJM |
| 252 | | | " | 12/29/11 email Jon Etherington > AK re: Purchase order for NPS (encl) |
| 253 | | | " | 12/30/11 email LJM > AK re: Purchase order for NPS |
| 254 | | | " | 1/17/12 email LJM > AK re: New Complete Clean Fuel Package |

| Gvt Ex | Id'd | Admitted | Witnesses Discusssing | Description |
|---|---|---|---|---|
| 255 | | | Knight Long | 7/24/11 DOA press release re: inspection of grants |
| 256 | | | " | July 2012 DOA Operation Audit Office of Energy |
| 257 | | | Knight | 10/4/12 Confidential memo AK > LJM |
| 258 | | | Knight Long | 10/28/12 email AK > LJM, LL re: 3,000 Kw Fairbanks Morse Gens Ventura Ca |
| 259 | | | " | 11/1/12 email LL > AK re: Deposit info |
| 260 | | | " | 1/15/13 email AK > LL re: fbm |
| 261 | | | " | 1/21/13 email AK > LL re: Fairbanks Generator Purchase w/Clean Fuel Lakeland & Marine Diesel Engines |
| 262 | | | " | 4/4/13 email AK > LJM re: resignation |
| 263 | | | Getto Long | 3/3/10 email SG > LL re: PO & Asset Listing |
| 264 | | | " | 3/3/10 email SG > LL re: PO & Asset Listing (encl) |
| 265 | | | Getto | 1/23/12 email LJM > SG re: wire request |
| 266 | | | " | CFL Reconciliation Summary, Orange Bank 3118, period ending 10/29/10 |
| 267 | | | Karkauskas | 7/27/10 email LJM > AK re: prepayment on repairs, glycerine |
| 268 | | | Long Hennessey | 3/21/11 LL notes for Nancy Hennessey briefing on ARS-005 |
| 269 | | | Fernandez | 2/3/11 FME formal notice that CFL is in material breach of agreed Proposal, Ex 268 |
| 270 | | | Thornton | 3/15/12 Order granting Bob Stanley's motion for final judgment as to eviction and possession |

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|--------|------|----------|---------------------|-------------|
| 271 | | | Thornton | 4/26/12 Order granting Bob Stanley final judgment on Counts II and III |
| 272 | | | " | 12/21/10 letter JB > LW terminating CFL lease |
| 273 | | | " | 12/2/11 certified letter Alexander Koskey > CFL 3 day notice to pay rent or give possession |
| 274 | | | " | 4/26/12 Judgment Lien against CFL in favor of Bob W. Stanley, $788,539.32 |
| 275 | | | Tadlock | 1/19/10 letter Craig Tadlock > LJM re: Notice of Default under Promissory Note and Acceleration of Note |
| 276 | | | " | 1/19/10 letter CT > LJM re: Notice of Claim under Continuing Unconditional Guarantee |
| 277 | | | " | 10/24/11 Judgment lien against CFL in favor of Elbow River marketing, $7,034,987.29 |
| 278 | | | Beyer | 8/12/11 Judgment Lien against CFL in favor of Rierden Chemical & Trading, $98,605.95 |
| 279 | | | " | Summary Chart of bank Transactions, disbursements from grant funds, 12/10/10 & following |
| 280 | | | " | Summary of deposits and payments from LJM CNL account X4913, 12/1/10-5/31/11 |
| 281 | | | " | Orange Bank CFL account X3118 statement for Nov. |
| 282 | | | Long | 10/26/10 Declaration of LL in Elbow River lawsuit |
| 283 | | | Doulou Getto Knight | March 2013 affidavit for SG, prepared by KD at LJM's direction |

| Gvt Ex | Id'd | Admitted | Witnesses Describing | Description |
|---|---|---|---|---|
| 284 | | | Getto | 3/6/13 text from Rosemary Hayes to SG |
| 285 | | | Getto | 3/7/13 text from KD to SG |
| 286 | | | Getto | 3/5/13 text from LJM to SG |
| 287 A & B | | | Getto Doulou | A-3/6/13 voicemail from RH > SG B-3/22/13 voicemail from KD > SG |
| 288 | | | Burk Long | Second Amendment to Agreement for Sale and Purchase of Real Estate (delivered with Ex 115-118 10/1/13) |
| 289 | | | Wood | 8/3/09 SolarBlue Dept of Energy Grant Application |
| 290 | | | Long Knight | November 2009 Clean Fuel Executive Summary |
| 291 | | | Sproat | 11/30/09 CFL Balance Sheet |
| 292 | | | Sproat | 11/30/09 Clean Fuel balance Sheet |
| 293 | | | Sproat | 11/30/09 Silver Bullet Energy Balance Sheet |
| 294 | | | Sproat | 3/30/10 letter DS > David Wooten re: loan |
| 295 | | | Knight Sproat | 2/24/10 SolarBlue Staff Meeting Presentation |
| 296 | | | Long | LJM's copy of (un-altered) 10/14/10 FME Proposal |
| 297 | | | " | February 2012 Clean Fuel Executive Summary |
| 298 | | | Long Griswold | 3/12/12 Global Scientific (BG) valuation of CFL plant > LJM |
| 299 | | | Beyer | LJM's FSU transcript |
| 300 | | | " | LJM's Nova Transcript |
| 301 | | | " | Fla. Dept. of State corporate records for Clean Fuel, LLC (est. 4/20/07) |
| 302 | | | " | Fla. Dept. of State corporate records for Clean Fuel Biodiesel, LLC (est. 11/14/07) |

| Gvt Ex | Id'd | Admitted | Witnesses Describing | Description |
|---|---|---|---|---|
| 303 | | | " | Fla. Dept. of State corporate records for Clean Fuel Lakeland, LLC (est. 3/23/09) |
| 304-A | | | Beyer | CNL bank statements, AN x4913, Lee J. Maher or Mary K. Maher, Dec 2010 – May 2011 |
| 304-B | | | " | CNL wire transfer records for AN x4913 |
| 305-A | | | " | CNL bank statements, AN x0403, Lee J. Maher, Dec 2010 – Mar 2011 |
| 305-B | | | " | CNL wire transfer records for AN x4913 |
| 306 | | | " | Orange Bank statements, AN x2205, Solar Blue LLC, Dec 2010 – April 2011 |
| 307 | | | " | Orange Bank statements, AN x2348, Clean Fuel LLC, Dec 2010 – Mar 2011 |
| 308 | | | " | Orange Bank statements, AN x2480, LJM Holding LLC, Dec 2010 - Feb 2011 |
| 309 | | | " | Orange Bank statement, AN x2876, Clean Fuel LLC, Payroll Account, Dec 2010 |
| 310 | | | " | Orange Bank statement, AN x3085, Gencorp of Central Florida LLC, Dec 2010 |
| 311 | | | " | Orange Bank statements, AN x3118, Clean Fuel Lakeland, LLC, Feb 2011 - Mar 2011 |
| 312 | | | " | Orange Bank statement, AN x3414, Solar Blue LLC, Payroll Account, Jan 2011 – Mar 2011 |
| | | | | |

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|--------|------|----------|----------------------|-------------|
|        |      |          |                      |             |
|        |      |          |                      |             |
|        |      |          |                      |             |
|        |      |          |                      |             |
|        |      |          |                      |             |
|        |      |          |                      |             |
|        |      |          |                      |             |
|        |      |          |                      |             |
|        |      |          |                      |             |
|        |      |          |                      |             |
|        |      |          |                      |             |
|        |      |          |                      |             |
|        |      |          |                      |             |
|        |      |          |                      |             |
|        |      |          |                      |             |
|        |      |          |                      |             |
|        |      |          |                      |             |
|        |      |          |                      |             |

| Gvt Ex | Id'd | Admitted | Witnesses Discussing | Description |
|--------|------|----------|----------------------|-------------|
|        |      |          |                      |             |
|        |      |          |                      |             |
|        |      |          |                      |             |
|        |      |          |                      |             |

CHRISTOPHER P. CANOVA
United States Attorney


*s/Michael T. Simpson*
MICHAEL T. SIMPSON
Assistant U.S. Attorney
Florida Bar No. 254339
111 North Adams St., 4th Floor
Tallahassee, FL 32301
(850) 942-8430
michael.t.simpson@usdoj.gov

Certificate of Service


I HEREBY CERTIFY that a copy of the foregoing was delivered by

electronic filing this 28th day of November, 2017 to counsel of record.


 *s/Michael T. Simpson*